# Exhibit 12

## U.S. PATENT NO. 8,675,570
### SCALABLE OFDM AND OFDMA BANDWIDTH ALLOCATION IN COMMUNICATION SYSTEMS

Velocity Communication Technologies LLC ("Velocity") contends that at least the following claims of U.S. Patent No. 8,675,570 (the "'570 patent") identified below are infringed.

Accused Products: The Accused Products are all devices that practice the IEEE 802.11ax (Wi-Fi 6) standard ("802.11ax Standard") made, used, offered for sale, sold, and/or imported into the United States by Defendant(s), including but not limited to the "'570 Accused Products" specifically listed in the Complaint (collectively, the "Accused Products").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A method for allocating spectral bandwidth for an Orthogonal Frequency Division Multiplexing (OFDM), Orthogonal Frequency Division Multiple Access (OFDMA), or Single Carrier | To the extent the preamble is limiting, the Accused Products perform a computer-implemented method for allocating spectral bandwidth for an Orthogonal Frequency Division Multiplexing (OFDM), Orthogonal Frequency Division Multiple Access (OFDMA), or Single Carrier Frequency-Division Multiple Access (SC-FDMA) system.<br><br>The Defendant and its customers directly infringe the '570 patent under 35 U.S.C. § 271(a) by using the claimed methods in the United States. In particular, Defendant infringes § 271(a) by using and testing its Accused Products domestically, while its customers and end users directly infringe by using and |

---

[1] This analysis is preliminary and subject to amendment. Velocity reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments. Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics. These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner. The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Accused Products. The chart provides exemplary evidence of Velocity's current infringement theory based on available information and is not intended as an expert report. Velocity has prepared these contentions before obtaining discovery in this action. Velocity expects the Defendant(s) and third parties will produce additional information regarding the Accused Products beyond what is publicly available. Accordingly, Velocity reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

| Frequency-Division Multiple Access (SC-FDMA) system, comprising: | testing products that implement the 802.11ax Standard—or later, backwards-compatible standards—which incorporate these methods.<br><br>Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '570 patent into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '570 patent through the use of the 802.11ax Standard or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [1a] dividing available spectral bandwidth into a channel raster and a plurality of nominal channels, each channel for carrying an independent OFDM or OFDMA or SC-FDM signal and each channel having a corresponding nominal channel bandwidth; | The Accused Products divide the available spectral bandwidth into a channel raster and a plurality of nominal channels, each channel for carrying an independent OFDM or OFDMA or SC-FDM signal and each channel having a corresponding nominal channel bandwidth.<br><br>Specifically, by complying with the 802.11ax Standard, the Accused Products define WLAN operation in defined frequency bands (e.g. 2.4 GHz, 5 GHz, 6 GHz), each divided into channels on a fixed channel raster (5 MHz spacing of channel center frequencies). IEEE 802.11ax-2021 § 27.3.23.2 ("Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency."). |

**27.3.23.2 Channel allocation in the 6 GHz band**

Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency. The relationship between center frequency and channel number is given in Equation (27-135).

$$\text{Channel center frequency} = \text{Channel starting frequency} + 5 \times n_{ch} \ (\text{MHz}) \qquad (27\text{-}135)$$

where

$n_{ch} = 1, \ldots, 233$

Channel starting frequency is defined as dot11ChannelStartingFactor × 500 kHz

For example, a channel center frequency of 5.955 GHz is indicated by dot11ChannelStartingFactor = 11 900 and $n_{ch} = 1$. A channel center frequency of 5.935 GHz is indicated by dot11ChannelStartingFactor = 11 850 and $n_{ch} = 2$.

IEEE 802.11ax-2021 § 27.3.23.2 (emphasis added) ("The relationship between center frequency and channel number is given in Equation (27-135).").

The Accused Products, in compliance with the 802.11ax Standard, divide the spectral bandwidth into a set of allowed operating channels within the 6 GHz band. Section 27.3.23.2 of the 802.11ax Standard defines a channel raster (5 MHz steps). Further, Annex E, which is implemented by the Accused Products, defines operating classes and specific channel sets within regulatory domains.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,675,570

| Operating class | Nonglobal operating class(es) | Channel starting frequency (GHz) | Channel spacing (MHz) | Channel set | Channel center frequency index | Behavior limits set |
|---|---|---|---|---|---|---|
| 131 | | 5.950 | 20 | 1, 5, 9, 13, 17, 21, 25, 29, 33, 37, 41, 45, 49, 53, 57, 61, 65, 69, 73, 77, 81, 85, 89, 93, 97, 101, 105, 109, 113, 117, 121, 125, 129, 133, 137, 141, 145, 149, 153, 157, 161, 165, 169, 173, 177, 181, 185, 189, 193, 197, 201, 205, 209, 213, 217, 221, 225, 229, 233 | = | |
| 132 | | 5.950 | 40 | = | 3, 11, 19, 27, 35, 43, 51, 59, 67, 75, 83, 91, 99, 107, 115, 123, 131, 139, 147, 155, 163, 171, 179, 187, 195, 203, 211, 219, 227 | |
| 133 | | 5.950 | 80 | = | 7, 23, 39, 55, 71, 87, 103, 119, 135, 151, 167, 183, 199, 215 | |

IEEE 802.11ax-2021 at Annex E.1 ("Global Operating Classes").

Page 4 of 52

The Accused Products divide the available spectral bandwidth into a channel raster and a plurality of nominal channels - multiple nominal channel bandwidths are supported by the Accused Products: 20 MHz (primary), 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz, each operating as an independent channel.  IEEE 802.11ax-2021 § 27.3.2.2 ("The 26-tone RU, 52-tone RU, 106-tone RU, and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU format."). For example, "20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE PPDU formats" are all supported in 802.11ax.  IEEE 802.11ax-2021 § 27.3.2.2.

### 27.3.2.2 Resource unit, guard, and DC subcarriers

The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU, and 2×996-tone RU.

The 26-tone RU, 52-tone RU, 106-tone RU, and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format. The 26-tone RU is used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_Behavior (see 26.5.2.2.1 and 26.5.2.3). The 106-tone RU is used in the HE ER SU PPDU format.

IEEE 802.11ax-2021 § 27.3.2.2 (emphasis added).

In compliance with the 802.11ax Standard, each channel used by the Accused Products can carry an OFDM-based signal. In single-user mode, the entire channel is used by one OFDM transmission, whereas in multi-user OFDMA mode, the channel is subdivided into smaller Resource Units for different users.  As the standard explains: "OFDMA is an OFDM-based multiple access scheme where different subsets of subcarriers are allocated to different users, and this scheme allows simultaneous data transmission to or from one or more users."  IEEE 802.11ax-2021 § 27.3.1.2.  This applies to both downlink (AP transmitting to multiple STAs simultaneously) and uplink (multiple STAs transmitting to an AP) in Wi-Fi 6.



IEEE 802.11ax-2021 § 27.3.1.2 (emphasis added).

| [1b] choosing a common subcarrier spacing of orthogonal subcarriers that divides the multiple nominal channel | The Accused Products choose a common subcarrier spacing of orthogonal subcarriers that divides the multiple nominal channel bandwidths and the channel raster evenly.<br><br>The Accused Products, in compliance with the 802.11ax Standard, use a common subcarrier spacing for all OFDM/OFDMA signals.  The subcarrier spacing chosen by the Accused Products evenly divides all |

| bandwidths and the channel raster evenly; and | supported channel bandwidths. The subcarrier frequency spacing for High Efficiency (HE) transmissions used by the Accused Products is fixed at 78.125 kHz. IEEE 802.11ax-2021 § ("symbols in an HE PPDU shall use a DFT period of 12.8 µs and subcarrier spacing of 78.125 kHz"). IEEE 802.11ax-2021 § 27.3.9, Table 27-12 ("Timing-related constants") defines $\Delta_{F, HE}$ = 78.125 kHz as the "Subcarrier frequency spacing for the HE modulated fields." |
|---|---|

**Table 27-12—Timing-related constants**

| Parameter | Values | Description |
|---|---|---|
| $\Delta_{F, Pre-HE}$ | 312.5 kHz | Subcarrier frequency spacing for the pre-HE modulated fields. |
| $\Delta_{F, HE}$ | 78.125 kHz | Subcarrier frequency spacing for the HE modulated fields. |
| $T_{DFT,Pre-HE}$ | 3.2 µs | IDFT/DFT period for the pre-HE modulated fields. |
| $T_{DFT,HE}$ | 12.8 µs | IDFT/DFT period for the Data field. |

802.11ax-2021 § 27.3.9, Table 27-12 (emphasis added).

The Accused Products use this common spacing regardless of channel width (20 MHz up through 160 MHz). Because all nominal channel bandwidths are multiples of 78.125 kHz, an integer number of orthogonal subcarriers fits into each channel. For example, a 20 MHz HE channel uses a 242-tone resource unit (242 subcarriers), and a 40 MHz channel uses a 484-tone RU (double the subcarriers).

> The 484-tone RU is used in the 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU and HE TB PPDU formats. The 996-tone RU is used in the 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU and HE TB PPDU formats. The 2×996-tone RU is used in the 160 MHz and 80+80 MHz HE MU PPDU format and 160 MHz and 80+80 MHz HE TB PPDU format.
>
> The 242-tone and larger RUs are used in the HE SU PPDU format. The 242-tone RU is used in the 20 MHz HE SU PPDU and HE ER SU PPDU formats. The 484-tone RU is used in the 40 MHz HE SU PPDU format. The 996-tone RU is used in the 80 MHz HE SU PPDU format. The 2×996-tone RU is used in the 160 MHz and 80+80 MHz HE SU PPDU formats.

IEEE 802.11ax-2021 § 27.3.2.2 (emphasis added).

The common subcarrier spacing chosen by the Accused Products divides evenly into all the nominal channel bandwidths: 20 MHz / 78.125 kHz = 256 subcarriers; 40 MHz / 78.125 kHz = 512 subcarriers; 80 MHz / 78.125 kHz = 1024 subcarriers; and 160 MHz / 78.125 kHz = 2048 subcarriers.

> For a 20 MHz non-OFDMA HE PPDU transmission, the 20 MHz is divided into 256 subcarriers. The signal is transmitted on all or a subset of subcarriers −122 to −2 and 2 to 122, with 0 being the center subcarrier.
>
> For a 20 MHz OFDMA HE PPDU transmission, the 20 MHz is divided into 256 subcarriers. The signal is transmitted on all or a subset of the subcarriers −122 to −4 and 4 to 122, with 0 being the center subcarrier.
>
> For a 40 MHz non-OFDMA HE PPDU transmission, the 40 MHz is divided into 512 subcarriers. The signal is transmitted on subcarriers −244 to −3 and 3 to 244, with 0 being the center subcarrier.
>
> For a 40 MHz OFDMA HE PPDU transmission, the 40 MHz is divided into 512 subcarriers. The signal is transmitted on all or a subset of subcarriers −244 to −3 and 3 to 244, with 0 being the center subcarrier.
>
> For an 80 MHz non-OFDMA HE PPDU transmission, the 80 MHz is divided into 1024 subcarriers. The signal is transmitted on subcarriers −500 to −3 and 3 to 500, with 0 being the center subcarrier.
>
> For an 80 MHz OFDMA HE PPDU transmission, the 80 MHz is divided into 1024 subcarriers. The signal is transmitted on all or a subset of the subcarriers −500 to −4 and 4 to 500, with 0 being the center subcarrier.
>
> For a 160 MHz HE PPDU transmission or a noncontiguous 80+80 MHz transmission, each half 80 MHz bandwidth is divided into 1024 subcarriers, and the subcarriers on which the signal is transmitted in each 80 MHz bandwidth is identical to an 80 MHz HE PPDU transmission, depending on non-OFDMA or OFDMA transmission within the corresponding 80 MHz.

IEEE 802.11ax-2021 § 27.3.10 (emphasis added).

The common subcarrier spacing chosen by the Accused Products divides the channel raster evenly. Section 27.3.23.2 of the 802.11ax Standard defines the 6 GHz raster using 5 MHz steps: "Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency." The common subcarrier spacing divides this raster evenly: 5 MHz / 78.125 kHz = 64. The standard 20 MHz channel spacing is also evenly divided: 20 MHz / 78.125 kHz = 256.

| | |
|---|---|
| | Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency. The relationship between center frequency and channel number is given in Equation (27-135).<br><br>$$\text{Channel center frequency} = \text{Channel starting frequency} + 5 \times n_{ch} \text{ (MHz)} \qquad (27\text{-}135)$$<br><br>where<br>$n_{ch} = 1, \ldots, 233$<br>Channel starting frequency is defined as dot11ChannelStartingFactor $\times$ 500 kHz<br><br>For example, a channel center frequency of 5.955 GHz is indicated by dot11ChannelStartingFactor = 11 900 and $n_{ch} = 1$. A channel center frequency of 5.935 GHz is indicated by dot11ChannelStartingFactor = 11 850 and $n_{ch} = 2$.<br><br>IEEE 802.11ax-2021 § 27.3.23.2 (emphasis added). |
| [1c] allocating multiple carriers to be one next to another as a group in the same frequency band with reduced guard bands or without guard bands in between, | The Accused Products allocate multiple carriers to be one next to another as a group in the same frequency band with reduced guard bands or without guard bands in between.<br><br>The Accused Products, in compliance with the 802.11ax Standard, allocate Resource Units (RUs) within an OFDMA transmission. Multiple RUs, each acting as a logical carrier for a specific user or users, are allocated contiguously within the nominal channel bandwidth by the Accused Products. The 802.11ax Standard defines specific RU sizes (*e.g.*, 26-tone, 52-tone, 106-tone) and their precise placement within the channel bandwidth. In compliance with the 802.11ax Standard, the Accused Products place RUs directly adjacent to each other in frequency, separated only by a small number of null subcarriers near the RU boundaries, rather than using guard bands. |

**27.3.2.2 Resource unit, guard, and DC subcarriers**

The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU, and 2×996-tone RU.

The 26-tone RU, 52-tone RU, 106-tone RU, and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format. The 26-tone RU is used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_Behavior (see 26.5.2.2.1 and 26.5.2.3). The 106-tone RU is used in the HE ER SU PPDU format.

IEEE 802.11ax-2021 § 27.3.2.2 (emphasis added) ("Resource unit, guard, and DC subcarriers" defines the various RU sizes.).

The Accused Products allocate multiple carriers to be one next to another as a group in the same frequency band as set forth in Tables 27-7, 27-8, and 27-9, which define the specific subcarrier indices for each RU type within 20 MHz, 40 MHz, and 80 MHz bandwidths. For example, in Table 27-7 (20 MHz), RU 1 occupies [-121:-96] and RU 2 occupies [-95:-70]. These index ranges are contiguous or separated by only a few subcarriers designated as null/DC/guard, not wide guard bands.

**Table 27-7—Data and pilot subcarrier indices for RUs in a 20 MHz HE PPDU and in a non-OFDMA 20 MHz HE PPDU**

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−121: −96] | RU 2 [−95: −70] | RU 3 [−68: −43] | RU 4 [−42: −17] | RU 5 [−16: −4, 4: 16] |
| | RU 6 [17: 42] | RU 7 [43: 68] | RU 8 [70: 95] | RU 9 [96: 121] | |
| 52-tone RU | RU 1 [−121: −70] | RU 2 [−68: −17] | RU 3 [17: 68] | RU 4 [70: 121] | |
| 106-tone RU | RU 1 [−122: −17] | | RU 2 [17: 122] | | |
| 242-tone RU | RU 1 [−122: −2, 2:122] | | | | |

NOTE 1—The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarriers with a frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with a frequency higher than the DC tone.

NOTE 2—RU 5 is the middle 26-tone RU.

IEEE 802.11ax-2021 § 27.3.2.2, Table 27-7 (emphasis added).

The Accused Products allocate RUs such that they are adjacent to each other as shown in the visual depictions in Figures 27-5, 27-6, and 27-7 of the 802.11ax Standard. The visual depiction shows the Accused Products allocate multiple carriers to be one next to another as a group in the same frequency band without guard bands in between.



Figure 27-5—RU locations in a 20 MHz HE PPDU

IEEE 802.11ax-2021 § 27.3.2.2 at Fig. 27-5(emphasis added).

The Accused Products, in compliance with mandatory provisions in the 802.11ax Standard, use only minimal null subcarriers, not large guard bands, between adjacent RUs within the channel. IEEE 802.11ax-2021 § 27.3.2.3 ("There are null subcarriers between the 26-, 52-, and 106-tone RU locations... The null subcarriers are located near the DC or edge tones to provide protection."). Guard bands are only specified at the edges of the overall channel bandwidth. IEEE 802.11ax-2021 § 27.3.2.1 ("the Guard band subcarriers at the band edges").

### 27.3.2.3 Null subcarriers

There are null subcarriers between the 26-, 52-, and 106-tone RU locations as illustrated in Figure 27-5, Figure 27-6, and Figure 27-7. The null subcarriers are located near the DC or edge tones to provide protection from transmit center frequency leakage, receiver DC offset, and interference from neighboring RUs. The null subcarriers have zero energy. The indices of the null subcarrier are enumerated in Table 27-10.

**Table 27-10— Null subcarrier indices**

| Channel width | RU size | Null subcarrier indices |
|---|---|---|
| 20 MHz | 26, 52 | $\pm 69, \pm 122$ |
| | 106 | none |
| | 242 | none |
| 40 MHz | 26, 52 | $\pm 3, \pm 56, \pm 57, \pm 110, \pm 137, \pm 190, \pm 191, \pm 244$ |
| | 106 | $\pm 3, \pm 110, \pm 137, \pm 244$ |
| | 242, 484 | none |

IEEE 802.11ax-2021 § 27.3.2.3 (emphasis added).

The Accused Products, in compliance with the 802.11ax Standard, use channel bonding to allocate multiple carriers to be next to another as a group in the same frequency band with minimized spectral separation (*i.e.*, grouping multiple 20 MHz channels contiguously in the same band (to form 40 MHz, 80 MHz, 160 MHz channels). These bonded carriers are placed one next to another with no extra gaps. The Accused Products treat a bonded channel as a single contiguous OFDM channel, using the same subcarrier spacing across the whole aggregated bandwidth. The 802.11ax Standard specifies that unused guard subcarriers exist only at the band edges of the transmitted channel.

> An OFDM symbol is constructed of subcarriers, the number of which is a function of the PPDU bandwidth. There are several subcarrier types:
>
> a)   Data subcarriers, which are used for data transmission (see 27.3.2.2).
>
> b)   Pilot subcarriers, which are used for phase information and parameter tracking (see 27.3.2.4).
>
> c)   Unused subcarriers, which are not used for either data or pilot transmission. The unused subcarriers are the DC subcarriers (see 27.3.2.2), the Guard band subcarriers at the band edges (see 27.3.2.2), and the Null subcarriers (see 27.3.2.3).
>
> The following notations are used to describe the indices for a set of subcarriers:
>
> —   $[x1:y1]$ represents the set of subcarriers with index $k$ that satisfies $x1 \leq k \leq y1$.
>
> —   $[x1:y1, x2:y2]$ represents the set of subcarriers with index $k$ that satisfies either $x1 \leq k \leq y1$ or $x2 \leq k \leq y2$.

IEEE 802.11ax-2021 § 27.3.2.1 (emphasis added).

The Accused Products align subcarriers on a common grid across contiguous channels and minimize the spectral separation within these channels using strategically placed internal "Null subcarriers" rather than large inter-channel guard bands. During transmission, certain PHY fields (*e.g.*, the legacy SIG) are duplicated on each 20 MHz segment of a larger channel, with appropriate phase offsets, to ensure the segments act as one contiguous channel.

> f)   Extra subcarrier insertion: Four extra subcarriers are inserted at $k \in \{-28, -27, 27, 28\}$ for channel estimation purpose, and the values on these four extra subcarriers are $\{-1, -1, -1, 1\}$, respectively. Apply a 3 dB power boost to the four extra subcarriers if transmitting an HE ER SU PPDU as described in 27.3.11.5.
>
> g)   Duplication and phase rotation: Duplicate the L-SIG field over each occupied 20 MHz subchannel of the channel bandwidth. Apply appropriate phase rotation for each occupied 20 MHz subchannel as described in 27.3.10 and 21.3.7.5.

IEEE 802.11ax-2021 § 27.3.6.4 (emphasis added) (showing bonded 20 MHz channels are tightly packed using reduced or zero guard bands between the constituent channels).

| | |
|---|---|
| [1d] wherein a common subcarrier spacing of orthogonal subcarriers is aligned in frequency between boundaries of adjacent carriers to reduce or eliminate inter-carrier interference; | The Accused Products choose a common subcarrier spacing wherein a common subcarrier spacing of orthogonal subcarriers is aligned in frequency between boundaries of adjacent carriers to reduce or eliminate inter-carrier interference. The Accused Products, by practicing the mandatory operations of the 802.11ax Standard, allocate multiple carriers (RUs and/or bonded 20 MHz blocks); generate all such carriers on a single 78.125 kHz orthogonal grid; and align that grid at every RU and nominal-channel boundary to avoid inter-carrier interference.<br><br>The Accused Products use 78.125 kHz subcarrier spacing ($\Delta_{F,HE}$). IEEE 802.11ax-2021 § 27.3.9, Table 27-12. The Accused Products use the channelization based on a 5 MHz raster, that ensures the grids of orthogonal subcarriers are frequency-aligned at the boundaries of adjacent 20 MHz channels. By implementing these mandatory specifications, the Accused Products necessarily choose this common spacing, and align the orthogonal subcarriers in frequency at the boundaries of adjacent carriers (both 20 MHz segments and RUs). The Accused Products, in compliance with the 802.11ax Standard, use a subcarrier frequency spacing for the HE PHY. The 802.11ax Standard explicitly defines the HE subcarrier frequency spacing as $\Delta_{F,\ HE} = 78.125$ kHz and the corresponding IDFT/DFT period as $T_{DFT,HE} = 12.8$ µs.<br><br>**Table 27-12—Timing-related constants**<br><br>| Parameter | Values | Description |<br>|---|---|---|<br>| $\Delta_{F,\ Pre-HE}$ | 312.5 kHz | Subcarrier frequency spacing for the pre-HE modulated fields. |<br>| $\Delta_{F,\ HE}$ | 78.125 kHz | Subcarrier frequency spacing for the HE modulated fields. |<br>| $T_{DFT,Pre-HE}$ | 3.2 µs | IDFT/DFT period for the pre-HE modulated fields. |<br>| $T_{DFT,HE}$ | 12.8 µs | IDFT/DFT period for the Data field. |<br><br>IEEE 802.11ax-2021 § 27.3.9, Table 27-12 (emphasis added). |

The Accused Products, in compliance with the 802.11ax Standard, set every channel center as *Channel starting frequency + 5 × $n_{ch}$* (MHz), (*i.e.,* centers lie on a 5 MHz lattice).  Because 5 MHz is precisely an integer multiple of 78.125 kHz (5,000,000 Hz / 78.125 Hz = 64), the grid points of the 78.125 kHz orthogonal subcarriers are aligned in frequency across the boundaries of adjacent 20 MHz channel segments when they are bonded together to form wider 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz channels by the Accused Products.

Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency. The relationship between center frequency and channel number is given in Equation (27-135).

$$\text{Channel center frequency} = \text{Channel starting frequency} + 5 \times n_{ch} \text{ (MHz)} \qquad (27\text{-}135)$$

where

$n_{ch} = 1, \ldots, 233$

Channel starting frequency is defined as dot11ChannelStartingFactor × 500 kHz

For example, a channel center frequency of 5.955 GHz is indicated by dot11ChannelStartingFactor = 11 900 and $n_{ch}$ = 1. A channel center frequency of 5.935 GHz is indicated by dot11ChannelStartingFactor = 11 850 and $n_{ch}$ = 2.

IEEE 802.11ax-2021 § 27.3.23.2 (emphasis added).

Within a contiguous channel bandwidth, Resource Units (RUs) are mapped by the Accused Products onto subcarriers based on this same, continuous, frequency-aligned grid.  IEEE 802.11ax-2021 § 27.3.2.2, Tables 27-7, 27-8, 27-9).  Thus, the common subcarrier spacing results in orthogonal subcarriers whose grid is aligned throughout the contiguous channel bandwidth and precisely at the boundaries where adjacent 20 MHz carriers meet when bonded.  The Accused Products thus produce frequency-aligned orthogonal grids between adjacent carriers.

**Table 27-7—Data and pilot subcarrier indices for RUs in a 20 MHz HE PPDU and in a non-OFDMA 20 MHz HE PPDU**

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−121: −96] | RU 2 [−95: −70] | RU 3 [−68: −43] | RU 4 [−42: −17] | RU 5 [−16: −4, 4: 16] |
| | RU 6 [17: 42] | RU 7 [43: 68] | RU 8 [70: 95] | RU 9 [96: 121] | |
| 52-tone RU | RU 1 [−121: −70] | RU 2 [−68: −17] | RU 3 [17: 68] | RU 4 [70: 121] | |
| 106-tone RU | RU 1 [−122: −17] | | RU 2 [17: 122] | | |
| 242-tone RU | RU 1 [−122: −2, 2:122] | | | | |

NOTE 1—The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarriers with a frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with a frequency higher than the DC tone.

NOTE 2—RU 5 is the middle 26-tone RU.

IEEE 802.11ax-2021 § 27.3.2.2, Table 27-7 (emphasis added).

In compliance with the 802.11ax Standard, the RUs within a channel are set by the Accused Products to abut each other on this common grid.  For example, an 80 MHz HE PPDU maps data tones continuously from –500 to +500 with a solitary DC gap at index 0 and guards only at ±501…±511

**Table 27-9—Data and pilot subcarrier indices for RUs in an 80 MHz HE PPDU and in a non-OFDMA 80 MHz HE PPDU**

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−499: −474] | RU 2 [−473: −448] | RU 3 [−445: −420] | RU 4 [−419: −394] | RU 5 [−392: −367] |
| | RU 6 [−365: −340] | RU 7 [−339: −314] | RU 8 [−311: −286] | RU 9 [−285: −260] | |
| | RU 10 [−257: −232] | RU 11 [−231: −206] | RU 12 [−203: −178] | RU 13 [−177: −152] | RU 14 [−150: −125] |
| | RU 15 [−123: −98] | RU 16 [−97: −72] | RU 17 [−69: −44] | RU 18 [−43: −18] | RU 19 [−16: −4, 4: 16] |
| | RU 20 [18: 43] | RU 21 [44: 69] | RU 22 [72: 97] | RU 23 [98: 123] | RU 24 [125: 150] |
| | RU 25 [152: 177] | RU 26 [178: 203] | RU 27 [206: 231] | RU28 [232: 257] | |
| | RU 29 [260: 285] | RU 30 [286: 311] | RU 31 [314: 339] | RU 32 [340: 365] | RU 33 [367: 392] |
| | RU 34 [394: 419] | RU 35 [420: 445] | RU 36 [448: 473] | RU37 [474: 499] | |

IEEE 802.11ax-2021 § 27.3.2.2, Table 27-9 (emphasis added) (showing that successive RUs abut each other on adjacent integer indices (e.g., RU 1 ends at -474, RU 2 starts at -473)).

The Accused Products, by using frequency alignment of the common 78.125 kHz subcarrier grid points at the boundaries of adjacent carriers (both 20 MHz bonded segments and adjacent RUs), maintain orthogonality across boundaries. The Accused Products, in compliance with the 802.11ax Standard, do not introduce guard bands between adjacent RUs or between bonded 20 MHz segments within a contiguous channel. IEEE 802.11ax-2021 § 27.3.2.2, Table 27-10 ("Null subcarrier indices"). Thus, the subcarriers in one channel line up exactly with those in the neighboring channel at the channel boundary frequency. The Accused Products use this frequency alignment to reduce or eliminate inter-carrier interference ("ICI").

| [1e] wherein the common subcarrier spacing can evenly divide each of multiple of different channel raster frequencies of one or more frequency bands. | The Accused Products use common subcarrier spacing wherein the common subcarrier spacing can evenly divide each of multiple of different channel raster frequencies of one or more frequency bands.<br><br>The Accused Products, in compliance with the 802.11ax Standard, utilize a common subcarrier spacing of 78.125 kHz across multiple frequency bands (2.4 GHz, 5 GHz, 6 GHz).  The common subcarrier spacing used by the Accused Products evenly divides the channel raster frequency of 5 MHz and the channel spacing unit of 20 MHz used across these bands.<br><br>The Accused Products, in compliance with mandatory provisions of the 802.11ax Standard, use a single subcarrier spacing.  The 802.11ax Standard explicitly defines the HE subcarrier frequency spacing as $\Delta_{F,\ HE}$ = 78.125 kHz.<br><br>**Table 27-12—Timing-related constants**<br><br>| Parameter | Values | Description |<br>|---|---|---|<br>| $\Delta_{F,\ Pre\text{-}HE}$ | 312.5 kHz | Subcarrier frequency spacing for the pre-HE modulated fields. |<br>| $\Delta_{F,\ HE}$ | 78.125 kHz | Subcarrier frequency spacing for the HE modulated fields. |<br>| $T_{DFT,Pre\text{-}HE}$ | 3.2 µs | IDFT/DFT period for the pre-HE modulated fields. |<br><br>IEEE 802.11ax-2021 § 27.3.9, Table 27-12 (emphasis added) (showing the use of a common subcarrier spacing).<br><br>The Accused Products operate across multiple different frequency bands.  IEEE 802.11ax-2021 § 4.3.15a ("The IEEE 802.11 HE STA operates in frequency bands between 1 GHz and 7.125 GHz."); § 27.2.23.1 ("operate in the 2.4 GHz band, 5 GHz band, or 6 GHz band").  The channel raster step in 802.11 WLAN bands is 5 MHz in 2.4/5/6 GHz as evidenced by the 6 GHz definition: "Channel center frequencies are defined at every integer multiple of 5 MHz…" |

| | |
|---|---|
| | Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency. The relationship between center frequency and channel number is given in Equation (27-135). $$\text{Channel center frequency} = \text{Channel starting frequency} + 5 \times n_{ch} \text{ (MHz)} \qquad (27\text{-}135)$$ where $$n_{ch} = 1, \ldots, 233$$ Channel starting frequency is defined as dot11ChannelStartingFactor × 500 kHz For example, a channel center frequency of 5.955 GHz is indicated by dot11ChannelStartingFactor = 11 900 and $n_{ch} = 1$. A channel center frequency of 5.935 GHz is indicated by dot11ChannelStartingFactor = 11 850 and $n_{ch} = 2$. IEEE 802.11ax-2021 § 27.3.23.2 (emphasis added). The 78.125 kHz subcarrier spacing cleanly divides into 5 MHz (64 * 78.125 kHz = 5 MHz), and evenly divides the channel spacing in all supported bands.  This means that whether a channel is defined in 2.4 GHz or 5 GHz or 6 GHz, the 78.125 kHz subcarriers fit perfectly into the channel's frequency grid without fractional offsets.  The common subcarrier spacing of 78.125 kHz evenly divides both 5 MHz (5,000,000 / 78.125 = 64) and 20 MHz (20,000,000 / 78.125 = 256). This property holds across the frequency bands in which the 802.11ax Standard operates.  Therefore, the common subcarrier spacing chosen in compliance with the 802.11ax Standard divides evenly into the channel raster of each supported band, satisfying this element. |
| [2] The method of claim 1, wherein: the multiple carriers have the same or different nominal bandwidths | The Accused Products perform the method of claim 1 wherein the multiple carriers have the same or different nominal bandwidths.  Specifically, the Accused Products allocate multiple carriers (Resource Units or "RUs") that have the same or different nominal bandwidths.  As described in Claim 1, the Accused Products allocate multiple carriers in the form of RUs.  In compliance with the 802.11ax Standard, the Accused Products support OFDMA transmissions where the allocated RUs can be of varying sizes (different nominal bandwidths) or identical sizes (same nominal bandwidths) within the same PPDU. |

Specifically, the 802.11ax Standard defines various RU sizes ranging from 26 tones to 2x996 tones. The standard explicitly states that an HE MU PPDU (High Efficiency Multi-User Physical Layer Protocol Data Unit) can carry a "mixture" of these different RU sizes, thereby allocating multiple carriers with different nominal bandwidths. Additionally, the standard allows for allocations of multiple RUs of the same size (e.g., multiple 26-tone RUs).

> The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU, and 2×996-tone RU.
>
> The 26-tone RU, 52-tone RU, 106-tone RU, and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format. The 26-tone RU is used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_Behavior (see 26.5.2.2.1 and 26.5.2.3). The 106-tone RU is used in the HE ER SU PPDU format.
>
> The 484-tone RU is used in the 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU and HE TB PPDU formats. The 996-tone RU is used in the 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU and HE TB PPDU formats. The 2×996-tone RU is used in the 160 MHz and 80+80 MHz HE MU PPDU format and 160 MHz and 80+80 MHz HE TB PPDU format.
>
> The 242-tone and larger RUs are used in the HE SU PPDU format. The 242-tone RU is used in the 20 MHz HE SU PPDU and HE ER SU PPDU formats. The 484-tone RU is used in the 40 MHz HE SU PPDU format. The 996-tone RU is used in the 80 MHz HE SU PPDU format. The 2×996-tone RU is used in the 160 MHz and 80+80 MHz HE SU PPDU formats.
>
> The maximum number of RUs in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE PPDU formats is defined in Table 27-6.
>
> An HE MU PPDU using OFDMA transmission can carry a mixture of 26-, 52-, 106-, 242-, 484-, and 996-tone RUs.

IEEE 802.11ax-2021 § 27.3.2.2 (emphasis added):

| | The Accused Products utilize RU Allocation subfields to signal these same or different bandwidths. For example, Table 27-26 in the standard defines indices that mix different RU sizes (e.g., a 106-tone RU combined with multiple 26-tone RUs) or use the same RU sizes (e.g., all 26-tone RUs). |
|---|---|
| | If the value of the HE-SIG-B Compression field in the HE-SIG-A field is 0, then the RU Allocation subfield in the Common field in each HE-SIG-B content channel indicates the combination of RUs in the current PPDU and the number of User fields included in the corresponding HE-SIG-B content channel for each RU. See 27.3.11.8.2 for a description of the HE-SIG-B content channels. |
| | IEEE 802.11ax-2021 § 27.3.2.5 (emphasis added). |

**Table 27-26—RU Allocation subfield**

| RU Allocation subfield (B7 B6 B5 B4 B3 B2 B1 B0) | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | Number of entries |
|---|---|---|---|---|---|---|---|---|---|---|
| $(00111y_2y_1y_0)$ | | | | | | | | | | |
| 64-71 $(01000y_2y_1y_0)$ | | 106 | | | 26 | 26 | 26 | 26 | 26 | 8 |
| 72-29 $(01001y_2y_1y_0)$ | | 106 | | | 26 | 26 | 26 | 52 | | 8 |
| 80-87 $(01010y_2y_1y_0)$ | | 106 | | | 26 | 52 | | 26 | 26 | 8 |
| 88-95 $(01011y_2y_1y_0)$ | | 106 | | | 26 | 52 | | 52 | | 8 |

IEEE 802.11ax-2021 Table 27-26 (emphasis added) ("RU Allocation subfield") (Listing combinations such as "106-tone" followed by "26-tone" entries, demonstrating different bandwidths allocated within the same channel).

| [3] The method of claim 1, wherein: the multiple carriers have different nominal bandwidths | The Accused Products perform the method of claim 1 wherein multiple carriers have different nominal bandwidths. As described in claim 1, the Accused Products divide available spectral bandwidth into nominal channels (carriers). The Accused Products support multiple different nominal bandwidths for these carriers, specifically 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz. The 802.11ax Standard defines these different nominal bandwidths for High Efficiency (HE) Physical Layer Protocol Data Units (PPDUs). For example, Section 27.3.2.2 of the Standard lists the supported bandwidth formats. |

> The 26-tone RU, 52-tone RU, 106-tone RU, and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format. The 26-tone RU is used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_Behavior (see 26.5.2.2.1 and 26.5.2.3). The 106-tone RU is used in the HE ER SU PPDU format.

IEEE 802.11ax-2021 § 27.3.2.2 (emphasis added).

The TXVECTOR parameters used by the Accused Products to configure the PHY layer distinguish between these different nominal bandwidths via the CH_BANDWIDTH parameter, which enumerates the different sizes.

**Table 27-1—TXVECTOR and RXVECTOR parameters** *(continued)*

| Parameter | Condition | Value | TXVECTOR | RXVECTOR |
|---|---|---|---|---|
| | FORMAT is HE_MU | Indicates the channel width of the PPDU.<br><br>Enumerated type:<br>CBW20 for full 20 MHz.<br>CBW40 for full 40 MHz.<br>CBW80 for full 80 MHz.<br>CBW160 for full 160 MHz.<br>CBW80+80 for 80+80 MHz.<br>HE-CBW-PUNC80-PRI for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is the secondary 20 MHz channel.<br>HE-CBW-PUNC80-SEC for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is one of the two 20 MHz subchannels in the secondary 40 MHz channel.<br>HE-CBW-PUNC160-PRI20 for preamble puncturing in 160 MHz, where in the preamble the only punctured subchannels are the secondary 20 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel. See Table 27-20 for allowed 20 MHz punctured subchannel combinations. | Y | Y |

IEEE 802.11ax-2021 § 27.2.2, Table 27-1 (emphasis added).

Additionally, the Accused Products support different nominal bandwidths by defining specific subcarrier allocations for each bandwidth (e.g., 256 subcarriers for 20 MHz, 512 subcarriers for 40 MHz, etc.), as confirmed in Section 27.3.10 of the Standard.

| | |
|---|---|
| | For a 20 MHz non-OFDMA HE PPDU transmission, the 20 MHz is divided into 256 subcarriers. The signal is transmitted on all or a subset of subcarriers −122 to −2 and 2 to 122, with 0 being the center subcarrier.<br><br>For a 20 MHz OFDMA HE PPDU transmission, the 20 MHz is divided into 256 subcarriers. The signal is transmitted on all or a subset of the subcarriers −122 to −4 and 4 to 122, with 0 being the center subcarrier.<br><br>For a 40 MHz non-OFDMA HE PPDU transmission, the 40 MHz is divided into 512 subcarriers. The signal is transmitted on subcarriers −244 to −3 and 3 to 244, with 0 being the center subcarrier.<br><br>For a 40 MHz OFDMA HE PPDU transmission, the 40 MHz is divided into 512 subcarriers. The signal is transmitted on all or a subset of subcarriers −244 to −3 and 3 to 244, with 0 being the center subcarrier.<br><br>IEEE 802.11ax-2021 § 27.3.10 (emphasis added). |
| [4] The method of claim 1, wherein: the multiple carriers have different multi-carrier channel bandwidths which are supported dynamically in time, from slot to slot or symbol to symbol | The Accused Products perform the method of claim 1 wherein the multiple carriers have different multi-carrier channel bandwidths which are supported dynamically in time, from slot to slot or symbol to symbol. Specifically, as shown in Claim 1, the Accused Products support multiple nominal channel bandwidths including 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz. In compliance with the 802.11ax Standard, the Accused Products configure these bandwidths dynamically for each transmission (Physical Layer Protocol Data Unit or "PPDU"). The standard explicitly states that the allocation of subcarriers (carriers) can change from "one PPDU to the next," creating a dynamic time-based allocation.<br><br>OFDMA is an OFDM-based multiple access scheme where different subsets of subcarriers are allocated to different users, and this scheme allows simultaneous data transmission to or from one or more users. In OFDMA, users are allocated different subsets of subcarriers that can change from one PPDU to the next. The difference between OFDM and OFDMA is illustrated in Figure 27-4. Similar to OFDM, OFDMA employs multiple subcarriers, but the subcarriers are divided into several groups where each group is referred to as an RU. With OFDMA, different transmit powers may be applied to different RUs.<br><br>IEEE 802.11ax-2021 § 27.3.1.2 (emphasis added). |

The Accused Products dynamically support these different bandwidths by including a Bandwidth field in the preamble (specifically the HE-SIG-A field) of every HE SU PPDU or HE ER SU PPDU transmission. This allows the bandwidth to change dynamically in time for each transmission slot (PPDU).

**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU** *(continued)*

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B14 | Reserved | 1 | Reserved and set to 1. |
| B15–B18 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU: Set to a value from Table 27-22 (see 26.11.6 and 26.10). |
| B19–B20 | Bandwidth | 2 | For an HE SU PPDU: Set to 0 for 20 MHz. Set to 1 for 40 MHz. Set to 2 for 80 MHz. Set to 3 for 160 MHz and 80+80 MHz. For an HE ER SU PPDU: Set to 0 for 242-tone RU. Set to 1 for upper frequency 106-tone RU within the primary 20 MHz. Values 2 and 3 are reserved. |

IEEE 802.11ax-2021 § 27.3.11.7.2, Table 27-18 (emphasis added).

The Accused Products use the CH_BANDWIDTH parameter in the TXVECTOR to dynamically set the bandwidth for the PHY layer for each transmission, supporting different bandwidths dynamically in time. The interpretation of this parameter allows for dynamic switching between 20 MHz, 40 MHz, 80 MHz, and 160 MHz formats.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,675,570

**Table 27-3—Interpretation of FORMAT, NON_HT_MODULATION, CH_BANDWIDTH, and CH_OFFSET parameters**

| FORMAT | NON_HT_MODULATION | CH_BANDWIDTH | CH_OFFSET | PPDU format |
|--------|-------------------|--------------|-----------|-------------|
| HE | N/A | CBW20 | N/A | The STA transmits an HE PPDU of 20 MHz bandwidth. If the BSS bandwidth is wider than 20 MHz, then the transmission shall use the primary 20 MHz channel. |
| HE | N/A | CBW40 | N/A | The STA transmits an HE PPDU of 40 MHz bandwidth. If the BSS bandwidth is wider than 40 MHz, then the transmission shall use the primary 40 MHz channel. |
| HE | N/A | CBW80 | N/A | The STA transmits an HE PPDU of 80 MHz bandwidth. If the BSS bandwidth is wider than 80 MHz, then the transmission shall use the primary 80 MHz channel. |
| HE | N/A | CBW160 | N/A | The STA transmits an HE PPDU of 160 MHz bandwidth. |

IEEE 802.11ax-2021 § 27.2.5, Table 27-3 (emphasis added) (This table maps the dynamic CH_BANDWIDTH parameter to specific PPDU formats ranging from 20 MHz to 160 MHz.).

| | |
|---|---|
| [5] The method of claim 1, wherein allocating multiple different nominal carriers to be side-by-side one next to another in frequency to allow a full carrier bandwidth to be utilized without guard bands in between | The Accused Products perform the method of claim 1 wherein allocating multiple different nominal carriers to be side-by-side one next to another in frequency to allow a full carrier bandwidth to be utilized without guard bands in between. Specifically, the Accused Products, in compliance with the 802.11ax Standard, support contiguous channel bandwidths (e.g., 40 MHz, 80 MHz, 160 MHz) formed by placing multiple nominal 20 MHz carriers side-by-side. When these carriers are aggregated (bonded), the Accused Products utilize the full available bandwidth by eliminating the guard bands that would otherwise exist between the individual 20 MHz carriers. |

As described above in claim 1, the 802.11ax Standard specifies "Unused subcarriers" (which include Guard band subcarriers) are located only at the "band edges" of the full utilized bandwidth, not in between the internal carriers.  This allows the Accused Products to utilize the frequency space between combined channels for data transmission (subcarriers).

**27.3.2 Subcarrier and resource allocation**

**27.3.2.1 General**

An OFDM symbol is constructed of subcarriers, the number of which is a function of the PPDU bandwidth. There are several subcarrier types:

a)  Data subcarriers, which are used for data transmission (see 27.3.2.2).
b)  Pilot subcarriers, which are used for phase information and parameter tracking (see 27.3.2.4).
c)  Unused subcarriers, which are not used for either data or pilot transmission. The unused subcarriers are the DC subcarriers (see 27.3.2.2), the Guard band subcarriers at the band edges (see 27.3.2.2), and the Null subcarriers (see 27.3.2.3).

IEEE 802.11ax-2021 § 27.3.2.1 (emphasis added).

When allocating two 20 MHz carriers side-by-side to form a 40 MHz channel, the Accused Products utilize the full 40 MHz bandwidth by defining a single 484-tone Resource Unit (RU) that spans the entire aggregated range (subcarriers -244 to +244), thereby utilizing the space that would otherwise serve as guard bands between the two 20 MHz carriers.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,675,570

**Table 27-8—Data and pilot subcarrier indices for RUs in a 40 MHz HE PPDU and in a non-OFDMA 40 MHz HE PPDU**

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−243: −218] | RU 2 [−217: −192] | RU 3 [−189: −164] | RU 4 [−163: −138] | RU 5 [−136: −111] |
| | RU 6 [−109: −84] | RU 7 [−83: −58] | RU 8 [−55: −30] | RU 9 [−29: −4] | |
| | RU 10 [4: 29] | RU 11 [30: 55] | RU 12 [58: 83] | RU 13 [84: 109] | RU 14 [111: 136] |
| | RU 15 [138: 163] | RU 16 [164: 189] | RU 17 [192: 217] | RU 18 [218: 243] | |
| 52-tone RU | RU 1 [−243: −192] | RU 2 [−189: −138] | RU 3 [−109: −58] | RU 4 [−55: −4] | |
| | RU 5 [4: 55] | RU 6 [58: 109] | RU 7 [138: 189] | RU 8 [192: 243] | |
| 106-tone RU | RU 1 [−243: −138] | RU 2 [−109: −4] | RU 3 [4: 109] | RU 4 [138: 243] | |
| 242-tone RU | RU 1 [−244: −3] | | RU 2 [3: 244] | | |
| 484-tone RU | RU 1 [−244: −3, 3: 244] | | | | |

IEEE 802.11ax-2021 § 27.3.2.2, Table 27-8 (emphasis added).

The 802.11ax Standard requires that for these contiguous bandwidths (40 MHz, 80 MHz, etc.), the guard subcarriers are restricted to the edges of the full carrier bandwidth (e.g., 12 lowest and 11 highest subcarriers for 40 MHz), ensuring no guard bands exist in between the allocated internal carriers.

| | |
|---|---|
| | The 20 MHz HE PPDU has 11 guard subcarriers: the 6 lowest frequency subcarriers [–128: –123] and the 5 highest frequency subcarriers [123: 127] as shown in Figure 27-5. The 40 MHz HE PPDU has 23 guard subcarriers: the 12 lowest frequency subcarriers [–256: –245] and the 11 highest frequency subcarriers [245: 255] as shown in Figure 27-6. The 80 MHz HE PPDU has 23 guard subcarriers: the 12 lowest frequency subcarriers [–512: –501] and the 11 highest frequency subcarriers [501: 511] as shown in Figure 27-7. For the 160 MHz and 80+80 MHz HE PPDU, the same number of lowest frequency and highest frequency guard subcarriers as 80 MHz are defined at each edge of the 160 MHz and 80+80 MHz.<br><br>IEEE 802.11ax-2021 § 27.3.2.2 (emphasis added). |
| [6] The method of claim 3, wherein the common subcarrier spacing is selected to evenly divide the channel raster frequency of a frequency band | The Accused Products perform the method of claim 3 wherein the common subcarrier spacing is selected to evenly divide the channel raster frequency of a frequency band.  As established in Claim 1 element [1b] and [1e], the Accused Products utilize a common subcarrier spacing of 78.125 kHz (ΔF, HE).  The Accused Products operate in frequency bands (e.g., the 6 GHz band) where the channel raster frequency is defined as 5 MHz. The common subcarrier spacing (78.125 kHz) is selected to evenly divide this channel raster frequency (calculation: 5,000 kHz (5 MHz) / 78.125 kHz = 64). The result is an integer (64), showing that the subcarrier spacing evenly divides the channel raster frequency.  IEEE 802.11ax-2021 § 27.3.23.2 confirms the 5 MHz channel raster in the 6 GHz band: "Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency." |

**27.3.23.2 Channel allocation in the 6 GHz band**

Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency. The relationship between center frequency and channel number is given in Equation (27-135).

$$\text{Channel center frequency} = \text{Channel starting frequency} + 5 \times n_{ch} \text{ (MHz)} \qquad (27\text{-}135)$$

where
$n_{ch} = 1, \ldots, 233$
Channel starting frequency is defined as dot11ChannelStartingFactor × 500 kHz

For example, a channel center frequency of 5.955 GHz is indicated by dot11ChannelStartingFactor = 11 900 and $n_{ch} = 1$. A channel center frequency of 5.935 GHz is indicated by dot11ChannelStartingFactor = 11 850 and $n_{ch} = 2$.

IEEE 802.11ax-2021 § 27.3.23.2 (emphasis added).

Further, IEEE 802.11ax-2021 Table 27-12 from the Standard shows this common subcarrier spacing.

**Table 27-12—Timing-related constants**

| Parameter | Values | Description |
|---|---|---|
| $\Delta_{F,\text{ Pre-HE}}$ | 312.5 kHz | Subcarrier frequency spacing for the pre-HE modulated fields. |
| $\Delta_{F,\text{ HE}}$ | 78.125 kHz | Subcarrier frequency spacing for the HE modulated fields. |
| $T_{DFT,\text{Pre-HE}}$ | 3.2 µs | IDFT/DFT period for the pre-HE modulated fields. |
| $T_{DFT,\text{HE}}$ | 12.8 µs | IDFT/DFT period for the Data field. |

IEEE 802.11ax-2021 § 27.3.9, Table 27-12 (emphasis added).

| | |
|---|---|
| [9PRE] A method for allocating spectral bandwidth for an Orthogonal Frequency Division Multiplexing (OFDM), Orthogonal Frequency Division Multiple Access (OFDMA) system, or Single Carrier Frequency-Division Multiple Access(SC-FDMA), comprising: | The Accused Products comprise a computer-implemented method for allocating spectral bandwidth for OFDM and OFDMA systems.  To the extent the preamble is limiting, the Accused Products perform a computer-implemented method for allocating spectral bandwidth for an Orthogonal Frequency Division Multiplexing (OFDM), Orthogonal Frequency Division Multiple Access (OFDMA), or Single Carrier Frequency-Division Multiple Access (SC-FDMA) system.<br><br>The Defendant and its customers directly infringe the '570 patent under 35 U.S.C. § 271(a) by using the claimed methods in the United States.  In particular, Defendant infringes § 271(a) by using and testing its Accused Products domestically, while its customers and end users directly infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards—which incorporate these methods.<br><br>Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '570 patent into the United States.  The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '570 patent through the use of the 802.11ax Standard or subsequent backwards-compatible wireless networking standards.  They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products.  To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist.  In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.  Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,675,570

| | |
|---|---|
| | By implementing the mandatory PHY of the IEEE 802.11ax-2021 (High Efficiency, "HE") standard, the Accused Products necessarily generate OFDM-based and OFDMA-based transmissions over shared spectrum. The 802.11ax standard describes OFDMA as "an OFDM-based multiple access scheme where different subsets of subcarriers are allocated to different users," allowing simultaneous data transmission to or from one or more users (emphasis added). IEEE 802.11ax-2021 § 27.3.1.2.<br><br>These OFDM/OFDMA HE PPDUs are constructed by allocating sets of subcarriers (RUs and/or whole 20 MHz subchannels) to users within each operating channel, i.e., a method of allocating spectral bandwidth for OFDM/OFDMA as recited in the preamble. No separate SC-FDMA mode is required for infringement; practice of the OFDM/OFDMA alternatives is sufficient and is inherent in 802.11ax-compliant operation. |
| [9a] dividing a frequency band into a plurality of channels with nominal channel bandwidths | The Accused Products comprise functionality that divides each supported frequency band into a plurality of channels having nominal channel bandwidths.  By complying with IEEE 802.11ax-2021, the Accused Products operate as HE STAs "in frequency bands between 1 GHz and 7.125 GHz," including at least the 2.4 GHz, 5 GHz, and 6 GHz WLAN bands (emphasis added).<br><br><br><br>IEEE 802.11ax-2021 § 4.3.15a (emphasis added). |

For example, the Accused Products when operating in the 6 GHz band, in compliance with the 802.11ax Standard define a channel raster on a 5 MHz grid.

> **27.3.23.2 Channel allocation in the 6 GHz band**
>
> Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency. The relationship between center frequency and channel number is given in Equation (27-135).
>
> $$\text{Channel center frequency} = \text{Channel starting frequency} + 5 \times n_{ch} \text{ (MHz)} \qquad (27\text{-}135)$$
>
> where
> $n_{ch} = 1, \ldots, 233$
> Channel starting frequency is defined as dot11ChannelStartingFactor $\times$ 500 kHz
>
> For example, a channel center frequency of 5.955 GHz is indicated by dot11ChannelStartingFactor = 11 900 and $n_{ch} = 1$. A channel center frequency of 5.935 GHz is indicated by dot11ChannelStartingFactor = 11 850 and $n_{ch} = 2$.

IEEE 802.11ax-2021 § 27.3.23.2 (emphasis added).

In addition, 802.11ax defines multiple nominal channel bandwidths: 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz (supported by the HE PPDU formats).

| | |
|---|---|
| | The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU, and 2×996-tone RU. <br><br> The 26-tone RU, 52-tone RU, 106-tone RU, and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format. The 26-tone RU is used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_Behavior (see 26.5.2.2.1 and 26.5.2.3). The 106-tone RU is used in the HE ER SU PPDU format. <br><br> The 484-tone RU is used in the 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU and HE TB PPDU formats. The 996-tone RU is used in the 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU and HE TB PPDU formats. The 2×996-tone RU is used in the 160 MHz and 80+80 MHz HE MU PPDU format and 160 MHz and 80+80 MHz HE TB PPDU format. <br><br> IEEE 802.11ax-2021 § 27.3.2.2 (listing HE PPDU formats for "20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz") (emphasis added). <br><br> For each frequency band in which the Accused Products operate, the standard requires that the band be divided into a plurality of channels with corresponding nominal channel bandwidths. |
| [9b] dividing each channel into a plurality of subchannels each comprising a plurality of subcarriers separated by a common subcarrier spacing, wherein the common subcarrier spacing is aligned in frequency between boundaries of adjacent carriers to reduce or eliminate inter-carrier | The Accused Products comprise channelization in which each nominal channel is divided into a plurality of subchannels, each subchannel consisting of multiple subcarriers on a common subcarrier-spacing grid.  The Accused Products, in compliance with the 802.11ax Standard, use a common subcarrier spacing of 78.125 kHz for all HE PPDUs. |

Case 5:26-cv-00102-RWS    Document 1-12    Filed 07/30/26    Page 39 of 53 PageID #: 399

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,675,570

| interference, and wherein the common subcarrier spacing can evenly divide each of multiple of different channel raster frequencies of one or more frequency bands | <br><br>**Table 27-12—Timing-related constants**<br><br>|
|---|---|
| | <table><tr><th>Parameter</th><th>Values</th><th>Description</th></tr><tr><td>$\Delta_{F,\ Pre-HE}$</td><td>312.5 kHz</td><td>Subcarrier frequency spacing for the pre-HE modulated fields.</td></tr><tr><td>$\Delta_{F,\ HE}$</td><td>78.125 kHz</td><td>Subcarrier frequency spacing for the HE modulated fields.</td></tr><tr><td>$T_{DFT,Pre-HE}$</td><td>3.2 μs</td><td>IDFT/DFT period for the pre-HE modulated fields.</td></tr><tr><td>$T_{DFT,HE}$</td><td>12.8 μs</td><td>IDFT/DFT period for the Data field.</td></tr></table><br>IEEE 802.11ax-2021 § 27.3.9, Table 27-12 (emphasis added) ("Subcarrier frequency spacing for the HE modulated fields... 78.125 kHz").<br><br>Each channel (e.g., 40 MHz, 80 MHz, 160 MHz) is divided into constituent 20 MHz subchannels, each containing 256 subcarriers (20 MHz / 78.125 kHz = 256).  For example, the 802.11ax Standard states: "For a 40 MHz OFDMA HE PPDU transmission, the 40 MHz is divided into 512 subcarriers... For an 80 MHz OFDMA HE PPDU transmission, the 80 MHz is divided into 1024 subcarriers." IEEE 802.11ax-2021 § 27.3.10. |

Case 5:26-cv-00102-RWS    Document 1-12    Filed 07/30/26    Page 40 of 53 PageID #:
400

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,675,570

> For a 20 MHz non-OFDMA HE PPDU transmission, the 20 MHz is divided into 256 subcarriers. The signal is transmitted on all or a subset of subcarriers −122 to −2 and 2 to 122, with 0 being the center subcarrier.
>
> For a 20 MHz OFDMA HE PPDU transmission, the 20 MHz is divided into 256 subcarriers. The signal is transmitted on all or a subset of the subcarriers −122 to −4 and 4 to 122, with 0 being the center subcarrier.
>
> For a 40 MHz non-OFDMA HE PPDU transmission, the 40 MHz is divided into 512 subcarriers. The signal is transmitted on subcarriers −244 to −3 and 3 to 244, with 0 being the center subcarrier.
>
> For a 40 MHz OFDMA HE PPDU transmission, the 40 MHz is divided into 512 subcarriers. The signal is transmitted on all or a subset of subcarriers −244 to −3 and 3 to 244, with 0 being the center subcarrier.
>
> For an 80 MHz non-OFDMA HE PPDU transmission, the 80 MHz is divided into 1024 subcarriers. The signal is transmitted on subcarriers −500 to −3 and 3 to 500, with 0 being the center subcarrier.
>
> For an 80 MHz OFDMA HE PPDU transmission, the 80 MHz is divided into 1024 subcarriers. The signal is transmitted on all or a subset of the subcarriers −500 to −4 and 4 to 500, with 0 being the center subcarrier.

IEEE 802.11ax-2021 § 27.3.10 (emphasis added).

The common subcarrier spacing is aligned by the Accused Products in frequency between boundaries of adjacent carriers to reduce or eliminate inter-carrier interference.  The 78.125 kHz spacing ensures that subcarriers are orthogonal and aligned on a common grid across adjacent 20 MHz channels.  The standard specifies that 160 MHz transmissions are composed of frequency segments that follow the 80 MHz mapping, maintaining alignment.

> For an 80 MHz OFDMA HE PPDU transmission, the 80 MHz is divided into 1024 subcarriers. The signal is transmitted on all or a subset of the subcarriers −500 to −4 and 4 to 500, with 0 being the center subcarrier.
>
> For a 160 MHz HE PPDU transmission or a noncontiguous 80+80 MHz transmission, each half 80 MHz bandwidth is divided into 1024 subcarriers, and the subcarriers on which the signal is transmitted in each 80 MHz bandwidth is identical to an 80 MHz HE PPDU transmission, depending on non-OFDMA or OFDMA transmission within the corresponding 80 MHz.

IEEE 802.11ax-2021 § 27.3.10 (emphasis added) ("For a 160 MHz HE PPDU transmission... each half 80 MHz bandwidth is divided into 1024 subcarriers.").

| | |
|---|---|
| | The common subcarrier spacing (78.125 kHz) can evenly divide each of multiple different channel raster frequencies of one or more frequency bands.  The Accused Products operate in 2.4, 5, and 6 GHz bands. The channel raster in the 6 GHz band is 5 MHz.  IEEE 802.11ax-2021 § 27.3.23.2 ("Channel center frequencies are defined at every integer multiple of 5 MHz..."). |

Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency. The relationship between center frequency and channel number is given in Equation (27-135).

$$\text{Channel center frequency} = \text{Channel starting frequency} + 5 \times n_{ch} \text{ (MHz)} \qquad (27\text{-}135)$$

where
$n_{ch} = 1, ..., 233$
Channel starting frequency is defined as dot11ChannelStartingFactor × 500 kHz

For example, a channel center frequency of 5.955 GHz is indicated by dot11ChannelStartingFactor = 11 900 and $n_{ch}$ = 1. A channel center frequency of 5.935 GHz is indicated by dot11ChannelStartingFactor = 11 850 and $n_{ch}$ = 2.

| | |
|---|---|
| | IEEE 802.11ax-2021 § 27.3.23.2 (emphasis added).<br><br>The 78.125 kHz spacing divides the 5 MHz raster evenly (5 MHz / 78.125 kHz = 64). It also evenly divides the 20 MHz channel spacing (20 MHz / 78.125 kHz = 256). |
| [9c] selecting the nominal channel bandwidths so that each nominal channel bandwidth is evenly divided into a plurality of subchannels | The Accused Products select nominal channel bandwidths so that each nominal channel bandwidth is evenly divided into a plurality of subchannels.  Specifically, the Accused Products select nominal channel bandwidths (e.g., 40 MHz, 80 MHz, 160 MHz) so that each nominal channel bandwidth is evenly divided into a plurality of subchannels (e.g., 20 MHz subchannels or Resource Units).  In compliance with the 802.11ax Standard, the Accused Products support nominal channel bandwidths that are integer multiples of 20 MHz.  For example, a 40 MHz channel is divided into two 20 MHz subchannels; an 80 MHz channel is divided into four 20 MHz subchannels; and a 160 MHz channel is divided into eight 20 MHz subchannels. |

|  |  |
|---|---|
|  | The standard explicitly describes larger bandwidths as aggregations of 20 MHz subchannels: "...one or more of the nonprimary 20 MHz channels... and RUs associated with those punctured 20 MHz channels... are not allocated." IEEE 802.11ax-2021 § 27.1.1.<br><br>The HE PHY extends the maximum number of users supported for DL MU-MIMO transmissions to 8 users per resource unit (RU) and provides support for DL and UL orthogonal frequency division multiple access (OFDMA) as well as for UL MU-MIMO. Both DL and UL MU-MIMO transmissions are supported on portions of the PPDU bandwidth (on resource units greater than or equal to 106 tones). In an MU-MIMO resource unit, there is support for up to 8 users with up to 4 space-time streams per user with the total across all users not exceeding 8 space-time streams.<br><br>The HE PHY provides support for 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous channel widths and support for 80+80 MHz noncontiguous channel width, depending on the frequency band and capability. For PPDU bandwidths greater than or equal to 80 MHz, the HE PHY supports preamble punctured HE MU PPDU transmissions where pre-HE modulated fields (see Figure 27-23 in 27.3.10) are not transmitted in one or more of the nonprimary 20 MHz channels, and RUs associated with those punctured 20 MHz channels as defined in 27.3.11.8.3 are not allocated.<br><br>IEEE 802.11ax-2021 § 27.1.1 (emphasis added).<br><br>The nominal channel bandwidths are divided by the Accused Products into a plurality of Resource Units (RUs) (subchannels) of defined sizes (e.g., 26, 52, 106, 242, 484, 996 tones). *See* IEEE 802.11ax-2021 § 27.3.2.2 ("The 26-tone RU, 52-tone RU, 106-tone RU, and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU format."). |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,675,570

**27.3.2.2 Resource unit, guard, and DC subcarriers**

The RUs defined for DL and UL transmission are as follows: 26-tone RU, 52-tone RU, 106-tone RU, 242-tone RU, 484-tone RU, 996-tone RU, and 2×996-tone RU.

The 26-tone RU, 52-tone RU, 106-tone RU, and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE MU PPDU format. The 52-tone RU, 106-tone RU and 242-tone RU are used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format. The 26-tone RU is used in the 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz HE TB PPDU format unless a STA is operating in an operating class for which the behavior limits set listed in Annex E includes the DFS_50_100_Behavior (see 26.5.2.2.1 and 26.5.2.3). The 106-tone RU is used in the HE ER SU PPDU format.

IEEE 802.11ax-2021 § 27.3.2.2 (emphasis added).

Further, IEEE 802.11ax-2021 defines the TXVECTOR/RXVECTOR parameter CH_BANDWIDTH with enumerated values CBW20, CBW40, CBW80, CBW160, and CBW80+80 for HE formats.

**Table 27-1—TXVECTOR and RXVECTOR parameters** *(continued)*

| Parameter | Condition | Value | TXVECTOR | RXVECTOR |
|---|---|---|---|---|
| | FORMAT is HE_MU | Indicates the channel width of the PPDU.<br><br>Enumerated type:<br>CBW20 for full 20 MHz.<br>CBW40 for full 40 MHz.<br>CBW80 for full 80 MHz.<br>CBW160 for full 160 MHz.<br>CBW80+80 for 80+80 MHz.<br>HE-CBW-PUNC80-PRI for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is the secondary 20 MHz channel.<br>HE-CBW-PUNC80-SEC for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is one of the two 20 MHz subchannels in the secondary 40 MHz channel.<br>HE-CBW-PUNC160-PRI20 for preamble puncturing in 160 MHz, where in the preamble the only punctured subchannels are the secondary 20 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel. See Table 27-20 for allowed 20 MHz punctured subchannel combinations. | Y | Y |

IEEE 802.11ax-2021 § 27.2.2, Table 27-1 (emphasis added).

These channel widths are constructed as integer multiples of 20 MHz segments: 40 MHz is made of two 20 MHz subchannels, 80 MHz of four 20 MHz subchannels, and 160 MHz of eight 20 MHz subchannels (organized as two 80 MHz segments, each itself composed of four 20 MHz subchannels). Section 27.3.6.4 of the 802.11ax Standard refers to duplication of PHY fields "over each occupied 20 MHz subchannel of the channel bandwidth," confirming that wide HE channels are partitioned into 20 MHz subchannels.

f) Extra subcarrier insertion: Four extra subcarriers are inserted at $k \in \{-28, -27, 27, 28\}$ for channel estimation purpose, and the values on these four extra subcarriers are $\{-1, -1, -1, 1\}$, respectively. Apply a 3 dB power boost to the four extra subcarriers if transmitting an HE ER SU PPDU as described in 27.3.11.5.

g) Duplication and phase rotation: Duplicate the L-SIG field over each occupied 20 MHz subchannel of the channel bandwidth. Apply appropriate phase rotation for each occupied 20 MHz subchannel as described in 27.3.10 and 21.3.7.5.

IEEE 802.11ax-2021 § 27.3.6.4 (emphasis added) (showing bonded 20 MHz channels are tightly packed using reduced or zero guard bands between the constituent channels).

In addition, § 27.3.11.8.2 and Figures 27-29 and 27-30 of the 802.11ax Standard show that 40 MHz and 80 MHz PPDUs are built from HE-SIG-B content channels, each occupying a 20 MHz frequency subchannel, which are then duplicated across the 40 MHz or 80 MHz channel bandwidth.

**27.3.11.8.2 HE-SIG-B content channels**

The HE-SIG-B field of a 20 MHz HE MU PPDU contains one HE-SIG-B content channel. The HE-SIG-B field of an HE MU PPDU that is 40 MHz or wider contains two HE-SIG-B content channels.

IEEE 802.11ax-2021 § 27.3.11.8.2.



From Equation (27-21) and 27.3.11.8.2, a 40 MHz PPDU contains two HE-SIG-B content channels, each occupying a 20 MHz frequency segment as shown in Figure 27-29. HE-SIG-B content channel 1 occupies the 20 MHz frequency subchannel that is lower in frequency. HE-SIG-B content channel 2 occupies the 20 MHz frequency subchannel that is upper in frequency.

Figure 27-29—HE-SIG-B content channel for a 40 MHz PPDU

IEEE 802.11ax-2021 § 27.3.11.8.5, Figure 27-29 (emphasis added).

| | |
|---|---|
| [9d] using one or more edge subchannels at a spectral end of a channel as guard subchannels without transmitting signals | The Accused Products use one or more edge subchannels at a spectral end of a channel as guard subchannels without transmitting signals.  In compliance with the 802.11ax Standard, the Accused Products place guard band subcarriers at the band edges where no signal is transmitted.  The 802.11ax Standard defines "Unused subcarriers" which include "the Guard band subcarriers at the band edges."  IEEE 802.11ax-2021 § 27.3.2.1. |

**27.3.2 Subcarrier and resource allocation**

**27.3.2.1 General**

An OFDM symbol is constructed of subcarriers, the number of which is a function of the PPDU bandwidth. There are several subcarrier types:

    a)   Data subcarriers, which are used for data transmission (see 27.3.2.2).

    b)   Pilot subcarriers, which are used for phase information and parameter tracking (see 27.3.2.4).

    c)   Unused subcarriers, which are not used for either data or pilot transmission. The unused subcarriers are the DC subcarriers (see 27.3.2.2), the Guard band subcarriers at the band edges (see 27.3.2.2), and the Null subcarriers (see 27.3.2.3).

IEEE 802.11ax-2021 § 27.3.2.1 (emphasis added).

The Accused Products utilize specific guard subcarrier allocations for each channel bandwidth as defined in Section 27.3.2.2.

The 20 MHz HE PPDU has 11 guard subcarriers: the 6 lowest frequency subcarriers [−128: −123] and the 5 highest frequency subcarriers [123: 127] as shown in Figure 27-5. The 40 MHz HE PPDU has 23 guard subcarriers: the 12 lowest frequency subcarriers [−256: −245] and the 11 highest frequency subcarriers [245: 255] as shown in Figure 27-6. The 80 MHz HE PPDU has 23 guard subcarriers: the 12 lowest frequency subcarriers [−512: −501] and the 11 highest frequency subcarriers [501: 511] as shown in Figure 27-7. For the 160 MHz and 80+80 MHz HE PPDU, the same number of lowest frequency and highest frequency guard subcarriers as 80 MHz are defined at each edge of the 160 MHz and 80+80 MHz.

IEEE 802.11ax-2021 § 27.3.2.2 (emphasis added).

These guard subcarriers correspond to the edge subchannels at the spectral end of the channel and are used without transmitting signals (they are "Unused subcarriers"). Section 27.3.2.3 states that "The null subcarriers have zero energy" and are located near DC or edge tones "to provide protection from interference."

| | |
|---|---|
| | **27.3.2.3 Null subcarriers**<br><br>There are null subcarriers between the 26-, 52-, and 106-tone RU locations as illustrated in Figure 27-5, Figure 27-6, and Figure 27-7. The null subcarriers are located near the DC or edge tones to provide protection from transmit center frequency leakage, receiver DC offset, and interference from neighboring RUs. The null subcarriers have zero energy. The indices of the null subcarrier are enumerated in Table 27-10.<br><br>IEEE 802.11ax-2021 § 27.3.2.3 (emphasis added).<br><br>These edge groups of guard/null subcarriers form spectral sub-bands at each end of the channel that are intentionally left unused—i.e., guard subchannels at the spectral ends of the channel with no transmitted signal energy. |
| [12] The method of claims 9, comprising: providing a DC subcarrier at the center of the carrier bandwidth in a subchannel for system deployment | The Accused Products perform the method of claim 9 comprising providing a DC subcarrier at the center of the carrier bandwidth in a subchannel for system deployment. Specifically, in compliance with the 802.11ax Standard, the Accused Products provide DC subcarriers at the center of the channel bandwidth (carrier bandwidth) for various channel widths (subchannels). The 802.11ax Standard defines these as "Unused subcarriers" located at the center of the frequency band (subcarrier index 0 and surrounding indices) to handle receiver DC offsets. |

An OFDM symbol is constructed of subcarriers, the number of which is a function of the PPDU bandwidth. There are several subcarrier types:

a)   Data subcarriers, which are used for data transmission (see 27.3.2.2).

b)   Pilot subcarriers, which are used for phase information and parameter tracking (see 27.3.2.4).

c)   Unused subcarriers, which are not used for either data or pilot transmission. The unused subcarriers are the DC subcarriers (see 27.3.2.2), the Guard band subcarriers at the band edges (see 27.3.2.2), and the Null subcarriers (see 27.3.2.3).

The following notations are used to describe the indices for a set of subcarriers:

—   [x1:y1] represents the set of subcarriers with index $k$ that satisfies $x1 \leq k \leq y1$.

—   [x1:y1, x2:y2] represents the set of subcarriers with index $k$ that satisfies either $x1 \leq k \leq y1$ or $x2 \leq k \leq y2$.

IEEE 802.11ax-2021 § 27.3.2.1 (emphasis added).

The Accused Products place these DC subcarriers at the center of the bandwidth (indices centered around 0).

The 20 MHz HE MU PPDU and HE TB PPDU with one or more RUs with less than 242 tones have 7 DC subcarriers located at [−3: 3]. The 20 MHz HE SU PPDU, HE MU PPDU, and HE TB PPDU with a 242-tone RU have 3 DC subcarriers located at [−1: 1]. The 40 MHz HE PPDU has 5 DC subcarriers located at [−2: 2]. The 80 MHz HE MU PPDU and HE TB PPDU with one or more RUs with less than 996 tones have 7 DC subcarriers located at [−3: 3]. The 80 MHz HE SU PPDU, HE MU PPDU, and HE TB PPDU with a 996-tone RU have 5 DC subcarriers located at [−2: 2]. The structure used in the 80 MHz HE PPDU is used for both the Primary 80 MHz and Secondary 80 MHz channels in the 160 MHz and 80+80 MHz HE PPDU. The DC subcarriers are located on subcarriers [−11: 11].

IEEE 802.11ax-2021 § 27.3.2.2 (emphasis added).

**Table 27-7—Data and pilot subcarrier indices for RUs in a 20 MHz HE PPDU and in a non-OFDMA 20 MHz HE PPDU**

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−121: −96] | RU 2 [−95: −70] | RU 3 [−68: −43] | RU 4 [−42: −17] | RU 5 [−16: −4, 4: 16] |
| | RU 6 [17: 42] | RU 7 [43: 68] | RU 8 [70: 95] | RU 9 [96: 121] | |
| 52-tone RU | RU 1 [−121: −70] | RU 2 [−68: −17] | RU 3 [17: 68] | RU 4 [70: 121] | |
| 106-tone RU | RU 1 [−122: −17] | | RU 2 [17: 122] | | |
| 242-tone RU | RU 1 [−122: −2, 2:122] | | | | |

NOTE 1—The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarriers with a frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with a frequency higher than the DC tone.

NOTE 2—RU 5 is the middle 26-tone RU.

IEEE 802.11ax-2021 § 27.3.2.2, Table 27-7 (emphasis added) ("The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarriers with a frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with a frequency higher than the DC tone.").

| | |
|---|---|
| [13] The method of claim 9, wherein: allocating subchannels to be side-by-side one next to another across multiple carriers without any unassigned group of subcarriers | The Accused Products perform the method of claim 9 comprising allocating subchannels to be side-by-side one next to another across multiple carriers without any unassigned group of subcarriers. Specifically, in compliance with the 802.11ax Standard, the Accused Products support channel bonding (e.g., 40 MHz, 80 MHz, 160 MHz bandwidths) where multiple 20 MHz channels ("multiple carriers") are combined into a single channel. Within these channels, the Accused Products allocate Resource Units ("subchannels") side-by-side across the entire aggregated bandwidth, filling the spectral gaps (guard bands) between 20 MHz carriers. |

The 802.11ax Standard specifies that for HE PPDUs, the subcarriers are allocated continuously across the 20 MHz segments.  For example, for a 40 MHz transmission (combining two 20 MHz carriers), the standard defines a continuous range of subcarriers from -244 to +244, eliminating the guard bands between the lower and upper 20 MHz segments.

For a 20 MHz non-OFDMA HE PPDU transmission, the 20 MHz is divided into 256 subcarriers. The signal is transmitted on all or a subset of subcarriers −122 to −2 and 2 to 122, with 0 being the center subcarrier.

For a 20 MHz OFDMA HE PPDU transmission, the 20 MHz is divided into 256 subcarriers. The signal is transmitted on all or a subset of the subcarriers −122 to −4 and 4 to 122, with 0 being the center subcarrier.

For a 40 MHz non-OFDMA HE PPDU transmission, the 40 MHz is divided into 512 subcarriers. The signal is transmitted on subcarriers −244 to −3 and 3 to 244, with 0 being the center subcarrier.

For a 40 MHz OFDMA HE PPDU transmission, the 40 MHz is divided into 512 subcarriers. The signal is transmitted on all or a subset of subcarriers −244 to −3 and 3 to 244, with 0 being the center subcarrier.

IEEE 802.11ax-2021 § 27.3.10 (emphasis added).

The Resource Units (RUs) defined in the Standard are placed adjacent to one another without unassigned groups of subcarriers between them (except for minimal nulls or DC tones.  Table 27-8 in the 802.11ax Standard shows 26-tone RUs placed side-by-side.

**Table 27-8—Data and pilot subcarrier indices for RUs in a 40 MHz HE PPDU and in a non-OFDMA 40 MHz HE PPDU**

| RU type | RU index and subcarrier range | | | | |
|---|---|---|---|---|---|
| 26-tone RU | RU 1 [−243: −218] | RU 2 [−217: −192] | RU 3 [−189: −164] | RU 4 [−163: −138] | RU 5 [−136: −111] |
| | RU 6 [−109: −84] | RU 7 [−83: −58] | RU 8 [−55: −30] | RU 9 [−29: −4] | |
| | RU 10 [4: 29] | RU 11 [30: 55] | RU 12 [58: 83] | RU 13 [84: 109] | RU 14 [111: 136] |
| | RU 15 [138: 163] | RU 16 [164: 189] | RU 17 [192: 217] | RU 18 [218: 243] | |
| 52-tone RU | RU 1 [−243: −192] | RU 2 [−189: −138] | RU 3 [−109: −58] | RU 4 [−55: −4] | |
| | RU 5 [4: 55] | RU 6 [58: 109] | RU 7 [138: 189] | RU 8 [192: 243] | |
| 106-tone RU | RU 1 [−243: −138] | RU 2 [−109: −4] | RU 3 [4: 109] | RU 4 [138: 243] | |
| 242-tone RU | RU 1 [−244: −3] | | RU 2 [3: 244] | | |
| 484-tone RU | RU 1 [−244: −3, 3: 244] | | | | |

NOTE—The subcarrier index of 0 corresponds to the DC tone. Negative subcarrier indices correspond to subcarriers with a frequency lower than the DC tone, and positive subcarrier indices correspond to subcarriers with a frequency higher than the DC tone.

IEEE 802.11ax-2021 § 27.3.2.2, Table 27-8 (emphasis added) ("RU 1 [-243:-218], RU 2 [-217:-192]" showing the "side-by-side" allocation across the channel bandwidth).

By utilizing the 40 MHz, 80 MHz, and 160 MHz tone plans which populate the frequencies between the 20 MHz channels, the Accused Products allocate subchannels across multiple carriers without the

Page 51 of 52

| | |
|---|---|
| | unassigned groups of subcarriers (guard bands) that would separate them if they were transmitted as independent non-bonded carriers. |