# Exhibit 14

## U.S. Patent No. 8,238,832
### Antenna Optimum Beam Forming For Multiple Protocol Coexistence On A Wireless Device

Velocity Communication Technologies, LLC ("Velocity") contends that at least the following claim of U.S. Patent No. 8,238,832 (the "'832 patent") identified below is infringed by the use.

Accused Products: The Accused Products are all Access Points ("AP") that practice the IEEE 802.11ax (Wi-Fi 6) standard ("802.11ax Standard") made, used, offered for sale, sold, and/or imported into the United States by Defendant(s), including but not limited to the "'832 Accused Products" specifically listed in the Complaint (collectively, the "Accused Products").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [18PRE] A method for forming beam patterns for a wireless device having an antenna array, the method comprising: | To the extent the preamble is limiting, the '832 Accused Products perform a computer-implemented method for forming beam patterns for a wireless device having an antenna array. <br><br> The Defendant and its customers directly infringe the '832 patent under 35 U.S.C. § 271(a) by performing the claimed methods in the United States through the testing and use of the Accused Products. In particular, Defendant infringes § 271(a) by using and testing its Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards—which incorporate these methods. |

---

[1] This analysis is preliminary and subject to amendment. Velocity reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments. Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics. These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner. The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Accused Products. The chart provides exemplary evidence of Velocity's current infringement theory based on available information and is not intended as an expert report. Velocity has prepared these contentions before obtaining discovery in this action. Velocity expects the Defendant(s) and third parties will produce additional information regarding the Accused Products beyond what is publicly available. Accordingly, Velocity reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

|  |  |
|---|---|
|  | Moreover, Defendant(s) induce infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '832 patent into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '832 patent through the use of 802.11ax or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use. <br><br> Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [18a] determining a first communication path between the wireless device and a first remote device, the first communication path having a first beam pattern directed at a first angle, the first communication path for communicating first data that is compliant with a first wireless communication protocol; and | The Accused Products determine a first communication path between the wireless device and a first remote device, the first communication path having a first beam pattern directed at a first angle, the first communication path for communicating first data that is compliant with a first wireless communication protocol. <br><br> The Accused Products establish a first communication path with associated stations (STAs, the "remote devices"). The Accused Products perform Downlink Multi-User MIMO (DL MU-MIMO) which determines distinct communication paths. In compliance with the IEEE 802.11ax Standard, the Accused Products perform DL-MU. "DL MU transmission allows an AP to simultaneously transmit information to more than one non-AP STA." IEEE 802.11ax-2021 § 27.3.1.1. |

> The MU transmissions include DL MU transmissions and UL MU transmissions.
>
> DL MU transmission allows an AP to simultaneously transmit information to more than one non-AP STA. For a DL MU transmission, the AP uses the HE MU PPDU format and employs either DL OFDMA or DL MU-MIMO, or a mixture of both. UL MU transmission allows an AP to simultaneously receive information from more than one non-AP STA. UL MU transmissions are preceded by a triggering frame from the AP. The non-AP STAs transmit using the HE TB PPDU format and employ either UL OFDMA or UL MU-MIMO, or a mixture of both.
>
> The HE PHY supports OFDMA transmissions, in both the DL and the UL where different users can occupy different RUs in a PPDU (see 27.3.10). The transmission within an RU in a PPDU may be a single stream to one user (SISO), multiple streams spatially multiplexed to one user (SU-MIMO), or multiple streams spatially multiplexed to multiple users (MU-MIMO).

IEEE 802.11ax-2021 § 27.3.1.1 (emphasis added).

The Accused Products determine distinct communications paths as "DL MU-MIMO beamforming . . . steer signals using knowledge of the channel to improve throughput."

> **27.3.16.1 General**
>
> SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added).

The Accused Products determine the characteristics of the path, including the appropriate beam pattern and angle, using channel state information (CSI). The Accused Products obtain the channel state information using the HE sounding protocol. "Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers." IEEE 802.11ax-2021 § 26.7.1.

Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:

— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

The Accused Products, in compliance with the IEEE 802.11ax Standard, receive the beamforming feedback matrix $V_{k,u}$ provided by the beamformee $u$.

Upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback to the beamformer as described in 21.3.11.2. The eligible beamformees shall remove the space-time stream CSD in Table 21-11 from the measured channel before computing a set of matrices for feedback to the beamformer.

The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

The Accused Products use the beamforming feedback matrix $V_{k,u}$ to determine the steering matrix $Q_{k,u}$ as described in Equation 27-126 of the 802.11ax Standard. The Accused Products determine the steering matrix for the first remote device (u=0) as $Q_{k,0}$. The determination of the beamforming matrix $Q_{k,0}$ forms the first beam pattern directed at a first angle for the communication path.

$$y_{k,u} = H_{k,u} \times [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}] \times x_k + n \qquad (27\text{-}126)$$

where

$H_{k,u}$ is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$

$N_{RX_u}$ is the number of receive antennas at beamformee $u$

$Q_{k,u}$ is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS,r,u}$

$N_{user,r}$ is the number of HE MU PPDU recipients (see Table 27-15) in RU $r$

$n$ is a vector of additive noise and may include interference

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, ..., N_{user,r}-1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added).

The Accused Products determine a first communication path for communicating first data that is compliant with a first wireless communication protocol. Specifically, the communication established on this path utilizes the 802.11ax Standard. *See* IEEE Standard 802.11ax-2021 § 3.1 ("*multi-user multiple input, multiple output (MU-MIMO):* A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same subcarriers."); § 26.7.1 ("The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding."); § 27.3.1.1 ("For a DL MU transmission, the AP uses the HE MU PPDU

| | |
|---|---|
| | format and employs either DL OFDMA or DL MU-MIMO, or a mixture of both. UL MU transmission allows an AP to simultaneously receive information from more than one non-AP STA."); § 27.3.16.1("SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput."); § 27.3.16.2 ("Upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback to the beamformer. . . The beamforming feedback matrix, $V_{k,u}$"). |
| [18b] determining a second communication path between the wireless device and a second remote device, the second communication path having a second beam pattern directed at a second angle, the second communication path for communicating second data that is compliant with a second wireless communication protocol; | The Accused Products determine a second communication path between the wireless device and a second remote device, the second communication path having a second beam pattern directed at a second angle, the second communication path for communicating second data that is compliant with a second wireless communication protocol.<br><br>The Accused Products determine a second communication path that complies with the VHT PHY specification, which supports DL MU-MIMO and beamforming. The Accused Products implement the VHT PHY specification (IEEE 802.11-2020 § 21)[2] and perform VHT beamforming. "A VHT STA shall support . . . VHT format (transmit and receive)" IEEE 802.11-2020 § 21.1.1. |

---

[2] The 802.11ax Standard is an Amendment to the IEEE 802.11-2020 Standard. *See* IEEE 802.11ax-2021 Standard, Abstract ("Modifications to both the IEEE 802.11 physical layer (PHY) and medium access control (MAC) sublayer for high-efficiency operation in frequency bands between 1GHz and 7.125 GHz are defined in this amendment to IEEE Std 802.11-2020."). The sections of the 802.11-2020 Standard cited herein have not been amended by the 802.11ax Standard and are therefore performed by devices that comply with the 802.11ax Standard, including the Accused Products.

An HE STA logically contains Clause 15, Clause 16, Clause 17, Clause 18, Clause 19, Clause 21, and Clause 27 PHYs. The MAC interacts with the PHYs via the Clause 27 PHY service interface, which in turn interacts with the Clause 15, Clause 16, Clause 17, Clause 18, and Clause 19, and Clause 21 PHY service interfaces as shown in Figure 27-1, Figure 27-2, and Figure 27-3.



IEEE 802.11ax-2021 § 27.2.6.1 (emphasis added).

The Accused Products acquire channel state knowledge for the second remote wireless device (VHT beamformee) through the VHT sounding protocol.

Page 7 of 55

Upon receipt of a VHT NDP sounding PPDU, the beamformee shall remove the space-time stream CSD in Table 21-11 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74. The number of bits for quantization is chosen by the beamformee, based on the indication from the beamformer as to whether the feedback is requested for SU-MIMO beamforming or

IEEE 802.11-2020 § 21.3.11.2 (emphasis added).

The Accused Products use the VHT sounding protocol in compliance with the 802.11ax Standard as well as its predecessor, the IEEE 802.11-2020 standard, to determine channel state information for the second wireless device. Based on the second wireless device's feedback (*e.g.,* VHT Compressed Beamforming Report), the Accused Products calculate the steering matrix $Q_k$, needed to direct the VHT beam towards the second wireless device.

For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 19.3.12.3.6. The feedback report format is described in 9.4.1.49.

For DL-MU-MIMO beamforming, the receive signal vector in subcarrier $k$ at beamformee $u$, $y_{k,u} = [y_{k,0}, y_{k,1}, \ldots, y_{k,N_{RX_u}-1}]^T$, is shown in Equation (21-101), where $x_k = [x_{k,0}^T, x_{k,1}^T, \ldots, x_{k,N_{user}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user}$ beamformees, with $x_{k,u} = [x_{k,0}, x_{k,1}, \ldots, x_{k,N_{STS,u}-1}]^T$ being the transmit signal for beamformee $u$.

$$y_{k,u} = H_{k,u} \times [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user}-1}] \times x_k + n \qquad (21\text{-}101)$$

where

$H_{k,u}$   is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$

$N_{RX_u}$   is the number of receive antennas at beamformee $u$

$Q_{k,u}$   is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS_u}$

$N_{user}$   is the number of VHT MU PPDU recipients (see Table 21-6)

$n$   is a vector of additive noise and may include interference

IEEE 802.11-2020 § 21.3.11.1 (emphasis added).

The Accused Products receive a VHT Compressed Beamforming report based on the channel to the second wireless device using the null data packet (NDP). "VHT Compressed Beamforming report." IEEE 802.11-2020 § 21.3.11.

DL-MU-MIMO beamforming. The compressed beamforming feedback using 19.3.12.3.6 is the only Clause 21 beamforming feedback format defined.

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user}-1}]$ using $V_{k,u}$ and $SNR_{k,u}$ ($0 \le u \le N_{user} - 1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11-2020 § 21.3.11.2 (emphasis added).

The Accused Products use the beamforming feedback matrices $\phi(k,u)$ and $\psi(k,u)$ to compute a VHT steering matrix ($Q_k$) for the second data path to the second wireless device. The second communication path used by the accused products is the channel between the Accused Products and second wireless device. This path has a second beam pattern determined by the Accused Products based on the steering matrix $Q_k$. This matrix is applied during the spatial mapping process for data transmissions using the VHT Protocol (e.g., VHT MU PPDU).

Case 5:26-cv-00102-RWS    Document 1-14    Filed 07/30/26    Page 12 of 56 PageID #: 476

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

$Q_k^{(i_{Seg})}$ is a spatial mapping/steering matrix with $N_{TX}$ rows and $N_{STS,total}$ columns for subcarrier $k$ in frequency segment $i_{Seg}$. $Q_k^{(i_{Seg})}$ may be frequency dependent. Refer to the examples of $Q_k$ listed in 19.3.11.11.2 for examples of $Q_k^{(i_{Seg})}$ that could be used for VHT SU PPDUs. Note that implementations are not restricted to the spatial mapping matrix examples listed in 19.3.11.11.2 and the number of transmit chains $N_{TX}$ could be greater than 4. For VHT SU PPDUs to which beamforming is applied, $Q_k^{(i_{Seg})}$ is a beamforming steering matrix and is derived from the TXVECTOR parameter EXPANSION_MAT. For VHT MU PPDUs, $Q_k^{(i_{Seg})}$ is the DL-MU-MIMO steering matrix and is derived from the TXVECTOR parameter EXPANSION_MAT. The beamforming steering matrices and DL-MU-MIMO steering matrices are implementation specific.

IEEE 802.11-2020 § 21.3.10.11.1 (emphasis added).

The Accused Products, in compliance with the 802.11ax Standard, operate in the 5 GHz band and send a second data using the VHT wireless communication protocol to a second remote device. "A VHT STA may support the following features: . . . Beamforming sounding (by sending a VHT NDP) . . . Responding to transmit beamforming sounding (by providing compressed beamforming feedback)." IEEE 802.11-2020 § 21.1.1. The accused products create a VHT transmission beam pattern (second beam pattern) by applying a streeting matrix ($Q_k$) to the second communication path between the Accused Products and the second wireless device. The Accused Products use the VHT sounding protocol to probe the channel to the target second remote device.

A VHT NDP shall use the SU PPDU format as described in 21.1.4. A STA shall transmit a VHT NDP using the following TXVECTOR parameters:

— APEP_LENGTH set to 0

— NUM_USERS set to 1

— NUM_STS indicates two or more space-time streams

— CH_BANDWIDTH set to the same value as the TXVECTOR parameter CH_BANDWIDTH in the preceding VHT NDP Announcement frame

— GROUP_ID and PARTIAL_AID are set as described in 10.19

The number of space-time streams sounded and as indicated by the NUM_STS parameter shall not exceed the value indicated in the Beamformee STS Capability field in the VHT Capabilities element of any intended recipient of the VHT NDP. The NUM_STS parameter may be set to any value, subject to the constraint of the previous sentence, regardless of the value of the Supported VHT-MCS and NSS Set field of the VHT Capabilities element at either the transmitter or recipient of the NDP.

The intended receiver of a VHT NDP is identified by the RA of the immediately preceding VHT NDP Announcement frame.

IEEE 802.11-2020 § 10.36.6 (emphasis added) (describing the sounding mechanism).

The Accused Products determine a second communication path between the Accused Products and the second remote device where the second communication path has a second beam pattern directed at a second angle. The Accused Products receive a channel state information regarding the path to the second remove device. Based on the channel state information regarding the path to the second remote device, the Accused Products calculate a steering matrix for transmitting the second data to the second remove device. The steering matrix calculated by the Accused Products sets the second beam pattern and the second angle. "Upon receipt of a VHT NDP sounding PPDU, the beamformee ... comput[es] a set of matrices for feedback to the beamformer. . . After receiving the angle information . . . the beamformer reconstructs $V_{k,u}$ . . . the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$." IEEE 802.11-2020 § 21.3.11.2 (describing the feedback mechanism used to calculate the steering matrix).

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

| | |
|---|---|
| [18c] wherein the first beam pattern is formed such that the first data is transmitted on the first beam pattern having a primarily signal strength along the first angle and a suppressed signal strength along the second angle to minimize interference along the second communication path, and | The Accused Products perform the method wherein the first beam pattern is formed such that the first data is transmitted on the first beam pattern having a primarily signal strength along the first angle and a suppressed signal strength along the second angle to minimize interference along the second communication path.<br><br>The Accused Products use channel state information to determine a first beam pattern (*e.g.*, HE transmission beam pattern) through the application of a steering matrix ($Q_k$) during the Spatial mapping process.<br><br>b) Pre-FEC padding: Append the pre-FEC padding bits as described in 27.3.12. There are no tail bits.<br>c) Scrambler: Scramble the pre-FEC padded data.<br>d) LDPC encoder: LDPC encode as described in 27.3.12.5.2.<br>e) Post-FEC padding: Append the post-FEC pad bits and PE field as described in 27.3.12.<br>f) Stream parser: Rearrange the output of LDPC encoder into blocks as described in 27.3.12.6.<br>g) Segment parser (if needed): In a 160 MHz or 80+80 MHz transmission with a 2×996-tone RU, divide the output of each stream parser into two frequency subblocks as described in 27.3.12.6. This block is bypassed for 20 MHz, 40 MHz, and 80 MHz transmissions.<br>h) Constellation mapper: Map to BPSK, BPSK DCM, QPSK, QPSK DCM, 16-QAM, 16-QAM DCM, 64-QAM, 256-QAM, or 1024-QAM constellation points as described in 27.3.12.9.<br>i) LDPC tone mapper: the LDPC tone mapping shall be performed on all LDPC encoded streams as described in 27.3.12.10.<br>j) Segment deparser (if needed): In 160 MHz transmission, merge the two frequency subblocks into one frequency segment as described in 27.3.12.11. This block is bypassed for 20 MHz, 40 MHz, 80 MHz, and 80+80 MHz transmissions.<br>k) STBC: Apply STBC as described in 27.3.12.12.<br>l) Pilot insertion: Insert pilots following the steps described in 27.3.12.13.<br>m) CSD: Apply CSD for each space-time stream and frequency segment as described in 27.3.11.2.2.<br>n) Spatial mapping: Apply the *Q* matrix as described in 27.3.12.14.<br>o) IDFT: In an 80+80 MHz transmission, map each frequency subblock to a separate IDFT. Compute the inverse discrete Fourier transform.<br>p) GI and windowing: Prepend a GI determined by the TXVECTOR parameter GI_TYPE, and apply windowing as described in 27.3.10.<br>q) Analog and RF: Upconvert the resulting complex baseband waveform with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 27.3.10 and 27.3.11 for details.<br><br>IEEE 802.11ax-2021 § 27.3.6.10.2, step n; *see also* IEEE 802.11ax-2021 § 27.3.6.11.4 ("Spatial mapping: The *Q* matrix is applied as described in 27.3.12.14. The combining of all user data of an RU is done in this block"). |

The Accused Products use the HE sounding protocol (IEEE 802.11ax-2021 § 26.7), which enables the Accused Products to acquire channel state information for the first path to a first remote device.

$$y_{k,u} = H_{k,u} \times [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}] \times x_k + n \qquad (27\text{-}126)$$

where

$H_{k,u}$ is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$

$N_{RX_u}$ is the number of receive antennas at beamformee $u$

$Q_{k,u}$ is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS,r,u}$

$N_{user,r}$ is the number of HE MU PPDU recipients (see Table 27-15) in RU $r$

$n$ is a vector of additive noise and may include interference

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, \ldots, N_{user,r}-1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added).

This channel state information is used to calculate the steering matrix Qk (27.3.16.2) which directs the first signal towards the first remote device at the first angle, resulting in primary signal strength along the first angle.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

The Accused Products, in compliance with the 802.11ax Standard, calculate a steering mix "in order to suppress crosstalk between participating beamformees." IEEE 802.11ax-2021 § 27.3.16.2. The Accused Products use data regarding the angle and beam pattern of the second channel (using the VHT protocol) to calculate the HE steering matrix for transmission to the first remote device such that the angle of the first path suppresses the signal strength towards the location of the second remote device.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:

— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.

— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.

— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

| | |
|---|---|
| | The bandwidth of the HE NDP Announcement frame is obtained from the RXVECTOR parameter CH_BANDWIDTH of the HE NDP Announcement frame if received in an HE, VHT, or HT PPDU; is obtained from the RXVECTOR parameter CH_BANDWIDTH_IN_NON_HT if the HE NDP Announcement frame is received in a non-HT duplicate PPDU; and is 20 MHz if the HE NDP Announcement frame is received in a non-HT PPDU.<br><br>In an HE non-TB sounding sequence, an HE beamformer shall solicit full-bandwidth feedback. In an HE TB sounding sequence, an HE beamformer shall solicit full-bandwidth feedback in a STA Info field identifying an HE beamformee that has not indicated support for partial-bandwidth feedback. In an HE TB sounding sequence, an HE beamformer may solicit full-bandwidth or partial-bandwidth feedback in a STA Info field identifying an HE beamformee that has indicated support for partial-bandwidth feedback (see 26.7.2).<br><br>For 80+80 MHz, feedback is not requested for the gap between the 80 MHz segments.<br><br>The HE beamformer shall set the TXVECTOR parameter CH_BANDWIDTH or CH_BANDWIDTH_IN_NON_HT, the RU Start Index field, and the RU End Index field of the HE NDP Announcement frame, depending on the operating channel width and partial BW support of the HE beamformee, as defined in Table 26-4. The bandwidth of the HE NDP Announcement frame is determined before applying puncturing based on disallowed subchannels.<br><br>IEEE 802.11ax-2021 § 26.7.3 (emphasis added).<br><br>The Accused Products, in compliance with the 802.11ax Standard, use channel feedback from remote devices to calculate a steering matrix. Applying this steering matrix focuses the transmit energy primarily along the first angle towards the first remote device. As a direct physical consequence of this focusing, signal strength is reduced (suppressed) in other directions, including the second angle towards the second remote device minimizing interference along the communication path. Specifically, the Accused Products calculate a steering matrix "$Q_k = [Q_{k,0}, Q_{k,1}, \ldots]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between beamformees." IEEE 802.11ax-2021 § 27.3.16.2. |
| [18d] wherein the second beam pattern is formed such that the second data is transmitted on the second | The Accused Products perform the method wherein the second beam pattern is formed such that the second data is transmitted on the second beam pattern having a primary signal strength along the second angle and a suppressed signal strength along the first angle to minimize interference along the |

| | |
|---|---|
| beam pattern having a primary signal strength along the second angle and a suppressed signal strength along the first angle to minimize interference along the first communication path. | first communication path.  Specifically, the Accused Products use channel state information to form a second beam pattern to the second remote device that has a second angle.<br><br>The VHT PHY data subcarriers are modulated using binary phase shift keying (BPSK), quadrature phase shift keying (QPSK), 16-quadrature amplitude modulation (16-QAM), 64-QAM, and 256-QAM. Forward error correction (FEC) coding (convolutional or LDPC coding) is used with coding rates of 1/2, 2/3, 3/4, and 5/6.<br><br>A VHT STA shall support the following features:<br>— Non-HT and non-HT duplicate formats (transmit and receive) for all channel widths supported by the VHT STA<br>— HT-mixed format (transmit and receive)<br>— VHT format (transmit and receive)<br>— 20 MHz, 40 MHz, and 80 MHz channel widths<br>— Single spatial stream VHT-MCSs 0 to 7 (transmit and receive) in all supported channel widths<br>— BCC coding<br><br>IEEE 802.11-2020 § 21.1.1 (emphasis added).<br><br>The Accused Products form a second beam pattern with a second angle by using combined channel state knowledge from the second and first paths.  The Accused Products, when forming the second beam pattern for the second path to the second remote device, use channel state information to generate the steering matrix. |

SU-MIMO and DL-MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming all space-time streams in the transmitted signal are intended for reception at a single STA. With DL-MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs.

For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 19.3.12.3.6. The feedback report format is described in 9.4.1.49.

For DL-MU-MIMO beamforming, the receive signal vector in subcarrier $k$ at beamformee $u$, $y_{k,u} = [y_{k,0}, y_{k,1}, \ldots, y_{k,N_{RX_u}-1}]^T$, is shown in Equation (21-101), where $x_k = [x_{k,0}^T, x_{k,1}^T, \ldots, x_{k,N_{user}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user}$ beamformees, with $x_{k,u} = [x_{k,0}, x_{k,1}, \ldots, x_{k,N_{STS,u}-1}]^T$ being the transmit signal for beamformee $u$.

$$y_{k,u} = H_{k,u} \times [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user}-1}] \times x_k + n \qquad (21\text{-}101)$$

where
  $H_{k,u}$ is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$

  $N_{RX_u}$ is the number of receive antennas at beamformee $u$

  $Q_{k,u}$ is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS_u}$

IEEE 802.11-2020 § 21.3.11.1 (emphasis added).

The Accused Products form the second beam pattern by applying the steering matrix which is calculated based on feedback and the calculation is performed "in order to suppress crosstalk between participating beamformees."

Case 5:26-cv-00102-RWS    Document 1-14    Filed 07/30/26    Page 21 of 56 PageID #: 485

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

The beamformee shall generate the beamforming feedback matrices with the number of rows ($N_r$) equal to the $N_{STS}$ of the NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user}-1}]$ using $V_{k,u}$ and $SNR_{k,u}$ ($0 \leq u \leq N_{user}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

The beamformee decides the tone grouping and codebook size to be used in the beamforming feedback matrix $V$. A beamformer shall support all tone groups and codebook sizes.

IEEE 802.11-2020 § 21.3.11.2 (emphasis added).

$Q_k^{(i_{Seg})}$ is a spatial mapping/steering matrix with $N_{TX}$ rows and $N_{STS,total}$ columns for subcarrier $k$ in frequency segment $i_{Seg}$. $Q_k^{(i_{Seg})}$ may be frequency dependent. Refer to the examples of $Q_k$ listed in 19.3.11.11.2 for examples of $Q_k^{(i_{Seg})}$ that could be used for VHT SU PPDUs. Note that implementations are not restricted to the spatial mapping matrix examples listed in 19.3.11.11.2 and the number of transmit chains $N_{TX}$ could be greater than 4. For VHT SU PPDUs to which beamforming is applied, $Q_k^{(i_{Seg})}$ is a beamforming steering matrix and is derived from the TXVECTOR parameter EXPANSION_MAT. For VHT MU PPDUs, $Q_k^{(i_{Seg})}$ is the DL-MU-MIMO steering matrix and is derived from the TXVECTOR parameter EXPANSION_MAT. The beamforming steering matrices and DL-MU-MIMO steering matrices are implementation specific.

IEEE 802.11-2020 § 21.3.10.11 (emphasis added).

| | |
|---|---|
| | The VHT-STF field is defined in 21.3.8.3.4 and is constructed as follows:<br><br>a) Sequence generation: Generate the VHT-STF in the frequency domain over the bandwidth indicated by CH_BANDWIDTH as described in 21.3.8.3.4.<br>b) Phase rotation: Apply appropriate phase rotation for each 20 MHz subchannel as described in 21.3.7.4 and 21.3.7.5.<br>c) CSD: Apply CSD for each space-time stream and frequency segment as described in 21.3.8.3.2.<br>d) Spatial mapping: Apply the $Q$ matrix as described in 21.3.10.11.1.<br>e) IDFT: Compute the inverse discrete Fourier transform.<br>f) Insert GI and apply windowing: Prepend a GI (LONG_GI) and apply windowing as described in 21.3.7.4.<br>g) Analog and RF: Upconvert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 21.3.7.4 and 21.3.8 for details.<br><br>IEEE 802.11-2020 § 21.3.4.6 (emphasis added); *see also* IEEE 802.11-2020 §§ 21.3.4.7, step d; 21.3.4.9.1, step m; 21.3.4.9.2, step m; 21.3.4.10.4, step a. |
| 22. The method of claim 18, wherein determining the first communication path comprises determining the first angle of the first data, and wherein determining the second communication path comprises determining the second angle of the second data. | The Accused Products perform the method of claim 18, wherein determining the first communication path comprises determining the first angle of the first data, and wherein determining the second communication path comprises determining the second angle of the second data.  As described in Claim 18, the Accused Products determine the first communication path (compliant with the 802.11ax HE protocol) using channel state information obtained via the HE sounding protocol.  The Accused Products determine the first angle of the first data by receiving compressed beamforming feedback in the form of angles ($\varphi$ and $\psi$) and using those angles to derive the steering matrix used to direct the first data.<br><br>The 802.11ax Standard specifies that the beamforming feedback matrix is compressed into angles. The Accused Products (Beamformer) receive these angles to determine the steering matrix for the first path. |

Case 5:26-cv-00102-RWS    Document 1-14    Filed 07/30/26    Page 23 of 56 PageID #:
487

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

**27.3.16.2 Beamforming feedback matrix _V_**

Upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback to the beamformer as described in 21.3.11.2. The eligible beamformees shall remove the space-time stream CSD in Table 21-11 from the measured channel before computing a set of matrices for feedback to the beamformer.

The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

The Accused Products determine the first angle by using the angle information received in the feedback to reconstruct the matrix and calculate the steering matrix ($Q_k$) for the first path. "The HE beamformer uses this estimate to derive the steering matrix." IEEE 802.11ax-2021 § 26.7.1.

Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

As described in Claim 18, the Accused Products determine the second communication path (compliant with the VHT protocol) using the VHT sounding protocol. The Accused Products determine the second angle of the second data by receiving compressed beamforming feedback in the form of angles and using those angles to derive the steering matrix used to direct the second data.

| | |
|---|---|
| | The Accused Products receive angle information from the second remote device (VHT beamformee) and use it to determine the steering matrix for the second path.<br><br>The beamformee shall generate the beamforming feedback matrices with the number of rows ($N_r$) equal to the $N_{STS}$ of the NDP.<br><br>After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user}-1}]$ using $V_{k,u}$ and $SNR_{k,u}$ ($0 \leq u \leq N_{user}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>The beamformee decides the tone grouping and codebook size to be used in the beamforming feedback matrix $V$. A beamformer shall support all tone groups and codebook sizes.<br><br>IEEE 802.11-2020 § 21.3.11.2 (emphasis added) (referenced by IEEE 802.11ax-2021 § 27.2.6.4 regarding support for VHT format). |
| 23. The method of claim 22, further comprising determining an optimal difference angle between the first angle and the second angle. | The Accused Products perform the method of claim 22, further comprising determining an optimal difference angle between the first angle and the second angle.  Specifically, the Accused Products determine an optimal difference angle by calculating a steering matrix Q designed to spatially separate the first and second beam patterns. This calculation mathematically determines the necessary angular separation (difference angle) required to direct energy toward the intended user while placing nulls toward other users (crosstalk suppression).<br><br>In compliance with the IEEE 802.11ax Standard, the Accused Products use the feedback angles (converted back to $V_{k,u}$) from multiple users to calculate a steering matrix that optimizes the signal-to-interference-plus-noise ratio. This process determines the optimal angular difference between the beams to minimize interference. |

> After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ $(0 \leq u \leq N_{user,r}-1)$ in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

The Accused Products perform this same determination for the second communication protocol (VHT), calculating the steering matrix to suppress crosstalk, thereby determining the optimal difference in angles between the simultaneous transmissions.

> The beamformee shall generate the beamforming feedback matrices with the number of rows ($N_r$) equal to the $N_{STS}$ of the NDP.
>
> After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user}-1}]$ using $V_{k,u}$ and $SNR_{k,u}$ $(0 \leq u \leq N_{user}-1)$ in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.
>
> The beamformee decides the tone grouping and codebook size to be used in the beamforming feedback matrix $V$. A beamformer shall support all tone groups and codebook sizes.

IEEE 802.11-2020 § 21.3.11.2 (emphasis added) ("For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k$... in order to suppress crosstalk between participating beamformees.").

| 25. The method of claim 18, wherein determining the first communication path having the first beam pattern comprises determining a first set of phase correction coefficients, and wherein determining the second communication path having the second beam pattern comprises determining a second set of phase correction coefficients. | The Accused Products perform the method of claim 18, wherein determining the first communication path having the first beam pattern comprises determining a first set of phase correction coefficients, and wherein determining the second communication path having the second beam pattern comprises determining a second set of phase correction coefficients. Specifically, the Accused Products determine communication paths and beam patterns by calculating steering matrices ($Q_k$) based on channel state information. These steering matrices contain complex values that function as phase correction coefficients to steer the beam. In compliance with the IEEE 802.11ax Standard, the Accused Products determine a first set of phase correction coefficients (the elements of the steering matrix $Q_k$) for the first communication path. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.

For SU-MIMO and DL MU-MIMO beamforming in RU $r$, the receive signal vector in subcarrier $k$ (where subcarrier $k$ is one of the subcarriers in RU $r$, $K_r$ is the set of used subcarrier indices in RU $r$, and $k \in K_r$) at beamformee $u$, $y_{k,u} = [y_{k,0}, y_{k,1}, ..., y_{k,N_{RX_u}-1}]^T$, is shown in Equation (27-126), where $x_k = [x_{k,0}^T, x_{k,1}^T, ..., x_{k,N_{user,r}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user,r}$ beamformees, with $x_{k,u} = [x_{k,0}, x_{k,1}, ..., x_{k,N_{STS,r,u}-1}]^T$ being the transmit signal for beamformee $u$.

$$y_{k,u} = H_{k,u} \times [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}] \times x_k + n \qquad (27\text{-}126)$$

where

$H_{k,u}$   is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$

$N_{RX_u}$   is the number of receive antennas at beamformee $u$

$Q_{k,u}$   is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS,r,u}$

$N_{user,r}$ is the number of HE MU PPDU recipients (see Table 27-15) in RU $r$

$n$   is a vector of additive noise and may include interference

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, ..., N_{user,r}-1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added).

Page 26 of 55

The steering matrix $Q_k$ consists of complex coefficients that apply amplitude and phase corrections to direct the beam. Additionally, the Accused Products determine Cyclic Shift Diversity values, which are phase shifts applied per transmit chain or space-time stream.

### 27.3.11.2 Cyclic shift

### 27.3.11.2.1 Cyclic shift for pre-HE modulated fields

If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, then the cyclic shift value $T_{CS}^{i_{TX}}$ for the L-STF, L-LTF, L-SIG, RL-SIG, HE-SIG-A, and HE-SIG-B fields of the PPDU for transmit chain $i_{TX}$ out of a total of $N_{TX}$ are defined in Table 21-10. In UL MU transmission, the cyclic shift value $T_{CS}^{i_{TX}}$ is based on the local transmit chain indices at each STA.

If the TXVECTOR parameter BEAM_CHANGE is 0, then the cyclic shift value $T_{CS,\,HE}(n)$ for the L-STF, L-LTF, L-SIG, RL-SIG, and HE-SIG-A fields is specified in 27.3.11.2.2.

IEEE 802.11ax-2021 § 27.3.11.2.1 (emphasis added).

The Accused Products determine a second set of phase correction coefficients for the second communication path (to the second remote device). As detailed in Claim 18 (above), the Accused Products calculate steering matrices ($Q_k$) to form beams to the second remote device, specifically determining coefficients that suppress interference (crosstalk) from the first beam pattern.

| | |
|---|---|
| | The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, \ldots, N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.<br><br>For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 19.3.12.3.6. The feedback report format is described in 9.4.1.65.<br><br>IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added). |
| 26. The method of claim 25, further comprising: applying the first set of phase correction coefficients to the antenna array to transmit the first data in the first beam pattern; and applying the second set of phase correction coefficients to the antenna array to transmit the second data in the second beam pattern. | The Accused Products perform the method of claim 25, applying the first set of phase correction coefficients to the antenna array to transmit the first data in the first beam pattern; and applying the second set of phase correction coefficients to the antenna array to transmit the second data in the second beam pattern. The Accused Products apply the determined steering matrix ($Q_k$) and CSD phase shifts (phase correction coefficients) during the spatial mapping process and modulation process to transmit the data. |

If midambles are not present, the time domain waveform of the Data field of an HE PPDU that is not an HE TB PPDU for transmit chain $i_{TX}$, where $1 \le i_{TX} \le N_{TX}$, and frequency segment $i_{Seg}$ shall be as defined in Equation (27-108).

$$r_{\text{HE-Data}}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{SYM}-1} w_{T_{\text{HE-Data}}}(t - nT_{SYM}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r}{\sqrt{N_{STS,r,total}}}$$

$$\sum_{k \in K_r} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{STS,r,u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX}, (M_{r,u}+m)} \left( \tilde{D}_{k,m,n,r}^{(i_{Seg},u)} + P_{n+2+N_{\text{HE-SIG-A}}+N_{\text{HE-SIG-B}}} P_n^k \right) \right.$$
$$\left. \cdot \exp(j2\pi k\Delta_{F,\text{HE}}(t - nT_{SYM} - T_{GI,Data} - T_{CS,\text{HE}}(M_{r,u}+m))) \right)$$

(27-108)

where

$T_{SYM}$      is defined in Table 27-12

$p_n$      is defined in 17.3.5.10

$P_n^k$      can be selected from Equation (27-101) to Equation (27-107) defined in 27.3.12.13, depending on the corresponding RU size

$T_{CS,\text{HE}}(M_{r,u}+m)$      represents the cyclic shift for space-time stream $M_{r,u}+m$ as defined in 27.3.11.2.2

$T_{GI,Data}$      is the guard interval duration as defined in Table 27-12

$\tilde{D}_{k,m,n,r}^{(i_{Seg},u)}$      is the transmitted constellation for user $u$ in the $r^{th}$ RU at subcarrier $k$, space-time stream $m$ and Data field OFDM symbol $n$ and is defined by Equation (27-109)

IEEE 802.11ax-2021 § 27.3.12.14 (emphasis added).

The Accused Products apply the coefficients during the construction of the Data field.

| | |
|---|---|
| | **27.3.6.11.4 Combining to form an HE MU PPDU**<br><br>The per user data is combined as follows:<br><br>a) Spatial mapping: The $Q$ matrix is applied as described in 27.3.12.14. The combining of all user data of an RU is done in this block.<br><br>b) IDFT: Compute the inverse discrete Fourier transform.<br><br>c) GI and windowing: Prepend a GI determined by the TXVECTOR parameter GI_TYPE, and apply windowing as described in 27.3.10.<br><br>d) Analog and RF: Upconvert the resulting complex baseband waveform with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 27.3.10 and 27.3.11 for details.<br><br>IEEE 802.11ax-2021 § 27.3.6.11.4 (emphasis added).<br><br>By applying the $Q$ matrix (steering matrix) and CSD values to the data streams for the first and second remote devices, the Accused Products apply the first and second sets of phase correction coefficients to the antenna array to transmit the data in the beam patterns. |
| [27] The method of claim 18, wherein the first beam pattern for communicating the first data has a signal strength ratio of 30 dB or more between the primary signal strength of the first data along the first communication path and the suppressed signal strength of the first data along the second communication path. | The Accused Products perform the method of claim 18, wherein the first beam pattern for communicating the first data has a signal strength ratio of 30 dB or more between the primary signal strength of the first data along the first communication path and the suppressed signal strength of the first data along the second communication path. Specifically, the Accused Products, in compliance with the IEEE 802.11ax Standard, support high-order modulation schemes, including 1024-QAM. To effectively transmit data using these modulation schemes, the Accused Products must maintain a high signal-to-noise/interference ratio, corresponding to a relative constellation error of -30 dB or lower (better). The 802.11ax Standard requires Accused Products transmitting 1024-QAM to achieve a relative constellation error of -32 dB or -35 dB. This requirement dictates the signal strength of the desired data (primary signal strength) must be at least 32 dB higher than the noise/interference floor (suppressed signal strength), satisfying the "30 dB or more" limitation. |

Case 5:26-cv-00102-RWS   Document 1-14   Filed 07/30/26   Page 32 of 56 PageID #: 496

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

For 1024-QAM, the relative constellation error shall meet either one of the following requirements:

— The relative constellation error shall be less than or equal to −35 dB if amplitude drift compensation is disabled in the test equipment.

— The relative constellation error shall be less than or equal to −35 dB with amplitude drift compensation enabled in the test equipment, and the relative constellation error shall be less than or equal to −32 dB with amplitude drift compensation disabled in the test equipment.

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added).

The Accused Products form the first beam pattern to suppress interference to a degree necessary to meet these requirements for high throughput transmission. As identified in Claim 18, the Accused Products calculate a steering matrix "in order to suppress crosstalk between participating beamformees." IEEE 802.11ax-2021 § 27.3.16.2.

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

Table 27-49 of the 802.11ax Standard confirms the requirement for -32 dB (representing a ratio of >30 dB) for 1024-QAM transmission.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

**Table 27-49—Allowed relative constellation error versus constellation size and coding rate**

| Modulation | | Coding rate | Relative constellation error in an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU (dB) | Relative constellation error in an HE TB PPDU when transmit power is larger than maximum power of HE-MCS 7 (dB) | Relative constellation error in an HE TB PPDU when transmit power is less than or equal to maximum power of HE-MCS 7 (dB) |
|---|---|---|---|---|---|
| Without DCM | With DCM | | | | |
| N/A | BPSK | 1/2 | −5 | −13 | −27 |
| BPSK | QPSK | 1/2 | −5 | −13 | −27 |
| QPSK | 16-QAM | 1/2 | −10 | −13 | −27 |
| QPSK | 16-QAM | 3/4 | −13 | −13 | −27 |
| 16-QAM | N/A | 1/2 | −16 | −16 | −27 |
| 16-QAM | N/A | 3/4 | −19 | −19 | −27 |
| 64-QAM | N/A | 2/3 | −22 | −22 | −27 |
| 64-QAM | N/A | 3/4 | −25 | −25 | −27 |
| 64-QAM | N/A | 5/6 | −27 | −27 | −27 |
| 256-QAM | N/A | 3/4 | −30 | −30 | −30 |
| 256-QAM | N/A | 5/6 | −32 | −32 | −32 |
| 1024-QAM | N/A | 3/4 | −35/−32 | −35/−32 | −35/−32 |
| 1024-QAM | N/A | 5/6 | −35/−32 | −35/−32 | −35/−32 |

IEEE 802.11ax-2021 § 27.3.19.4.3, Table 27-49 (emphasis added).

| | |
|---|---|
| [28] The method of claim 27, wherein the second beam pattern for communicating the second data has a signal strength ratio of 30 dB or more between the primary signal strength of the second data along the second communication path and the suppressed signal strength of the second data along the first communication path. | The Accused Products perform the method of claim 27, wherein the second beam pattern for communicating the second data has a signal strength ratio of 30 dB or more between the primary signal strength of the second data along the second communication path and the suppressed signal strength of the second data along the first communication path. Specifically, the Accused Products determine a second communication path and form a second beam pattern (as established in element [18b]) to communicate second data (e.g., VHT or HE data). The Accused Products apply the same steering matrix calculations and EVM requirements to the second communication path to ensure high data rates and suppressed interference (crosstalk) along the first path. In compliance with the 802.11ax Standard, the Accused Products calculate the steering matrix for all participating beamformees (including the second remote device) to suppress crosstalk.<br><br>After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ $(0 \le u \le N_{user,r}-1)$ in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).<br><br>To support high modulation on the second path (e.g., 256-QAM for VHT or 1024-QAM for HE), the Accused Products generate a second beam pattern with a signal strength ratio (SNR/EVM) of 30 dB or more (-32 dB). |

**27.3.19.4.3 Transmitter constellation error**

The relative constellation RMS error in the test, calculated by first averaging over subcarriers, frequency segments, HE PPDUs, and spatial streams [see Equation (27-127)] as described in 27.3.19.4.4 shall not exceed a data-rate-dependent value according to Table 27-49. The number of spatial streams under test shall be equal to the number of utilized transmitting STA antenna (output) ports and also equal to the number of utilized testing instrumentation input ports. In the test, $N_{SS} = N_{STS}$ (no STBC), and no beamforming steering matrix shall be used. Each output port of the transmitting STA shall be connected through a cable to one input port of the testing instrumentation. The requirements shall apply to 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous transmissions as well as 80+80 MHz noncontiguous transmissions.

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added) ("The relative constellation RMS error... shall not exceed a data-rate-dependent value according to Table 27-49.").

| Modulation | | Coding rate | Relative constellation error in an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU (dB) | Relative constellation error in an HE TB PPDU when transmit power is larger than maximum power of HE-MCS 7 (dB) | Relative constellation error in an HE TB PPDU when transmit power is less than or equal to maximum power of HE-MCS 7 (dB) |
|---|---|---|---|---|---|
| Without DCM | With DCM | | | | |
| N/A | BPSK | 1/2 | −5 | −13 | −27 |
| BPSK | QPSK | 1/2 | −5 | −13 | −27 |
| QPSK | 16-QAM | 1/2 | −10 | −13 | −27 |
| QPSK | 16-QAM | 3/4 | −13 | −13 | −27 |
| 16-QAM | N/A | 1/2 | −16 | −16 | −27 |
| 16-QAM | N/A | 3/4 | −19 | −19 | −27 |
| 64-QAM | N/A | 2/3 | −22 | −22 | −27 |
| 64-QAM | N/A | 3/4 | −25 | −25 | −27 |
| 64-QAM | N/A | 5/6 | −27 | −27 | −27 |
| 256-QAM | N/A | 3/4 | −30 | −30 | −30 |
| 256-QAM | N/A | 5/6 | −32 | −32 | −32 |
| 1024-QAM | N/A | 3/4 | −35/−32 | −35/−32 | −35/−32 |
| 1024-QAM | N/A | 5/6 | −35/−32 | −35/−32 | −35/−32 |

IEEE 802.11ax-2021 § 27.3.19.4.3, Table 27-49 (emphasis added).

| | |
|---|---|
| 29. The method of claim 18, further comprising simultaneously | The Accused Products perform the method of claim 18, further comprising simultaneously communicating the first data along the first communication path and the second data along the second communication path.  As described in the Claim 18 analysis above, the Accused Products perform |

| | |
|---|---|
| communicating the first data along the first communication path and the second data along the second communication path. | Downlink Multi-User MIMO (DL MU-MIMO), which establishes communication paths to multiple remote devices. The Accused Products utilize DL MU-MIMO to transmit data to these multiple devices at the same time.  In compliance with the IEEE 802.11ax Standard, the Accused Products perform DL MU transmission, which allows for simultaneous transmission.<br><br>The MU transmissions include DL MU transmissions and UL MU transmissions.<br><br>DL MU transmission allows an AP to simultaneously transmit information to more than one non-AP STA. For a DL MU transmission, the AP uses the HE MU PPDU format and employs either DL OFDMA or DL MU-MIMO, or a mixture of both. UL MU transmission allows an AP to simultaneously receive information from more than one non-AP STA. UL MU transmissions are preceded by a triggering frame from the AP. The non-AP STAs transmit using the HE TB PPDU format and employ either UL OFDMA or UL MU-MIMO, or a mixture of both.<br><br>IEEE 802.11ax-2021 § 27.3.1.1 (emphasis added).<br><br>The Accused Products use DL MU-MIMO beamforming to communicate data simultaneously along the determined communication paths (e.g., disjoint subsets of space-time streams).<br><br>SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.<br><br>IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added).<br><br>In addition, the second communication path in complying with the VHT protocol supports simultaneous communication using VHT DL-MU-MIMO.  The 802.11ax Standard incorporates VHT functionality where: |

| | |
|---|---|
| | For SU-MIMO and DL MU-MIMO beamforming in RU $r$, the receive signal vector in subcarrier $k$ (where subcarrier $k$ is one of the subcarriers in RU $r$, $K_r$ is the set of used subcarrier indices in RU $r$, and $k \in K_r$) at beamformee $u$, $y_{k,u} = [y_{k,0}, y_{k,1}, ..., y_{k,N_{RX_u}-1}]^T$, is shown in Equation (27-126), where $x_k = [x_{k,0}^T, x_{k,1}^T, ..., x_{k,N_{user,r}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user,r}$ beamformees, with $x_{k,u} = [x_{k,0}, x_{k,1}, ..., x_{k,N_{STS,r,u}-1}]^T$ being the transmit signal for beamformee $u$.<br><br>IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added) ("[t]he transmit signal vector... for all N$_{user}$ beamformees" includes signals for multiple users simultaneously.). |
| 30. The method of claim 18, further comprising simultaneously receiving (1) the first data at a first protocol interface of the wireless device and transmitted along the first communication path and (2) the second data at a second protocol interface of the wireless device and transmitted along the second communication path. | The Accused Products perform the method of claim 18, further comprising simultaneously receiving (1) the first data at a first protocol interface of the wireless device and transmitted along the first communication path and (2) the second data at a second protocol interface of the wireless device and transmitted along the second communication path. Specifically, the Accused Products determine a first communication path (HE/802.11ax) and a second communication path (VHT/802.11ac). The Accused Products include a first protocol interface (e.g., the Clause 27 HE PHY service interface) and a second protocol interface (e.g., the Clause 21 VHT PHY service interface). In compliance with the IEEE 802.11ax Standard, the Accused Products logically contain both HE (Clause 27) and VHT (Clause 21) PHYs. The MAC layer of the Accused Products interacts with these PHYs via the protocol interfaces to pass data for transmission along the respective communication paths. |

**27.2.6 Support for non-HT, HT, and VHT formats**

**27.2.6.1 General**

An HE STA logically contains Clause 15, Clause 16, Clause 17, Clause 18, Clause 19, Clause 21, and Clause 27 PHYs. The MAC interacts with the PHYs via the Clause 27 PHY service interface, which in turn interacts with the Clause 15, Clause 16, Clause 17, Clause 18, and Clause 19, and Clause 21 PHY service interfaces as shown in Figure 27-1, Figure 27-2, and Figure 27-3.

IEEE 802.11ax-2021 § 27.2.6.1 (emphasis added).

The Accused Products simultaneously receive data at these interfaces to determine the appropriate transmission format (e.g., HE format vs VHT format) and transmission path. The IEEE 802.11ax Standard describes the interaction where the Clause 27 interface receives requests (e.g., PHY-TXSTART.request) and directs them to the appropriate underlying legacy interface (e.g., Clause 21 for VHT) or processes them within Clause 27 for HE frames.



**Figure 27-1—PHY interaction on transmit for various PPDU formats**

IEEE 802.11ax-2021 § 27.2.6.1, Figure 27-1 (emphasis added).

When the Accused Products prepare first data for the first remote device (HE STA) and second data for the second remote device (VHT STA), the data is received at the respective protocol interfaces (Clause 27 for HE data, Clause 21 via Clause 27 for VHT data) to be transmitted along the determined communication paths. The Accused Products support these interfaces simultaneously to enable backward compatibility and multi-standard operation.

Case 5:26-cv-00102-RWS    Document 1-14    Filed 07/30/26    Page 41 of 56 PageID #: 505

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

| | |
|---|---|
| | Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications:<br><br>— Clause 19 and Clause 21 if the HE STA supports an operating channel width greater than or equal to 80 MHz and is operating in the 5 GHz band.<br>— Clause 19 and Clause 21 transmission and reception on 20 MHz channel width (see 26.17.1) if the HE STA is a 20 MHz-only non-AP HE STA and is operating in the 5 GHz band.<br>— Clause 19 if the HE STA is operating in the 2.4 GHz band.<br>— Clause 17 if the HE STA is operating in the 6 GHz band.<br><br>IEEE 802.11ax-2021 § 27.1.1 (emphasis added). |
| 31. The method of claim 18, further comprising periodically updating the first communication path and the second communication path. | The Accused Products perform the method of claim 18, further comprising periodically updating the first communication path and the second communication path. Specifically, the Accused Products update the first communication path (HE/802.11ax) and the second communication path (VHT) by utilizing sounding protocols to obtain new beamforming feedback and updating the steering matrices used to form the beam patterns. The IEEE 802.11ax Standard explicitly describes updating the steering matrix based on new feedback to account for changes in the channel. The Accused Products maintain the first communication path and second communication path by transmitting Sounding protocols (e.g., HE Sounding and VHT Sounding) to solicit updated feedback from remote devices. The Standard notes that the steering matrix is "computed (or updated) using new beamforming feedback." |

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, \ldots, N_{user,r}-1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added) ("The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.").

The Accused Products periodically update the communication paths by initiating new sounding sequences identified by a changing "Sounding Dialog Token." This token differentiates between different instances of the sounding protocol over time, allowing the AP to distinguish between older and newer channel updates.

The HE subfield in the Sounding Dialog Token field is set to 1 to identify the frame as an HE NDP Announcement frame.

The Sounding Dialog Token Number field in the Sounding Dialog Token field contains a value selected by the beamformer to identify the HE NDP Announcement frame.

The format of the STA Info field in an HE NDP Announcement Frame if the AID11 subfield is not set to 2047 is defined in Figure 9-61b.

IEEE 802.11ax-2021 § 9.3.1.19 (emphasis added).

The Accused Products update the first communication path (associated with the first remote device/HE STA) using the HE sounding protocol described in Claim 18 analysis (IEEE 802.11ax-2021 § 26.7.1) and update the second communication path (associated with the second remote device/VHT STA) using the VHT sounding protocol (IEEE 802.11-2020 § 21.3.11.2 referenced in Claim 18).

| | |
|---|---|
| [32PRE] An apparatus for forming beam patterns for a wireless device having an antenna array, the apparatus comprising: | Defendant makes, sells, offers to sell, imports, and/or uses a system for forming beam patterns for a wireless device having an antenna array comprising each and every limitation of the claim, and directly infringes the claim on at least these bases. *See, e.g.*, [32a]-[32e]. To the extent the preamble is limiting, the Accused Products are devices that comprise an apparatus for forming beam patterns for a wireless device having an antenna array [32a]-[32e].<br><br>Additionally, and/or in the alternative, Defendant indirectly infringes the claim – for example. by actively inducing and/or contributing to third-party infringement (*e.g.*, infringement by Defendant Product end-users and/or third-party integrators). *See, e.g.*, [32a]-[32e]. Moreover, Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '832 patent into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '832 patent through the use of 802.11ax or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each element of the apparatus described in the claim is in the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [32a] a first protocol interface to receive and transmit first data that is | The Accused Products comprise a first protocol interface to receive and transmit first data that is compliant with a first wireless communication protocol. Specifically, the Accused Products include PHY and MAC layer circuitry and firmware (the "first protocol interface") that receive and transmit |

| | |
|---|---|
| compliant with a first wireless communication protocol; | data compliant with the IEEE 802.11ax (Wi-Fi 6) standard (the "first wireless communication protocol"). In compliance with the standard, the Accused Products support the transmission and reception of High Efficiency (HE) Physical Layer Protocol Data Units (PPDUs). <br><br> Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications: <br><br> — Clause 19 and Clause 21 if the HE STA supports an operating channel width greater than or equal to 80 MHz and is operating in the 5 GHz band. <br><br> — Clause 19 and Clause 21 transmission and reception on 20 MHz channel width (see 26.17.1) if the HE STA is a 20 MHz-only non-AP HE STA and is operating in the 5 GHz band. <br><br> — Clause 19 if the HE STA is operating in the 2.4 GHz band. <br><br> — Clause 17 if the HE STA is operating in the 6 GHz band. <br><br> IEEE 802.11ax-2021 § 27.1.1 (emphasis added). <br><br> **27.1.3 HE PHY functions** <br><br> **27.1.3.1 General** <br><br> The HE PHY contains two functional entities: the PHY function and the physical layer management function (i.e., the PLME). These functions are described in detail in 27.3 and 27.4, respectively. The HE PHY service is provided to the MAC through the PHY service primitives defined in Clause 8. The HE PHY service interface is described in 27.2. <br><br> IEEE 802.11ax-2021 § 27.1.3.1 (emphasis added). |
| [32b] a second protocol interface to receive and transmit second data that that is compliant with a | The Accused Products comprise a second protocol interface to receive and transmit second data that is compliant with a second wireless communication protocol. Specifically, the Accused Products include PHY and MAC layer circuitry and firmware (the "second protocol interface") that receive and transmit data compliant with the Very High Throughput (VHT) / IEEE 802.11ac standard (the "second wireless |

| | |
|---|---|
| second wireless communication protocol; and | communication protocol"). As established in Claim 18, element [18b], the Accused Products support legacy VHT operations.<br><br>Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications:<br>— Clause 19 and Clause 21 if the HE STA supports an operating channel width greater than or equal to 80 MHz and is operating in the 5 GHz band.<br>— Clause 19 and Clause 21 transmission and reception on 20 MHz channel width (see 26.17.1) if the HE STA is a 20 MHz-only non-AP HE STA and is operating in the 5 GHz band.<br>— Clause 19 if the HE STA is operating in the 2.4 GHz band.<br>— Clause 17 if the HE STA is operating in the 6 GHz band.<br><br>IEEE 802.11ax-2021 § 27.1.1 (emphasis added).<br><br>The Accused Products include an interface for supporting the VHT format:<br><br>**27.2.6.4 Support for VHT format**<br><br>The behavior of an HE PHY on receipt of a PHY-TXSTART.request(TXVECTOR) primitive with the TXVECTOR parameter FORMAT equal to VHT is defined in Clause 21, except that the requirements in 27.3.19.3 apply instead of the requirements in 21.3.17.4.2.<br><br>The HE PHY TXVECTOR parameters in Table 27-1 are mapped directly to the Clause 21 TXVECTOR parameters in Table 21-1. The HE PHY parameters not listed in Table 21-1 are not present. The 20 MHz-only non-AP HE STA supports VHT transmission only on 20 MHz channel width.<br><br>On receipt of a PHY-CONFIG.request(PHYCONFIG_VECTOR) primitive, the HE PHY behaves, for the purposes of VHT PPDU transmission and reception, as if it were a Clause 21 PHY that received the PHY-CONFIG.request(PHYCONFIG_VECTOR) primitive.<br><br>IEEE 802.11ax-2021 § 27.2.6.4 (emphasis added). |

| | |
|---|---|
| [32c] a beamform controller to<br><br>determine a first communication path between the wireless device and a first remote device, the first communication path having a first beam pattern directed at a first angle and that is used for communicating the first data, and<br><br>determine a second communication path between the wireless device and a second remote device, the second communication path having a second beam pattern directed at a second angle and that is used for communicating the second data; | The Accused Products comprise a beamform controller (e.g., a baseband processor and associated beamforming logic) to determine a first communication path between the wireless device and a first remote device, and determine a second communication path between the wireless device and a second remote device. As detailed in Claim 18, element [18a], the Accused Products determine a first communication path (using DL MU-MIMO) to a first remote device (an HE STA) having a first beam pattern. The beamform controller calculates the steering matrix $Q_k$ used to direct the beam pattern.<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:<br>— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.<br>— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.<br>— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added).<br><br>The beamform controller determines a second communication path to a second remote device (a VHT STA) having a second beam pattern directed at a second angle, used for communicating second data (VHT data), as detailed in Claim 18, element [18b]. The Accused Products support VHT beamforming functionality. |

Case 5:26-cv-00102-RWS    Document 1-14    Filed 07/30/26    Page 47 of 56 PageID #: 511

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

| | |
|---|---|
| | The HE PHY TXVECTOR parameters in Table 27-1 are mapped directly to the Clause 21 TXVECTOR parameters in Table 21-1. The HE PHY parameters not listed in Table 21-1 are not present. The 20 MHz-only non-AP HE STA supports VHT transmission only on 20 MHz channel width.<br><br>On receipt of a PHY-CONFIG.request(PHYCONFIG_VECTOR) primitive, the HE PHY behaves, for the purposes of VHT PPDU transmission and reception, as if it were a Clause 21 PHY that received the PHY-CONFIG.request(PHYCONFIG_VECTOR) primitive.<br><br>As defined in 27.3.22, once a PPDU is received and detected as an VHT PPDU, the behavior of the HE PHY is defined in Clause 21. The RXVECTOR parameters in Table 21-1 are mapped directly to the RXVECTOR parameters in Table 27-1. The HE PHY parameters not listed in Table 21-1 are not present. A 20 MHz-only non-AP HE STA supports VHT reception only on 20 MHz channel width.<br><br>IEEE 802.11ax-2021 § 27.2.6.4 (emphasis added). |
| [32d] wherein the first beam pattern is formed such that the first data is received and transmitted on the first beam pattern having a primarily signal strength along the first angle and a suppressed signal strength along the second angle to minimize interference along the second communication path, and | The Accused Products form the first beam pattern such that the first data is transmitted on the first beam pattern having a primary signal strength along the first angle and a suppressed signal strength along the second angle to minimize interference along the second communication path. Specifically, the beamform controller within the Accused Products uses channel state information (CSI) from the HE sounding protocol to calculate a steering matrix ($Q_k$) for the first path (HE protocol). As analyzed in Claim 18, element [18c], this steering matrix is specifically calculated to minimize interference (crosstalk) to other devices (including those on other paths). |

Case 5:26-cv-00102-RWS    Document 1-14    Filed 07/30/26    Page 48 of 56 PageID #:
512

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

| | |
|---|---|
| | The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.<br><br>After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ $(0 \le u \le N_{user,r}-1)$ in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).<br><br>By suppressing crosstalk, the Accused Products ensure the first beam pattern has suppressed signal strength along the angles associated with other devices (e.g., the second remote device) to minimize interference. |
| [32e] wherein the second beam pattern is formed such that the second data is received and transmitted on the second beam pattern having a primary signal strength along the second angle and a suppressed signal strength along the first angle to minimize interference along the first communication path. | The Accused Products form the second beam pattern such that the second data is transmitted on the second beam pattern having a primary signal strength along the second angle and a suppressed signal strength along the first angle to minimize interference along the first communication path. Specifically, the beamform controller within the Accused Products uses channel state information from the VHT sounding protocol to calculate a steering matrix for the second path (VHT protocol). As analyzed in Claim 18, element [18d], the Accused Products apply VHT beamforming techniques which inherently maximize signal to the target (second remote device) while suppressing interference to others. The Accused Products utilize the VHT sounding and feedback mechanisms to derive the steering matrix $Q_k$ for the VHT transmission. |

Case 5:26-cv-00102-RWS    Document 1-14    Filed 07/30/26    Page 49 of 56 PageID #: 513

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

**27.2.6.4 Support for VHT format**

The behavior of an HE PHY on receipt of a PHY-TXSTART.request(TXVECTOR) primitive with the TXVECTOR parameter FORMAT equal to VHT is defined in Clause 21, except that the requirements in 27.3.19.3 apply instead of the requirements in 21.3.17.4.2.

The HE PHY TXVECTOR parameters in Table 27-1 are mapped directly to the Clause 21 TXVECTOR parameters in Table 21-1. The HE PHY parameters not listed in Table 21-1 are not present. The 20 MHz-only non-AP HE STA supports VHT transmission only on 20 MHz channel width.

IEEE 802.11ax-2021 § 27.2.6.4.

By applying the calculated steering matrix derived from channel feedback, the Accused Products direct energy primarily along the second angle (towards the VHT device) and suppress energy along other angles (such as the first angle towards the HE device) to minimize interference.

| [34] The apparatus of claim 32, wherein the beamform controller is to determine the first angle of the first communication path, and to determine the second angle of the second communication path. | The Accused Products comprise an apparatus of claim 32, wherein the beamform controller is to determine the first angle of the first communication path, and to determine the second angle of the second communication path. The Accused Products determine the first communication path (compliant with the 802.11ax HE protocol) using channel state information obtained via the HE sounding protocol. The Accused Products determine the first angle of the first data by receiving compressed beamforming feedback in the form of angles ($\varphi$ and $\psi$) and using those angles to derive the steering matrix used to direct the first data.

The 802.11ax Standard specifies that the beamforming feedback matrix is compressed into angles. The Accused Products (Beamformer) receive these angles to determine the steering matrix for the first path. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

> **27.3.16.2 Beamforming feedback matrix V**
>
> Upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback to the beamformer as described in 21.3.11.2. The eligible beamformees shall remove the space-time stream CSD in Table 21-11 from the measured channel before computing a set of matrices for feedback to the beamformer.
>
> The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

The Accused Products determine the first angle by using the angle information received in the feedback to reconstruct the matrix and calculate the steering matrix ($Q_k$) for the first path. "The HE beamformer uses this estimate to derive the steering matrix." IEEE 802.11ax-2021 § 26.7.1.

> Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

The Accused Products determine the second communication path (compliant with the VHT protocol) using the VHT sounding protocol. The Accused Products determine the second angle of the second data by receiving compressed beamforming feedback in the form of angles and using those angles to derive the steering matrix used to direct the second data.

Case 5:26-cv-00102-RWS    Document 1-14    Filed 07/30/26    Page 51 of 56 PageID #:
515

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

| | |
|---|---|
| | The Accused Products receive angle information from the second remote device (VHT beamformee) and use it to determine the steering matrix for the second path. |
| | The beamformee shall generate the beamforming feedback matrices with the number of rows ($N_r$) equal to the $N_{STS}$ of the NDP. |
| | After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \dots, Q_{k,N_{user}-1}]$ using $V_{k,u}$ and $SNR_{k,u}$ ($0 \leq u \leq N_{user}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific. |
| | The beamformee decides the tone grouping and codebook size to be used in the beamforming feedback matrix $V$. A beamformer shall support all tone groups and codebook sizes. |
| | IEEE 802.11-2020 § 21.3.11.2 (emphasis added) (referenced by IEEE 802.11ax-2021 § 27.2.6.4 regarding support for VHT format). |
| [35] The apparatus of claim 32, wherein the beamform controller is to determine a first set of phase correction coefficients corresponding to the first communication path, and to determine a second set of phase correction coefficients corresponding to the second communication path, wherein applying the first set of phase correction | The Accused Products comprise an apparatus of claim 32, wherein the beamform controller is to determine a first set of phase correction coefficients corresponding to the first communication path, and to determine a second set of phase correction coefficients corresponding to the second communication path, wherein applying the first set of phase correction coefficients to the antenna array, the wireless device is able to transmit the first data in the first beam pattern, and wherein applying the second set of phase correction coefficients to the antenna array, the wireless device is able to transmit the second data in the second beam pattern. Specifically, the Accused Products determine communication paths and beam patterns by calculating steering matrices ($Q_k$) based on channel state information. These steering matrices contain complex values that function as phase correction coefficients to steer the beam. In compliance with the IEEE 802.11ax Standard, the Accused Products determine a first set of phase correction coefficients (the elements of the steering matrix $Q_k$) for the first communication path. |

| | |
|---|---|
| coefficients to the antenna array, the wireless device is able to transmit the first data in the first beam pattern, and<br><br>wherein applying the second set of phase correction coefficients to the antenna array, the wireless device is able to transmit the second data in the second beam pattern. | SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.<br><br>For SU-MIMO and DL MU-MIMO beamforming in RU $r$, the receive signal vector in subcarrier $k$ (where subcarrier $k$ is one of the subcarriers in RU $r$, $K_r$ is the set of used subcarrier indices in RU $r$, and $k \in K_r$) at beamformee $u$, $y_{k,u} = [y_{k,0}, y_{k,1}, \ldots, y_{k,N_{RX_u}-1}]^T$, is shown in Equation (27-126), where $x_k = [x_{k,0}^T, x_{k,1}^T, \ldots, x_{k,N_{user,r}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user,r}$ beamformees, with $x_{k,u} = [x_{k,0}, x_{k,1}, \ldots, x_{k,N_{STS,r,u}-1}]^T$ being the transmit signal for beamformee $u$.<br><br>$$y_{k,u} = H_{k,u} \times [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}] \times x_k + n \qquad (27\text{-}126)$$<br><br>where<br>$H_{k,u}$ is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$<br>$N_{RX_u}$ is the number of receive antennas at beamformee $u$<br>$Q_{k,u}$ is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS,r,u}$<br>$N_{user,r}$ is the number of HE MU PPDU recipients (see Table 27-15) in RU $r$<br>$n$ is a vector of additive noise and may include interference<br><br>The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, \ldots, N_{user,r}-1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering<br><br>IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added). |

The steering matrix $Q_k$ consists of complex coefficients that apply amplitude and phase corrections to direct the beam.  Additionally, the Accused Products determine Cyclic Shift Diversity values, which are phase shifts applied per transmit chain or space-time stream.

> **27.3.11.2 Cyclic shift**
>
> **27.3.11.2.1 Cyclic shift for pre-HE modulated fields**
>
> If the TXVECTOR parameter BEAM_CHANGE is 1 or not present, then the cyclic shift value $T_{CS}^{i_{TX}}$ for the L-STF, L-LTF, L-SIG, RL-SIG, HE-SIG-A, and HE-SIG-B fields of the PPDU for transmit chain $i_{TX}$ out of a total of $N_{TX}$ are defined in Table 21-10. In UL MU transmission, the cyclic shift value $T_{CS}^{i_{TX}}$ is based on the local transmit chain indices at each STA.
>
> If the TXVECTOR parameter BEAM_CHANGE is 0, then the cyclic shift value $T_{CS,\,HE}(n)$ for the L-STF, L-LTF, L-SIG, RL-SIG, and HE-SIG-A fields is specified in 27.3.11.2.2.

IEEE 802.11ax-2021 § 27.3.11.2.1 (emphasis added).

The Accused Products determine a second set of phase correction coefficients for the second communication path (to the second remote device).  As detailed in Claims 18 and 32 (above), the Accused Products calculate steering matrices ($Q_k$) to form beams to the second remote device, specifically determining coefficients that suppress interference (crosstalk) from the first beam pattern.

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, ..., N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 19.3.12.3.6. The feedback report format is described in 9.4.1.65.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added).

The Accused Products apply the determined steering matrix ($Q_k$) and CSD phase shifts (phase correction coefficients) during the spatial mapping process and modulation process to transmit the data.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

If midambles are not present, the time domain waveform of the Data field of an HE PPDU that is not an HE TB PPDU for transmit chain $i_{TX}$, where $1 \le i_{TX} \le N_{TX}$, and frequency segment $i_{Seg}$ shall be as defined in Equation (27-108).

$$r_{HE\text{-}Data}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{SYM}-1} w_{T_{HE\text{-}Data}}(t - nT_{SYM}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r}{\sqrt{N_{STS, r, total}}}$$

$$\sum_{k \in K_r} \sum_{u=0}^{N_{user, r}-1} \sum_{m=1}^{N_{STS, r, u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX}, (M_{r,u}+m)} \left( \tilde{D}_{k, m, n, r}^{(i_{Seg}, u)} + P_{n+2+N_{HE\text{-}SIG\text{-}A}+N_{HE\text{-}SIG\text{-}B}} P_n^k \right) \right.$$
$$\left. \cdot \exp(j2\pi k\Delta_{F, HE}(t - nT_{SYM} - T_{GI, Data} - T_{CS, HE}(M_{r,u}+m))) \right) \qquad (27\text{-}108)$$

where

| | |
|---|---|
| $T_{SYM}$ | is defined in Table 27-12 |
| $p_n$ | is defined in 17.3.5.10 |
| $P_n^k$ | can be selected from Equation (27-101) to Equation (27-107) defined in 27.3.12.13, depending on the corresponding RU size |
| $T_{CS, HE}(M_{r,u}+m)$ | represents the cyclic shift for space-time stream $M_{r,u}+m$ as defined in 27.3.11.2.2 |
| $T_{GI, Data}$ | is the guard interval duration as defined in Table 27-12 |
| $\tilde{D}_{k, m, n, r}^{(i_{Seg}, u)}$ | is the transmitted constellation for user $u$ in the $r^{th}$ RU at subcarrier $k$, space-time stream $m$ and Data field OFDM symbol $n$ and is defined by Equation (27-109) |

IEEE 802.11ax-2021 § 27.3.12.14 (emphasis added).

The Accused Products apply the coefficients during the construction of the Data field.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,238,832

**27.3.6.11.4 Combining to form an HE MU PPDU**

The per user data is combined as follows:

a)   Spatial mapping: The $Q$ matrix is applied as described in 27.3.12.14. The combining of all user data of an RU is done in this block.

b)   IDFT: Compute the inverse discrete Fourier transform.

c)   GI and windowing: Prepend a GI determined by the TXVECTOR parameter GI_TYPE, and apply windowing as described in 27.3.10.

d)   Analog and RF: Upconvert the resulting complex baseband waveform with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 27.3.10 and 27.3.11 for details.

IEEE 802.11ax-2021 § 27.3.6.11.4 (emphasis added).

By applying the $Q$ matrix (steering matrix) and CSD values to the data streams for the first and second remote devices, the Accused Products apply the first and second sets of phase correction coefficients to the antenna array to transmit the data in the beam patterns.