# Exhibit 20

## U.S. PATENT NO. 9,444,577

### CALIBRATION CORRECTION FOR IMPLICIT BEAMFORMER USING AN EXPLICIT BEAMFORMING TECHNIQUE IN A WIRELESS MIMO COMMUNICATION SYSTEM

Velocity Communication Technologies, LLC ("Velocity") contends that at least the following claims of U.S. Patent No. 9,444,577 (the "'577 patent") identified below are infringed.

Accused Products: The Accused Products are all devices that practice the IEEE 802.11ax (Wi-Fi 6) standard ("802.11ax Standard") made, used, offered for sale, sold, and/or imported into the United States by Defendant(s), including but not limited to the "'577 Accused Products" specifically listed in the Complaint (collectively, the "Accused Products").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A method of beamforming within a communication system having (i) a first transceiver device having a first plurality of antennas and (ii) a second transceiver device | To the extent the preamble is limiting, the Accused Products practice a method of beamforming within a communication system having (i) a first transceiver device having a first plurality of antennas and (ii) a second transceiver device having a second plurality of antennas, as set forth in elements [1a]–[1g] below.<br><br>Defendant makes, uses, tests, sells, offers to sell, and/or imports Accused Products that practice a method of beamforming meeting each and every limitation of the claim, and directly infringes the claim |

---

[1] This analysis is preliminary and subject to amendment. Velocity reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments. Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics. These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner. The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Accused Products. The chart provides exemplary evidence of Velocity's current infringement theory based on available information and is not intended as an expert report. Velocity has prepared these contentions before obtaining discovery in this action. Velocity expects the Defendant(s) and third parties will produce additional information regarding the Accused Products beyond what is publicly available. Accordingly, Velocity reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

| having a second plurality of antennas, the method comprising: | under 35 U.S.C. § 271(a) on at least these bases. See, e.g., [1a]-[1g]. Defendant's own performance of the claimed method — including in its product design, verification, quality-assurance, interoperability, and certification testing, and in its own use, demonstration, and operation of Accused Products that carry out each recited step in the ordinary course of its business — establishes direct infringement.<br><br>Moreover, Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '577 patent into the United States.  The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '577 patent through the use of the 802.11ax Standard or subsequent backwards-compatible wireless networking standards.  They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each step of the method described in the claim is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |

The Accused Products are IEEE 802.11ax (Wi-Fi 6/6E) wireless transceiver devices; in practicing the claimed method, each Accused Product's integrated circuit device(s) operate as HE stations within the Standard's defined frequency bands.

> The IEEE 802.11 HE STA operates in frequency bands between 1 GHz and 7.125 GHz.
>
> In the 5 GHz and 6 GHz bands, the following apply:
> — An HE STA is also a VHT STA if operating in the 5 GHz band, except that a 20 MHz-only HE STA does not support 40 MHz and 80 MHz channel widths
> — An HE STA is also a STA that supports the OFDM PHY defined in Clause 17 if operating in the 6 GHz band
> — Support for 20 MHz operating channel width is mandatory in an HE STA
> — Support for 40 MHz and 80 MHz operating channel width is mandatory in an HE STA that is not a 20 MHz-only non-AP HE STA
> — Support for 160 MHz and 80+80 MHz operating channel width is optional in an HE STA

IEEE 802.11ax-2021 § 4.3.15a (emphasis added) ("The IEEE 802.11 HE STA operates in frequency bands between 1 GHz and 7.125 GHz.").

Further, in compliance with the 802.11ax Standard, each Accused Product's integrated circuit device(s), operating as an HE beamformee, together with its associated HE station(s), constitute and operate as the claimed communication system when the method is performed, supporting a minimum number of HE-LTF training symbols for sounding (a mandatory capability of every HE STA).

| | |
|---|---|
| | An HE beamformee indicates the maximum number of HE-LTF symbols it can receive in a 20 MHz, 40 MHz, or 80 MHz HE sounding NDP in the Beamformee STS ≤ 80 MHz subfield in the PHY Capabilities Information field in the HE Capabilities element it transmits. <br><br> An HE beamformee shall set the Beamformee STS ≤ 80 MHz subfield to indicate a maximum number of HE-LTF symbols of 4 or greater. <br><br> IEEE 802.11ax-2021 § 26.7.2 (emphasis added) ("An HE beamformee shall set the Beamformee STS ≤ 80 MHz subfield to indicate a maximum number of HE-LTF symbols of 4 or greater."). |
| [1a] transmitting, from the first transceiver device to the second transceiver device, via a forward channel a first calibration signal requesting a non-sounding packet from the second transceiver device, where the non-sounding packet from the second transceiver device is to include a description of the forward channel; | In practicing the claimed method, each Accused Product transmits, from the first transceiver device to the second transceiver device via a forward channel a first calibration signal requesting a non-sounding packet from the second transceiver device, where the non-sounding packet from the second transceiver device is to include a description of the forward channel. <br><br> Specifically, in compliance with the 802.11ax Standard, each Accused Product, acting as an HE beamformer, transmits (from the first transceiver device to an associated HE station via the forward channel, when operating with an associated HE station) a first calibration signal: an HE NDP Announcement frame followed by an HE sounding NDP, which "solicits" an HE Compressed |

Beamforming/CQI frame from the second transceiver device to be returned describing the forward channel.



An HE non-TB sounding sequence is initiated by an HE beamformer with an individually addressed HE NDP Announcement frame comprising exactly one STA Info field, followed after SIFS by an HE sounding NDP. The HE beamformee responds after SIFS with an HE Compressed Beamforming/CQI frame.

The AID11 subfield of the STA Info field shall be set to the AID of the STA identified by the RA field of the HE NDP Announcement frame, or to 0 if the STA identified by the RA field is a mesh STA, AP, or IBSS STA.

An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.

**Figure 26-7—Example of HE non-TB sounding**

IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE non-TB sounding sequence is initiated by an HE beamformer with an individually addressed HE NDP Announcement frame… followed after SIFS by an HE sounding NDP. The HE beamformee responds after SIFS with an HE Compressed Beamforming/CQI frame."); Figure 26-7.

The HE NDP Announcement frame's STA Info field identifies the type of feedback solicited from the second transceiver device, confirming that the frame functions as a request for a computed description of the channel.

The term *HE beamformer* refers to both the SU beamformer and MU beamformer. The term *HE beamformee* refers to both the SU beamformee and MU beamformee.

The type of feedback (SU, MU, or CQI) solicited by an HE beamformer from an HE beamformee is indicated in the Feedback Type And Ng and Codebook subfields in the STA Info field identifying the HE beamformee in the HE NDP Announcement frame as defined in Table 9-29a and Table 9-29b.

IEEE 802.11ax-2021 § 26.7.2 (emphasis added) ("The type of feedback (SU, MU, or CQI) solicited by an HE beamformer from an HE beamformee is indicated in… the STA Info field… in the HE NDP Announcement frame.").

Where the Accused Product uses trigger-based sounding when performing the method, the first calibration signal further comprises a BFRP Trigger frame transmitted after the HE sounding NDP,

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 8 of 74 PageID #: 890

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

which allocates resources for and solicits the responsive non-sounding packet from each solicited beamformee.



Figure 26-8—Example of HE TB sounding

IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields, followed after a SIFS by an HE sounding NDP, followed after a SIFS by a BFRP Trigger frame. Each HE beamformee responds after a SIFS with an HE Compressed Beamforming/CQI frame."); Figure 26-8.

The BFRP Trigger frame the Accused Products transmit in trigger-based sounding allocates resources for, and solicits, the HE TB PPDU response that carries the requested non-sounding packet.



A Trigger frame allocates resources for and solicits one or more HE TB PPDU transmissions. The Trigger frame also carries other information required by the responding STA to send an HE TB PPDU.

The format for the Trigger frame is defined in Figure 9-64a.

**Figure 9-64a—Trigger frame format**

IEEE 802.11ax-2021 § 9.3.1.22.1 (emphasis added) ("A Trigger frame allocates resources for and solicits one or more HE TB PPDU transmissions."); Figure 9-64a.

Further, for Accused Products that function as HE APs supporting 4 or more space-time streams, the Standard does not leave the beamformer role optional: it affirmatively mandates it, fixing the

Case 5:26-cv-00102-RWS     Document 1-20     Filed 07/30/26     Page 10 of 74 PageID #:
892

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | |
|---|---|
| | beamformer-side role configuration for those AP-type Accused Products when practicing the claimed method:<br><br>Beamformee subfield to 1. An HE AP may set the SU Beamformee subfield to 1.<br><br>An MU beamformer is an HE AP that sets the MU Beamformer subfield in the HE PHY Capabilities Information field in the HE Capabilities element it transmits to 1. An HE AP that indicates support for 4 or more space-time streams in the Tx HE-MCS Map ≤ 80 MHz subfield in the Supported HE-MCS And NSS field in the HE Capabilities element shall set the MU Beamformer subfield to 1. A non-AP HE STA shall set the MU Beamformer subfield to 0. An MU beamformer is also an SU beamformer and shall set the SU Beamformer subfield to 1.<br><br>NOTE—A non-AP STA might use the setting of the MU Beamformer subfield to determine the AP with which it will associate.<br><br>IEEE 802.11ax-2021 § 26.7.2 (emphasis added) ("An HE AP that indicates support for 4 or more space-time streams in the Tx HE-MCS Map ≤ 80 MHz subfield in the Supported HE-MCS And NSS field in the HE Capabilities element shall set the MU Beamformer subfield to 1."). |
| [1b] receiving, at the first transceiver device, via a reverse channel the non-sounding packet from the second transceiver device; | Each Accused Product receives, at the first transceiver device via a reverse channel, the non-sounding packet from the second transceiver device.<br><br>Specifically, in compliance with the 802.11ax Standard, each Accused Product receives an HE Compressed Beamforming/CQI frame from the second transceiver device — the beamformee's |

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 11 of 74 PageID #: 893

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

response to the solicitation described at [1a] — carrying the beamformee's computed description of the forward channel.

> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:
> — SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
> — MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
> — CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames.").

The HE Compressed Beamforming/CQI frame the Accused Products receive is an Action No Ack MAC frame — not a sounding PPDU — confirming its character as the claimed "non-sounding packet."

### 9.6.31.2 HE Compressed Beamforming/CQI frame format

The HE Compressed Beamforming/CQI frame is an Action No Ack frame of category HE. The Action field of an HE Compressed Beamforming/CQI frame contains the information shown in Table 9-526b.

**Table 9-526b—HE Compressed Beamforming/CQI frame Action field format**

| Order | Information |
|-------|-------------|
| 1 | Category |
| 2 | HE Action |
| 3 | HE MIMO Control (see 9.4.1.64) |
| 4 | HE Compressed Beamforming Report (see 9.4.1.65) |
| 5 | HE MU Exclusive Beamforming Report (see 9.4.1.66) |
| 6 | HE CQI Report (see 9.4.1.67) |

IEEE 802.11ax-2021 § 9.6.31.2 (emphasis added) ("The HE Compressed Beamforming/CQI frame is an Action No Ack frame of category HE. The Action field of an HE Compressed Beamforming/CQI frame contains the information shown in Table 9-526b."); Table 9-526b.

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 13 of 74 PageID #:
895

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | | | | | |
|---|---|---|---|---|---|

The Standard's own TXVECTOR/RXVECTOR parameter set distinguishes a sounding PPDU from a non-sounding PPDU, confirming that the Action-frame-carried report the Accused Products receive is not itself a sounding transmission.

IEEE 802.11-2020 Table 19-1 (emphasis added) ("SOUNDING indicates this is a sounding PPDU. NOT_SOUNDING indicates this is not a sounding PPDU.").

The description of the forward channel carried in that non-sounding packet consists of the average per-stream SNR and the compressed beamforming feedback matrices V that a transmit beamformer uses to determine its steering matrices — i.e., a computed description of the forward channel.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices V for use by a transmit beamformer to determine steering matrices Q…").

| | |
|---|---|
| [1c] receiving, at the first transceiver device from the second transceiver device, via the reverse channel a second calibration signal requesting a non-sounding | Each Accused Product receives, at the first transceiver device from the second transceiver device, via the reverse channel a second calibration signal requesting a non-sounding packet from the first transceiver device, where the non-sounding packet from the first transceiver device is to include a description of the reverse channel. |

| | |
|---|---|
| packet from the first transceiver device, where the non-sounding packet from the first transceiver device is to include a description of the reverse channel; | Specifically, in compliance with the 802.11ax Standard, each Accused Product — now performing the beamformee role for the reverse-direction exchange, when operating with an associated HE station — receives an HE NDP Announcement frame (with a STA Info field soliciting feedback, and, for trigger-based sounding, a matching BFRP Trigger frame) from the associated HE station, and the Standard requires it to respond. <br><br> An HE beamformee that receives an HE NDP Announcement frame as part of an HE TB sounding sequence with a STA Info field identifying it soliciting SU or MU feedback shall generate an HE compressed beamforming/CQI report using the feedback type, $Ng$, codebook size, and $Nc$ indicated in the STA Info field. If the HE beamformee then receives a BFRP Trigger frame with a matching STA Info field, the HE beamformee transmits an HE TB PPDU containing the HE compressed beamforming/CQI report following the rules defined in 26.5.2.3. If the HE NDP Announcement frame has the TA field set to the transmitted BSSID and the HE beamformee is a non-AP STA associated with an AP corresponding to a nontransmitted BSSID that supports receiving Control frames with TA field set to the transmitted BSSID, then the HE compressed beamforming/CQI report sent in response shall have the RA field set to as defined in 26.5.2.3.5. <br><br> IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE beamformee that receives an HE NDP Announcement frame… soliciting SU or MU feedback shall generate an HE compressed beamforming/CQI report… If the HE beamformee then receives a BFRP Trigger frame with a matching STA Info field, the HE beamformee transmits an HE TB PPDU containing the… report."). |

This receive-and-respond performance is not merely optional network behavior: the Standard mandates it of every non-AP HE STA — the role each Accused Product occupies when associated with an AP for purposes of the reverse-direction exchange.

An SU beamformee is an HE STA that sets the SU Beamformee subfield in the HE PHY Capabilities Information field in the HE Capabilities element it transmits to 1. A non-AP HE STA shall set the SU Beamformee subfield to 1. An HE AP may set the SU Beamformee subfield to 1.

An MU beamformer is an HE AP that sets the MU Beamformer subfield in the HE PHY Capabilities Information field in the HE Capabilities element it transmits to 1. An HE AP that indicates support for 4 or more space-time streams in the Tx HE-MCS Map ≤ 80 MHz subfield in the Supported HE-MCS And NSS field in the HE Capabilities element shall set the MU Beamformer subfield to 1. A non-AP HE STA shall set the MU Beamformer subfield to 0. An MU beamformer is also an SU beamformer and shall set the SU Beamformer subfield to 1.

NOTE—A non-AP STA might use the setting of the MU Beamformer subfield to determine the AP with which it will associate.

A non-AP HE STA shall support operation as an MU beamformee. An HE AP does not support operation as an MU beamformee.

IEEE 802.11ax-2021 § 26.7.2 (emphasis added) ("A non-AP HE STA shall set the SU Beamformee subfield to 1. An HE AP may set the SU Beamformee subfield to 1…. A non-AP HE STA shall support operation as an MU beamformee.").

Consistent with this mandatory duty, the Standard separately confirms that support for the HE sounding protocol is mandatory for every non-AP STA performing the beamformee role.

Case 5:26-cv-00102-RWS     Document 1-20     Filed 07/30/26     Page 16 of 74 PageID #: 898

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577



IEEE 802.11ax-2021 § 4.3.15a (emphasis added) ("Mandatory support for the HE sounding protocol to support beamforming for a non-AP STA beamformee and optional otherwise.").

| [1d] determining, at the first transceiver device, (i) a partial dimensional description of the reverse channel based on receipt of the non-sounding packet from the second transceiver device or (ii) a full dimensional description of the reverse channel based on receipt of the second calibration signal requesting the non-sounding packet from the first transceiver device; and | Each Accused Product determines, at the first transceiver device, a full dimensional description of the reverse channel based on receipt of the second calibration signal requesting the non-sounding packet from the first transceiver device.  [Element ([1d](i) is disjunctive and not required.]<br><br>Specifically, in compliance with the 802.11ax Standard, upon receipt of the HE sounding NDP that accompanies the second calibration signal — whose HE-LTF training symbols span every sounded spatial dimension — each Accused Product estimates the full $N\_RX \times N\_STS$ channel matrix, i.e., a full dimensional description of the reverse channel, when operating with an associated HE station.<br><br>The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.<br><br>IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("Based on this HE sounding NDP, the beamformee estimates the $N\_RX,BFEE \times N\_STS,NDP$ channel, and based on that channel it determines a $N\_r \times N\_c$ orthogonal matrix V…"). |
| --- | --- |

Case 5:26-cv-00102-RWS     Document 1-20     Filed 07/30/26     Page 17 of 74 PageID #:
899

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | |
|---|---|
| | This determination reflects the HE sounding protocol's general mechanism, under which the beamformee measures the channel using the HE sounding NDP training signal transmitted by the beamformer. |
| | HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix. |
| | IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("…where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state."); *see also* IEEE 802.11ax-2021 § 27.3.16.2 (upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback, removing the space-time stream cyclic shift diversity (CSD) applied by the beamformer). |
| [1e] determining, at the first transceiver device, a first device correction matrix from the received non-sounding packet from the second transceiver device and (i) the partial dimensional description of the reverse channel or (ii) full dimensional description of the reverse channel, | Each Accused Product determines, at the first transceiver device, a first device correction matrix from the received non-sounding packet from the second transceiver device and the full dimensional description of the reverse channel. [Element [1e](i) is disjunctive and not required.]<br><br>Specifically, in compliance with the 802.11ax Standard's calibration procedure, each Accused Product computes a correction matrix that causes the observed channel matrices in the two link directions to be |

transposes of each other, restoring reciprocity to the baseband-to-baseband channel, when operating with an associated HE station that implements calibration-corrected implicit beamforming.

**10.34.2.4.1 Introduction**

Differences between transmit and receive chains in a STA degrade the inherent reciprocity of the over-the-air time division duplex channel and cause degradation of the performance of implicit beamforming. Calibration acts to remove or reduce differences between transmit and receive chains and enforce reciprocity in the observed baseband-to-baseband channels between two STAs.

A STA acting as an HT beamformer should be calibrated to maximize performance. A STA acting only as an HT beamformee does not need to be calibrated. In order to perform calibration, the STA follows the procedure described below.

The calibration procedure involves the computation of correction matrices that cause the observed channel matrices in the two directions of the link to be transposes of each other and thus renders the resultant channel reciprocal. See 19.3.12.2 for a more detailed description. If it is able to do so, a STA should calibrate upon association.

IEEE 802.11-2020 § 10.34.2.4.1 (emphasis added) ("The calibration procedure involves the computation of correction matrices that cause the observed channel matrices in the two directions of the link to be transposes of each other and thus renders the resultant channel reciprocal.").

The Standard's implementing procedure — performed at the calibrating station using its own local channel estimate together with the quantized channel estimate received from the peer station — matches the claimed determination step for step.

> Focusing on STA A, the procedure for estimating $K_{A,k}$ is as follows:
>
> a) STA A sends STA B a sounding PPDU, the reception of which allows STA B to estimate the channel matrices $H_{AB,k}$.
>
> b) STA B sends STA A a sounding PPDU, the reception of which allows STA A to estimate the channel matrices $\tilde{H}_{BA,k}$.
>
> c) STA B sends the quantized estimates of $\tilde{H}_{AB,k}$ to STA A.
>
> d) STA A uses its local estimates of $\tilde{H}_{BA,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices $K_{A,k}$.

IEEE 802.11-2020 § 19.3.12.2, step d) (emphasis added) ("STA A uses its local estimates of $\tilde{H}BA,k$ and the quantized estimates of $\tilde{H}AB,k$ received from STA B to compute the correction matrices KA,k.").

| | |
|---|---|
| | The 802.11ax-2021 amendment's own HE PHY MIB confirms that implicit transmit beamforming and its calibration option are attributes of the HE PHY itself.<br><br>*(table: dot11TransmitBeamformingConfigTable)*<br><br>| dot11TransmitBeamformingConfigTable | | |<br>| dot11ReceiveStaggerSoundingOptionImplemented | false/Boolean | Static |<br>| dot11TransmitStaggerSoundingOptionImplemented | false/Boolean | Static |<br>| dot11ReceiveNDPOptionImplemented | false/Boolean | Static |<br>| dot11TransmitNDPOptionImplemented | false/Boolean | Static |<br>| dot11ImplicitTransmitBeamformingOptionImplemented | false/Boolean | Static |<br>| dot11CalibrationOptionImplemented | Implementation dependent | Static |<br>| dot11ExplicitCSITransmitBeamformingOptionImplemented | false/Boolean | Static |<br>| dot11ExplicitNonCompressedBeamformingMatrixOptionImplemented | false/Boolean | Static |<br>| dot11ExplicitTransmitBeamformingCSIFeedbackOptionImplemented | Implementation dependent | Static |<br>| dot11ExplicitNoncompressedBeamformingFeedbackOptionImplemented | Implementation dependent | Static |<br><br>IEEE 802.11ax-2021 Table 27-53 (emphasis added) ("dot11ImplicitTransmitBeamformingOptionImplemented… dot11CalibrationOptionImplemented…"). |
| [1f] wherein the first transceiver is to use the correction matrix to process signals to be transmitted via the forward channel, | The first transceiver of each Accused Product uses the correction matrix to process signals to be transmitted via the forward channel.<br><br>Specifically, in compliance with the 802.11ax Standard, each Accused Product applies its correction matrix at the transmit side to correct the amplitude and phase differences between its transmit and |

| | receive chains before transmitting on the forward channel, when operating with an associated HE station that implements calibration-corrected implicit beamforming. |
|---|---|

While the over-the-air channel between the antenna(s) at one STA and the antenna(s) at a second STA is reciprocal, the observed baseband-to-baseband channel used for communication might not be, as it includes the transmit and receive chains of the STAs. Differences in the amplitude and phase characteristics of the transmit and receive chains associated with individual antennas degrade the reciprocity of the over-the-air channel and cause degradation of performance of implicit beamforming techniques. The over-the-air calibration procedure described in 10.34.2.4 may be used to restore reciprocity. The procedure provides the means for calculating a set of correction matrices that can be applied at the transmit side of a STA to correct the amplitude and phase differences between the transmit and receive chains in the STA. If this correction is done at least at the STA that serves as the beamformer, there is sufficient reciprocity for implicit feedback in the baseband-to-baseband response of the forward link and reverse channel.

IEEE 802.11-2020 § 19.3.12.2 (emphasis added) ("… correction matrices that can be applied at the transmit side of a STA to correct the amplitude and phase differences between the transmit and receive chains in the STA.").

Equation (19-69) confirms that the corrected, calibrated baseband-to-baseband channel used for the forward-channel transmission is the product of the beamformer's own correction matrix applied to the observed channel — the very processing this element requires.

Using these expressions for the correction matrices, the calibrated baseband-to-baseband channel between STA A and STA B is expressed as shown in Equation (19-69).

$$\hat{H}_{AB,k} = \tilde{H}_{AB,k}K_{A,k} = \alpha_{A,k}B_{RX,k}H_{AB,k}A_{RX,k} \qquad (19\text{-}69)$$

IEEE 802.11-2020 § 19.3.12.2, Eq. (19-69) (emphasis added) ("Using these expressions for the correction matrices, the calibrated baseband-to-baseband channel between STA A and STA B is expressed as shown in Equation (19-69).").

| [1g] where the first device correction matrix is for use in transmitting data via the forward channel. | The first device correction matrix of each Accused Product is for use in transmitting data via the forward channel.<br><br>Specifically, in compliance with the 802.11ax Standard, the corrected channel that results from applying the correction matrix is what each Accused Product uses to compute the steering matrix that is applied |

| | |
|---|---|
| | to the transmit signal on the forward channel to optimize reception at the associated station — i.e., the correction matrix is used for transmitting data via the forward channel.<br><br>**26.7 HE sounding protocol**<br><br>**26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers."). |

SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.

For SU-MIMO and DL MU-MIMO beamforming in RU $r$, the receive signal vector in subcarrier $k$ (where subcarrier $k$ is one of the subcarriers in RU $r$, $K_r$ is the set of used subcarrier indices in RU $r$, and $k \in K_r$) at beamformee $u$, $y_{k,u} = [y_{k,0}, y_{k,1}, ..., y_{k,N_{RX_u}-1}]^T$, is shown in Equation (27-126), where $x_k = [x_{k,0}^T, x_{k,1}^T, ..., x_{k,N_{user,r}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user,r}$ beamformees, with $x_{k,u} = [x_{k,0}, x_{k,1}, ..., x_{k,N_{STS,r,u}-1}]^T$ being the transmit signal for beamformee $u$.

$$y_{k,u} = H_{k,u} \times [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}] \times x_k + n \qquad (27\text{-}126)$$

where

$H_{k,u}$    is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$

$N_{RX_u}$    is the number of receive antennas at beamformee $u$

$Q_{k,u}$    is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS,r,u}$

$N_{user,r}$ is the number of HE MU PPDU recipients (see Table 27-15) in RU $r$

$n$    is a vector of additive noise and may include interference

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, ..., N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

IEEE 802.11ax-2021 § 27.3.16.1, Eq. (27-126) (emphasis added).

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 25 of 74 PageID #: 907

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | |
|---|---|
| | The reciprocity purpose the correction matrix serves — restoring sufficient reciprocity so that forward-channel transmissions can be steered using reverse-channel information — is the Standard's own description of why the matrix is applied on the transmit/forward side.<br><br>While the over-the-air channel between the antenna(s) at one STA and the antenna(s) at a second STA is reciprocal, the observed baseband-to-baseband channel used for communication might not be, as it includes the transmit and receive chains of the STAs. Differences in the amplitude and phase characteristics of the transmit and receive chains associated with individual antennas degrade the reciprocity of the over-the-air channel and cause degradation of performance of implicit beamforming techniques. The over-the-air calibration procedure described in 10.34.2.4 may be used to restore reciprocity. The procedure provides the means for calculating a set of correction matrices that can be applied at the transmit side of a STA to correct the amplitude and phase differences between the transmit and receive chains in the STA. If this correction is done at least at the STA that serves as the beamformer, there is sufficient reciprocity for implicit feedback in the baseband-to-baseband response of the forward link and reverse channel.<br><br>IEEE 802.11-2020 § 19.3.12.2 (emphasis added) ("If this correction is done at least at the STA that serves as the beamformer, there is sufficient reciprocity for implicit feedback in the baseband-to-baseband response of the forward link and reverse channel."). |
| [2] A method of claim 1, further comprising transmitting (i) the partial dimensional description of the reverse channel based on receipt of the non-sounding packet from the second transceiver device or (ii) the full dimensional description of the reverse channel based on receipt of | Each Accused Product, having generated its full dimensional description of the reverse channel as described in Claim 1, transmits the full dimensional description of the reverse channel based on receipt of the second calibration signal requesting the non-sounding packet from the first transceiver device, to the second transceiver device. |

| the second calibration signal requesting the non-sounding packet from the first transceiver device, to the second transceiver device. | As a threshold matter, in compliance with the 802.11ax Standard, an HE beamformee's transmission of the solicited HE Compressed Beamforming/CQI report back to the beamformer that solicited it is itself a mandatory, standard-timed act — a SIFS after the HE sounding NDP: |
|---|---|
| | An HE beamformee that receives an HE NDP Announcement frame soliciting SU feedback as part of an HE non-TB sounding sequence shall generate an HE compressed beamforming/CQI report for SU feedback with $Nc$ in the range 1 to 8, $Ng = 4$ or $Ng = 16$, and codebook size $(\phi, \psi) = \{4, 2\}$ or $(\phi, \psi) = \{6, 4\}$. The HE beamformee shall transmit the HE compressed beamforming/CQI report a SIFS after the HE sounding NDP. |
| | IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("The HE beamformee shall transmit the HE compressed beamforming/CQI report a SIFS after the HE sounding NDP."). |
| | Specifically, this transmitting step is the identical mandatory act described above in Claim 1, viewed from the transmit side: in compliance with the 802.11ax Standard, each Accused Product, acting as |

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 27 of 74 PageID #:
909

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

beamformee to the peer's beamformer role, generates and transmits its HE Compressed Beamforming/CQI report to the peer.

> An HE beamformee that receives an HE NDP Announcement frame as part of an HE TB sounding sequence with a STA Info field identifying it soliciting SU or MU feedback shall generate an HE compressed beamforming/CQI report using the feedback type, $Ng$, codebook size, and $Nc$ indicated in the STA Info field. If the HE beamformee then receives a BFRP Trigger frame with a matching STA Info field, the HE beamformee transmits an HE TB PPDU containing the HE compressed beamforming/CQI report following the rules defined in 26.5.2.3. If the HE NDP Announcement frame has the TA field set to the transmitted BSSID and the HE beamformee is a non-AP STA associated with an AP corresponding to a nontransmitted BSSID that supports receiving Control frames with TA field set to the transmitted BSSID, then the HE compressed beamforming/CQI report sent in response shall have the RA field set to as defined in 26.5.2.3.5.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE beamformee that receives an HE NDP Announcement frame as part of an HE TB sounding sequence with a STA Info field identifying it soliciting SU or MU feedback shall generate an HE compressed beamforming/CQI report using the feedback type, Ng, codebook size, and Nc indicated in the STA Info field. If the HE beamformee then receives a BFRP Trigger frame with a matching STA Info field, the HE beamformee transmits an HE TB PPDU containing the HE compressed beamforming/CQI report following the rules defined in 26.5.2.3.").

The mandatory character of this transmit duty is corroborated by the 802.11ax Standard's own PICS proforma, which conditions "HE Sounding Protocol as SU beamformee" (Item HEM7.2, Status "HEM6.3:M") and "HE Sounding Protocol as MU beamformee" (Item HEM7.4, Status "HEM6.6:M") as mandatory once the underlying beamformee capability is present.

| HEM7 | Sounding protocol | | | |
|---|---|---|---|---|
| HEM7.1 | HE Sounding Protocol as SU beamformer | 26.7 | HEM6.1:M HEM6.2:M | Yes ☐ No ☐ N/A ☐ |
| HEM7.2 | HE Sounding Protocol as SU beamformee | 26.7 | HEM6.3:M | Yes ☐ No ☐ N/A ☐ |
| HEM7.3 | HE Sounding Protocol as MU beamformer | 26.7 | HEM6.4:M HEM6.5:M | Yes ☐ No ☐ N/A ☐ |
| HEM7.4 | HE Sounding Protocol as MU beamformee | 26.7 | HEM6.6:M | Yes ☐ No ☐ N/A ☐ |

IEEE 802.11ax-2021 Annex B § B.4.33.1 (emphasis added) ("HE Sounding Protocol as SU beamformee… HE Sounding Protocol as MU beamformee").

| [3] A method of claim 2, further comprising determining, at the second transceiver device, a second device correction matrix from the non-sounding packet from the second transceiver device and from the non-sounding packet from the first transceiver device which includes either (i) the partial dimensional description of the reverse channel or (ii) full dimensional description of the reverse channel, transmitted from the first transceiver device. | The second transceiver device determines a second device correction matrix from the non-sounding packet from the second transceiver device and from the non-sounding packet from the first transceiver device which includes the full dimensional description of the reverse channel, transmitted from the first transceiver device.

Specifically, in compliance with the 802.11ax Standard's calibration procedure, the second transceiver device (the peer) independently computes its own correction matrix from the same two-directional |

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 29 of 74 PageID #:
911

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | |
|---|---|
| | exchange, using the identical computational framework the Standard describes for the first transceiver device.<br><br>d) STA A uses its local estimates of $\tilde{H}_{BA,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices $K_{A,k}$.<br><br>NOTE 3—When a nonidentity matrix is used for $Q_{A,k}$, STA A is responsible for accounting for the spatial mapping in its local channel estimate as well as in the quantized CSI fed back since the channel feedback received in step c) is actually $\tilde{H}_{AB,k}Q_{A,k}$ and not $\tilde{H}_{AB,k}$. Furthermore, since $Q_{B,k}$ is defined in 19.3.13.3, additional steps might be taken in STA A to remove the effect of $Q_{B,k}$ when computing the correction matrix $K_{A,k}$.<br><br>Steps a) and b) occur over a short time interval to so the channel changes as little as possible between measurements. A similar procedure is used to estimate $K_{B,k}$ at STA B. The details of the computation of the correction matrices is implementation specific and beyond the scope of this standard.<br><br>IEEE 802.11-2020 § 19.3.12.2 (emphasis added) ("A similar procedure is used to estimate KB,k at STA B."). |
| [4] A method of claim 1, wherein the wherein the non-sounding packet from the second transceiver device includes a full dimensional description of the forward channel. | The non-sounding packet from the second transceiver device includes a full dimensional description of the forward channel.<br><br>Specifically, in compliance with the 802.11ax Standard, when the non-sounding packet from the second transceiver device carries SU or MU feedback, it is a matrix-valued ($Nr \times Nc$), per-subcarrier description |

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 30 of 74 PageID #: 912

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

of the forward channel — "full dimensional" as against the Standard's own contrasting CQI-only feedback variant, discussed below, which carries no matrix at all.

> **9.4.1.65 HE Compressed Beamforming Report field**
>
> The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices V for use by a transmit beamformer to determine steering matrices Q…").

The Standard's own three-way feedback taxonomy supplies the contrast: unlike SU/MU (matrix) feedback, the CQI-only report carries no matrix, only scalar per-RU average SNRs — confirming that matrix-valued SU/MU feedback is the "full dimensional" variant this element requires.

> **9.4.1.67 HE CQI Report field**
>
> The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.

IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) ("The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested.").

The feedback type carried in any given exchange — SU, MU, or CQI — follows the HE beamformer's solicitation, as indicated in the STA Info field's Feedback Type subfield; Velocity does not overclaim that every sounding exchange necessarily carries SU/MU (matrix) feedback rather than CQI-only feedback, only that the Standard requires the beamformee to support, and to use when solicited, the matrix-valued SU/MU feedback this element requires.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| [5] A method of claim 4, wherein the description of the forward channel in the non-sounding packet from the second transceiver device is an estimate of the forward channel. | The description of the forward channel in the non-sounding packet from the second transceiver device is an estimate of the forward channel.

Specifically, the 802.11ax Standard uses the claim's own word: the beamformee "sends back a transformed estimate of the channel state."

The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:

— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("…the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state."). |

Case 5:26-cv-00102-RWS     Document 1-20     Filed 07/30/26     Page 32 of 74 PageID #: 914

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | |
|---|---|
| | Based on the HE sounding NDP, the beamformee estimates the channel matrix from which that description is derived — "estimate" is the Standard's own operative verb for this computation.<br><br>The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.<br><br>IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("Based on this HE sounding NDP, the beamformee estimates the N_RX,BFEE × N_STS,NDP channel, and based on that channel it determines a N_r × N_c orthogonal matrix V…"). |
| [7] A method of claim 1, wherein the non-sounding packet from the first transceiver device includes a full dimensional description of the reverse channel. | The non-sounding packet from the first transceiver device includes a full dimensional description of the reverse channel.<br><br>Specifically, in compliance with the 802.11ax Standard, when the Accused Product's own outbound HE Compressed Beamforming/CQI frame carries SU or MU feedback, it is a matrix-valued (Nr × Nc), per-subcarrier description of the reverse channel.<br><br>**9.4.1.65 HE Compressed Beamforming Report field**<br><br>The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.<br><br>IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices V for use by a transmit beamformer to determine steering matrices Q…"). |

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 33 of 74 PageID #: 915

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | As with the forward-channel description, the Standard's CQI-only feedback variant is the contrasting, non-matrix "partial" report, confirming that SU/MU (matrix) feedback is "full dimensional." |
|---|---|
| | **9.4.1.67 HE CQI Report field**<br><br>The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.<br><br>IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) ("The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested.").<br><br>The feedback type carried in the Accused Product's own outbound exchange — SU, MU, or CQI — follows the peer beamformer's solicitation, as indicated in the STA Info field's Feedback Type subfield; Velocity does not overclaim that every sounding exchange necessarily carries SU/MU (matrix) feedback rather than CQI-only feedback, only that the Standard requires the Accused Product, as beamformee, to support, and to use when solicited, the matrix-valued SU/MU feedback this element requires. |
| [8] A method of claim 7, wherein the full dimensional description of the reverse channel in the non-sounding packet from the first transceiver device is an estimate of the reverse channel. | The full dimensional description of the reverse channel in the non-sounding packet from the first transceiver device is an estimate of the reverse channel. |

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 34 of 74 PageID #: 916

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | |
|---|---|
| | Specifically, mirroring [5] in the reverse direction, the Standard again uses the claim's own word for the Accused Product's own outbound report: it "sends back a transformed estimate of the channel state."<br><br>The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:<br>— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.<br>— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.<br>— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("…the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state.").<br><br>Based on the HE sounding NDP it receives from the second transceiver device, the Accused Product "estimates" the reverse-channel matrix from which that description is derived.<br><br>The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.<br><br>IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("Based on this HE sounding NDP, the beamformee estimates the N_RX,BFEE × N_STS,NDP channel, and based on that channel it determines a N_r × N_c orthogonal matrix V…"). |
| [10] A method of claim 1, wherein the first calibration | The first calibration signal includes a request for both the non-sounding packet from the second transceiver device and a sounding packet from the second transceiver device. |

| | |
|---|---|
| signal includes a request for both the non-sounding packet from the second transceiver device and a sounding packet from the second transceiver device. | No HE sounding protocol exchange requests both a sounding-packet response and a non-sounding-packet response from a single calibration signal; the standard text that literally fits a single calibration signal requesting both response types from the peer is the base standard's legacy HT calibration exchange. The TRQ subfield carried in the Calibration Start frame is the sounding-packet request prong:<br><br>**Table 9-16—Subfields of Link Adaptation Control subfield**<br><br>| Subfield | Meaning | Definition |<br>|---|---|---|<br>| TRQ | Training request | Set to 1 to request the responder to transmit a sounding PPDU. Set to 0 to indicate that the responder is not requested to transmit a sounding PPDU. See 10.34.2 and 10.36.2 |<br><br>IEEE 802.11-2020 § 9.2.4.6.2, Table 9-16 (emphasis added) ("Set to 1 to request the responder to transmit a sounding PPDU. Set to 0 to indicate that the responder is not requested to transmit a sounding PPDU.").<br><br>This request is carried in a Calibration Start frame that the calibration initiator transmits with the TRQ field set to 1:<br><br>STA A (the calibration initiator) shall transmit a Calibration Start frame (Calibration Position subfield set to 1) with the TRQ field in the HT Control field set to 1. This frame initiates a calibration procedure. It shall be a QoS Null frame with Normal Ack ack policy.<br><br>IEEE 802.11-2020 § 10.34.2.4.3 (emphasis added) ("STA A (the calibration initiator) shall transmit a Calibration Start frame (Calibration Position subfield set to 1) with the TRQ field in the HT Control field set to 1. This frame initiates a calibration procedure."). |

The NDP variant of the same exchange requests both response types in a single Calibration Start frame, by setting the HT NDP Announcement subfield and the CSI/Steering subfield each to 1:

> NDP transmission within a calibration procedure follows the rules defined in 10.36.1. STA A transmits a Calibration Start frame (i.e., with the Calibration Position subfield set to 1) with the HT NDP Announcement subfield set to 1 and CSI/Steering subfield of the HT Control field set to 1. Only the current TXOP holder may set both the Calibration Position and HT NDP Announcement subfields to 1. This frame initiates a calibration

IEEE 802.11-2020 § 10.34.2.4.3 (emphasis added) ("STA A transmits a Calibration Start frame (i.e., with the Calibration Position subfield set to 1) with the HT NDP Announcement subfield set to 1 and CSI/Steering subfield of the HT Control field set to 1.").

The CSI/Steering=1 setting is the non-sounding-packet request prong: it obligates the responder to send back a CSI feedback report:

> When the MIMO channel measurements become available at STA B, STA B shall send one or more CSI frames that contain the CSI report (Step 2 in Figure 10-48). This CSI report shall have full precision, i.e, $Ng=1$ (no grouping) and $Nb=3$ (8 bits). In these CSI frames, the Calibration Sequence subfields in HT Control fields shall be set to the same value that is indicated in the Calibration Sounding Complete frame. These CSI frames

IEEE 802.11-2020 § 10.34.2.4.4 (emphasis added) ("STA B shall send one or more CSI frames that contain the CSI report.").

The same subclause also specifies a completion-timing benchmark for that CSI-report response, confirming that the calibration procedure treats the non-sounding-packet reply as due within a fixed, defined window measured from the request, rather than left to the responder's unbounded discretion: IEEE 802.11-2020 § 10.34.2.4.4 ("STA B should finish transmission of the first CSI frame within aMaxCSIMatricesReportDelay (in milliseconds) after the reception of the frame containing the CSI feedback request or HT NDP announcement.").

And the same HT NDP announcement independently triggers the calibration responder to transmit its own sounding NDP back — the sounding-packet request prong, confirmed:

A STA shall transmit an HT NDP as follows:

a) A SIFS after sending a PPDU that is an HT NDP announcement and that does not contain an MPDU that requires an immediate response.

b) A SIFS after receiving a correctly formed and addressed immediate response to a PPDU that is an HT NDP announcement and that contains an MPDU that requires an immediate response.

c) A SIFS after transmitting an HT NDP if the HT NDP announcement contains an ASEL Command subfield equal to TXASSI, TXASSI-CSI, or RXASSI and the ASEL Data subfield is equal to a value greater than 0 and if the number of HT NDPs sent before this one is less than the value in the ASEL Data subfield + 1.

NOTE 2—The total number of sent HT NDPs is equal to the value of in the ASEL Data subfield + 1.

d) A SIFS after receiving an HT NDP from a STA whose HT NDP announcement contained one or more +HTC frames with the Calibration Position subfield equal to 1, when the receiving STA supports transmitting sounding PPDUs for which more than one channel dimension can be estimated (i.e., more than one column of the MIMO channel matrix).

IEEE 802.11-2020 § 10.36.1 (emphasis added) ("A SIFS after receiving an HT NDP from a STA whose HT NDP announcement contained one or more +HTC frames with the Calibration Position subfield equal to 1, when the receiving STA supports transmitting sounding PPDUs for which more than one channel dimension can be estimated…").

The 802.11ax-2021 amendment's own HE PHY MIB further confirms that the calibration option this legacy exchange implements is carried forward as an attribute of the HE PHY itself, blunting any argument that legacy HT calibration falls outside Wi-Fi 6/6E:

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

IEEE          802.11ax-2021          Table          27-53          (emphasis          added)
("dot11ImplicitTransmitBeamformingOptionImplemented… dot11CalibrationOptionImplemented).

| [11] A method of claim 1, wherein determining the first device correction matrix comprises: determining, at the first transceiver device, phase difference information regarding phase differences between (i) the description of the forward channel, and (ii) (a) the partial dimensional description of the reverse channel or (b) | Determining the first device correction matrix comprises: determining, at the first transceiver device, phase difference information regarding phase differences between (i) the description of the forward channel, and (ii) the full dimensional description of the reverse channel; and determining the first device correction matrix based on the phase difference information. |
|---|---|

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 39 of 74 PageID #: 921

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | |
|---|---|
| the full dimensional description of the reverse channel; and determining the first device correction matrix based on the phase difference information. | The Standard's correction-matrix framework computes the correction matrix from both directions' channel estimates — the forward-channel description received from the peer and the first transceiver device's own reverse-channel estimate — the same two inputs this element requires:<br><br>d) STA A uses its local estimates of $\tilde{H}_{BA,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices $K_{A,k}$.<br><br>NOTE 3—When a nonidentity matrix is used for $Q_{A,k}$, STA A is responsible for accounting for the spatial mapping in its local channel estimate as well as in the quantized CSI fed back since the channel feedback received in step c) is actually $\tilde{H}_{AB,k} Q_{A,k}$ and not $\tilde{H}_{AB,k}$. Furthermore, since $Q_{B,k}$ is defined in 19.3.13.3, additional steps might be taken in STA A to remove the effect of $Q_{B,k}$ when computing the correction matrix $K_{A,k}$.<br><br>Steps a) and b) occur over a short time interval to so the channel changes as little as possible between measurements. A similar procedure is used to estimate $K_{B,k}$ at STA B. The details of the computation of the correction matrices is implementation specific and beyond the scope of this standard.<br><br>IEEE 802.11-2020 § 19.3.12.2, step d) (emphasis added) ("STA A uses its local estimates of $\tilde{H}_{AB,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices $K_{A,k}$.").<br><br>And the resulting correction matrices are diagonal, complex-valued matrices — consistent with (though not, on the Standard's own text, compelled to be) a phase-difference-based computation:<br><br>The correction matrices are diagonal matrices with complex valued diagonal entries. The reciprocity condition in Equation (19-66) is enforced when Equation (19-67) and Equation (19-68) are true.<br><br>IEEE 802.11-2020 § 19.3.12.2 (emphasis added) ("The correction matrices are diagonal matrices with complex valued diagonal entries.").<br><br>The '577 patent's own Equation 15 discloses a pure phase-difference computation for the correction matrix: $[K\_A,Tx]\_{kk} = \exp\{j(\angle[\tilde{H}\_BA]\_{ki} - \angle[\tilde{H}\_AB]\_{ik})\}, \forall i$ ('577 patent, col. 14). |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | |
|---|---|
| [12] A method according to claim 1, wherein determining the first device correction matrix comprises normalizing a diagonal of the first device correction matrix such that the first device correction matrix corresponds to phase shifts. | Determining the first device correction matrix comprises normalizing a diagonal of the first device correction matrix such that the first device correction matrix corresponds to phase shifts. |
| | The Standard confirms the correction matrix's diagonal, complex-valued structure — the premise this element's normalization step operates on: |
| | The correction matrices are diagonal matrices with complex valued diagonal entries. The reciprocity condition in Equation (19-66) is enforced when Equation (19-67) and Equation (19-68) are true. |
| | IEEE 802.11-2020 § 19.3.12.2 (emphasis added) ("The correction matrices are diagonal matrices with complex valued diagonal entries."). |
| | And the Standard identifies amplitude and phase, together, as the object the correction matrix restores — the same diagonal, complex-valued structure applies to the underlying transmit/receive chain response matrices: |
| | The amplitude and phase responses of the transmit and receive chains can be expressed as diagonal matrices with complex valued diagonal entries, of the form $A_{TX,k}$ and $A_{RX,k}$ at STA A. The relationship between the baseband-to-baseband channel, $\tilde{H}_{AB,k}$, and the over-the-air channel, $H_{AB,k}$, is shown in Equation (19-64). $$\tilde{H}_{AB,k} = B_{RX,k} H_{AB,k} A_{TX,k} \qquad (19\text{-}64)$$ |
| | IEEE 802.11-2020 § 19.3.12.2 (emphasis added) ("The amplitude and phase responses of the transmit and receive chains can be expressed as diagonal matrices with complex valued diagonal entries…"). |

Page 39 of 73

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 41 of 74 PageID #: 923

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | |
|---|---|
| | d) STA A uses its local estimates of $\tilde{H}_{BA,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices $K_{A,k}$.<br><br>NOTE 3—When a nonidentity matrix is used for $Q_{A,k}$, STA A is responsible for accounting for the spatial mapping in its local channel estimate as well as in the quantized CSI fed back since the channel feedback received in step c) is actually $\tilde{H}_{AB,k}Q_{A,k}$ and not $\tilde{H}_{AB,k}$. Furthermore, since $Q_{B,k}$ is defined in 19.3.13.3, additional steps might be taken in STA A to remove the effect of $Q_{B,k}$ when computing the correction matrix $K_{A,k}$.<br><br>Steps a) and b) occur over a short time interval to so the channel changes as little as possible between measurements. A similar procedure is used to estimate $K_{B,k}$ at STA B. The details of the computation of the correction matrices is implementation specific and beyond the scope of this standard.<br><br>IEEE 802.11-2020 § 19.3.12.2 (emphasis added) ("The details of the computation of the correction matrices is implementation specific and beyond the scope of this standard."). |
| [13] A method according to claim 1, further comprising: applying, in a frequency domain, the first device correction matrix to a signal to be transmitted via the forward channel. | Each Accused Product applies, in a frequency domain, the first device correction matrix to a signal to be transmitted via the forward channel.<br><br>The Standard's correction-matrix framework is per-subcarrier (every correction matrix K_A,k is indexed by subcarrier k) as Equation (19-69) shown below shows:<br><br>Using these expressions for the correction matrices, the calibrated baseband-to-baseband channel between STA A and STA B is expressed as shown in Equation (19-69).<br><br>$$\hat{H}_{AB,k} = \tilde{H}_{AB,k}K_{A,k} = \alpha_{A,k}B_{RX,k}H_{AB,k}A_{RX,k} \qquad (19\text{-}69)$$<br><br>IEEE 802.11-2020 § 19.3.12.2, Eq. (19-69) (emphasis added) ("Using these expressions for the correction matrices, the calibrated baseband-to-baseband channel between STA A and STA B is expressed as shown in Equation (19-69)."). |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | |
|---|---|
| | The Standard does not use the literal phrase "applying… the correction matrix in a frequency domain"; per-subcarrier (per-tone) processing is, by definition in this standard family, frequency-domain processing (§ 19.3.12.2, Eqs. (19-64)–(19-70)).<br><br>The '577 patent's own Fig. 19 embodiment confirms the frequency-domain reading: "correction is performed on each sub-carrier at each transmitter chain, corresponding to each antenna, after the beamsteering matrix, V, has been applied to the signal stream, X." ('577 patent, cols. 27–28.) |
| [18] A method according to claim 1, further comprising: transmitting, by the first transceiver device, a first signal that includes an identification of the first transceiver device as an implicit beamformer device and that includes a request for identification from the second transceiver device; and receiving, from the second transceiver device, a second signal that identifies the second transceiver device as an implicit beamformer device. | The Accused Products transmit, by the first transceiver device, a first signal that includes an identification of the first transceiver device as an implicit beamformer device and that includes a request for identification from the second transceiver device, and receives, from the second transceiver device, a second signal that identifies the second transceiver device as an implicit beamformer device.<br><br>The Standard's Transmit Beamforming Capabilities field carries exactly this kind of mutual self-identification bit for each device: |

| Subfield | Definition | Encoding |
|---|---|---|
| Implicit Transmit Beamforming Receiving Capable | Indicates whether this STA can receive Transmit Beamforming steered frames using implicit feedback | Set to 0 if not supported<br>Set to 1 if supported |
| Receive Staggered Sounding Capable | Indicates whether this STA can receive staggered sounding frames. | Set to 0 if not supported<br>Set to 1 if supported |
| Transmit Staggered Sounding Capable | Indicates whether this STA can transmit staggered sounding frames. | Set to 0 if not supported<br>Set to 1 if supported |
| Receive NDP Capable | Indicates whether this receiver can interpret null data PPDUs as sounding frames. | Set to 0 if not supported<br>Set to 1 if supported |
| Transmit NDP Capable | Indicates whether this STA can transmit null data PPDUs as sounding frames. | Set to 0 if not supported<br>Set to 1 if supported |
| Implicit Transmit Beamforming Capable | Indicates whether this STA can apply implicit transmit beamforming. | Set to 0 if not supported<br>Set to 1 if supported |

IEEE 802.11-2020 § 9.4.2.55.6, Table 9-188 (emphasis added) ("Implicit Transmit Beamforming Receiving Capable — Indicates whether this STA can receive Transmit Beamforming steered frames using implicit feedback… Implicit Transmit Beamforming Capable — Indicates whether this STA can apply implicit transmit beamforming.").

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 44 of 74 PageID #: 926

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

A STA that receives a Probe Request soliciting this self-identification is, in turn, under a standard-defined duty to respond with the frame that carries it:

**11.1.4.3.4 Criteria for sending a response**

If a STA that receives a Probe Request frame is not in a multiple BSSID set, that STA shall send the Probe Response frame(s), subject to the criteria below. If a STA that receives a Probe Request frame is in a multiple BSSID set, the STA corresponding to the transmitted BSSID shall send the Probe Response frame(s), subject to the criteria below; other STAs in the multiple BSSID set shall not send a Probe Response frame.

IEEE 802.11-2020 § 11.1.4.3.4 ("If a STA that receives a Probe Request frame is not in a multiple BSSID set, that STA shall send the Probe Response frame(s), subject to the criteria below.") (emphasis added).

This capability field rides on the HT Capabilities element, whose presence is effectively mandatory for any Wi-Fi 6/6E device operating in (or falling back to) the 2.4 GHz band, because the 802.11ax amendment defines every HE STA operating in that band as "also an HT STA":

In the 2.4 GHz band, the following apply:
— An HE STA is also an HT STA
— Support for 20 MHz operating channel width is mandatory in an HE STA
— Support for 40 MHz operating channel width is optional in an HE STA

IEEE 802.11ax-2021 § 4.3.15a (emphasis added) ("An HE STA is also an HT STA").

And once that 2.4 GHz carryover applies, the Standard's own Probe Request frame-body table confirms that the HT Capabilities element — carrying the self-identification bits above — is itself present whenever the device implements HT:

| | | |
|---|---|---|
| 6 | Supported Operating Classes | The Supported Operating Classes element is present if dot11ExtendedChannelSwitchActivated or dot11OperatingClassesRequired is true. The Supported Operating Classes element is optionally present if dot11TVHTOptionImplemented is true. |
| 7 | HT Capabilities | The HT Capabilities element is present when dot11HighThroughputOptionImplemented is true. |
| 8 | 20/40 BSS Coexistence | The 20/40 BSS Coexistence element is optionally present when dot112040BSSCoexistenceManagementSupport is true. |

IEEE 802.11-2020 § 9.3.3.9, Table 9-38 (emphasis added) ("The HT Capabilities element is present when dot11HighThroughputOptionImplemented is true.").

The carrying frames and element are thus effectively mandatory for 2.4 GHz-capable Wi-Fi 6/6E devices; the bit VALUES are optional ("Set to 0 if not supported / Set to 1 if supported," no "shall" requiring either device to set them to 1), and no standard text characterizes a Probe or (Re)Association Request frame, in terms, as "a request for identification" of implicit-beamforming capability specifically — the Probe/Association Request-Response pairing is charted as functionally implementing the claimed request/identification exchange because the base standard obligates a response, not because the Standard frames the request as targeted at this bit.

| | |
|---|---|
| [19PRE] An apparatus, comprising: a first transceiver device having one or more integrated circuit devices configured to | To the extent the preamble is limiting, the Accused Products are apparatuses comprising a first transceiver device having one or more integrated circuit devices, as set forth in elements [19a]–[19f] below.<br><br>Defendant makes, sells, offers to sell, imports, and/or uses an apparatus that comprises a first transceiver device having one or more integrated circuit devices and that meets each and every limitation of the claim, and directly infringes the claim under 35 U.S.C. § 271(a) on at least these bases. *See, e.g.*, [19a]-[19f]. To the extent the preamble is limiting, the '577 Accused Products are apparatuses having one or more integrated circuit devices that comprise elements [19a]-[19f]. |

Additionally, and/or in the alternative, Defendant indirectly infringes the claim – for example, by actively inducing and/or contributing to third-party infringement (*e.g.*, infringement by Defendant Product end-users and/or third-party integrators). *See, e.g.*, [19a]-[19f]. Moreover, Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '577 patent into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '577 patent through the use of 802.11ax or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.

Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each element of the apparatus described in the claim is in the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims.

The Accused Products are IEEE 802.11ax (Wi-Fi 6/6E) wireless transceiver devices, each containing one or more integrated circuit devices operating as HE STAs. Specifically, by complying with the

802.11ax Standard, the Accused Products' integrated circuit device(s) operate as HE stations within the Standard's defined frequency bands.

The IEEE 802.11 HE STA operates in frequency bands between 1 GHz and 7.125 GHz.

In the 5 GHz and 6 GHz bands, the following apply:
— An HE STA is also a VHT STA if operating in the 5 GHz band, except that a 20 MHz-only HE STA does not support 40 MHz and 80 MHz channel widths
— An HE STA is also a STA that supports the OFDM PHY defined in Clause 17 if operating in the 6 GHz band
— Support for 20 MHz operating channel width is mandatory in an HE STA
— Support for 40 MHz and 80 MHz operating channel width is mandatory in an HE STA that is not a 20 MHz-only non-AP HE STA
— Support for 160 MHz and 80+80 MHz operating channel width is optional in an HE STA

IEEE 802.11ax-2021 § 4.3.15a (emphasis added) ("The IEEE 802.11 HE STA operates in frequency bands between 1 GHz and 7.125 GHz.").

Further, in compliance with the 802.11ax Standard, each Accused Product's integrated circuit device(s), operating as an HE beamformee, is/are configured to support a minimum number of HE-LTF training symbols for sounding — a mandatory capability of every HE STA.

An HE beamformee indicates the maximum number of HE-LTF symbols it can receive in a 20 MHz, 40 MHz, or 80 MHz HE sounding NDP in the Beamformee STS ≤ 80 MHz subfield in the PHY Capabilities Information field in the HE Capabilities element it transmits.

An HE beamformee shall set the Beamformee STS ≤ 80 MHz subfield to indicate a maximum number of HE-LTF symbols of 4 or greater.

IEEE 802.11ax-2021 § 26.7.2 (emphasis added) ("An HE beamformee shall set the Beamformee STS ≤ 80 MHz subfield to indicate a maximum number of HE-LTF symbols of 4 or greater.").

| | |
|---|---|
| [19a] transmit a first calibration signal to a second transceiver device via a forward channel, the first calibration signal requesting a non-sounding packet from the second transceiver device, where the non-sounding packet from the second transceiver device is to include a description of the forward channel, | The Accused Products transmit a first calibration signal to a second transceiver device via a forward channel, the first calibration signal requesting a non-sounding packet from the second transceiver device, where the non-sounding packet from the second transceiver device is to include a description of the forward channel.<br><br>Specifically, by complying with the 802.11ax Standard, each Accused Product, acting as an HE beamformer, initiates an HE sounding sequence over the forward channel by transmitting an HE NDP Announcement frame — followed by an HE sounding NDP — which "solicits" an HE Compressed Beamforming/CQI frame from the second transceiver device to be returned describing the forward channel.<br><br>An HE non-TB sounding sequence is initiated by an HE beamformer with an individually addressed HE NDP Announcement frame comprising exactly one STA Info field, followed after SIFS by an HE sounding NDP. The HE beamformee responds after SIFS with an HE Compressed Beamforming/CQI frame.<br><br>The AID11 subfield of the STA Info field shall be set to the AID of the STA identified by the RA field of the HE NDP Announcement frame, or to 0 if the STA identified by the RA field is a mesh STA, AP, or IBSS STA.<br><br>An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.<br><br>**Figure 26-7—Example of HE non-TB sounding**<br><br>IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE non-TB sounding sequence is initiated by an HE beamformer with an individually addressed HE NDP Announcement frame… followed after SIFS by an HE sounding NDP. The HE beamformee responds after SIFS with an HE Compressed Beamforming/CQI frame."); Figure 26-7. |

| | |
|---|---|
| | The HE NDP Announcement frame's STA Info field identifies the type of feedback solicited from the second transceiver device, confirming that the frame functions as a request for a computed description of the channel.<br><br>The term *HE beamformer* refers to both the SU beamformer and MU beamformer. The term *HE beamformee* refers to both the SU beamformee and MU beamformee.<br><br>The type of feedback (SU, MU, or CQI) solicited by an HE beamformer from an HE beamformee is indicated in the Feedback Type And Ng and Codebook subfields in the STA Info field identifying the HE beamformee in the HE NDP Announcement frame as defined in Table 9-29a and Table 9-29b.<br><br>IEEE 802.11ax-2021 § 26.7.2 (emphasis added) ("The type of feedback (SU, MU, or CQI) solicited by an HE beamformer from an HE beamformee is indicated in… the STA Info field… in the HE NDP Announcement frame."). |

Where the Accused Product uses trigger-based sounding, the first calibration signal further comprises a BFRP Trigger frame transmitted after the HE sounding NDP, which allocates resources for and solicits the responsive non-sounding packet from each solicited beamformee.



An example of an HE TB sounding sequence with more than one HE beamformee is shown in Figure 26-8.

Figure 26-8—Example of HE TB sounding

IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields, followed after a SIFS by an HE sounding NDP, followed after a SIFS by a BFRP Trigger frame. Each HE beamformee responds after a SIFS with an HE Compressed Beamforming/CQI frame."); Figure 26-8.

The BFRP Trigger frame the Accused Products transmit allocates resources for, and solicits, the HE TB PPDU response that carries the requested non-sounding packet.



A Trigger frame allocates resources for and solicits one or more HE TB PPDU transmissions. The Trigger frame also carries other information required by the responding STA to send an HE TB PPDU.

The format for the Trigger frame is defined in Figure 9-64a.

**Figure 9-64a—Trigger frame format**

IEEE 802.11ax-2021 § 9.3.1.22.1 (emphasis added) ("A Trigger frame allocates resources for and solicits one or more HE TB PPDU transmissions."); Figure 9-64a.

| | |
|---|---|
| | Further, by complying with the 802.11ax Standard, each Accused Product that is an HE AP supporting 4 or more space-time streams is required — not merely permitted — to operate in the MU beamformer role, fixing the beamformer-side role configuration for AP-type Accused Products:<br><br>Beamformee subfield to 1. An HE AP may set the SU Beamformee subfield to 1.<br><br>An MU beamformer is an HE AP that sets the MU Beamformer subfield in the HE PHY Capabilities Information field in the HE Capabilities element it transmits to 1. An HE AP that indicates support for 4 or more space-time streams in the Tx HE-MCS Map ≤ 80 MHz subfield in the Supported HE-MCS And NSS field in the HE Capabilities element shall set the MU Beamformer subfield to 1. A non-AP HE STA shall set the MU Beamformer subfield to 0. An MU beamformer is also an SU beamformer and shall set the SU Beamformer subfield to 1.<br><br>NOTE—A non-AP STA might use the setting of the MU Beamformer subfield to determine the AP with which it will associate.<br><br>IEEE 802.11ax-2021 § 26.7.2 (emphasis added) ("An HE AP that indicates support for 4 or more space-time streams in the Tx HE-MCS Map ≤ 80 MHz subfield in the Supported HE-MCS And NSS field in the HE Capabilities element shall set the MU Beamformer subfield to 1."). |
| [19b] receive the non-sounding packet from the second transceiver device via a reverse channel, | The Accused Products receive the non-sounding packet from the second transceiver device via a reverse channel.<br><br>Specifically, in compliance with the 802.11ax Standard, each Accused Product receives an HE Compressed Beamforming/CQI frame from the second transceiver device — the beamformee's |

response to the solicitation described at [19a] — carrying the beamformee's computed description of the forward channel.

> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:
>   — SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
>   — MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
>   — CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames.").

The HE Compressed Beamforming/CQI frame the Accused Products receive is an Action No Ack MAC frame — not a sounding PPDU — confirming its character as the claimed "non-sounding packet."

**9.6.31.2 HE Compressed Beamforming/CQI frame format**

The HE Compressed Beamforming/CQI frame is an Action No Ack frame of category HE. The Action field of an HE Compressed Beamforming/CQI frame contains the information shown in Table 9-526b.

**Table 9-526b—HE Compressed Beamforming/CQI frame Action field format**

| Order | Information |
|-------|-------------|
| 1 | Category |
| 2 | HE Action |
| 3 | HE MIMO Control (see 9.4.1.64) |
| 4 | HE Compressed Beamforming Report (see 9.4.1.65) |
| 5 | HE MU Exclusive Beamforming Report (see 9.4.1.66) |
| 6 | HE CQI Report (see 9.4.1.67) |

IEEE 802.11ax-2021 § 9.6.31.2 (emphasis added) ("The HE Compressed Beamforming/CQI frame is an Action No Ack frame of category HE. The Action field of an HE Compressed Beamforming/CQI frame contains the information shown in Table 9-526b."); Table 9-526b.

Page 53 of 73

| | The Standard's TXVECTOR/RXVECTOR parameter set distinguishes a sounding PPDU from a non-sounding PPDU, showing that the Action-frame-carried report the Accused Products receive is not itself a sounding transmission. |
|---|---|
| | |
| | IEEE 802.11-2020 Table 19-1 (emphasis added) ("SOUNDING indicates this is a sounding PPDU. NOT_SOUNDING indicates this is not a sounding PPDU."). |
| | The description of the forward channel carried in that non-sounding packet consists of the average per-stream SNR and the compressed beamforming feedback matrices V that a transmit beamformer uses to determine its steering matrices — i.e., a computed description of the forward channel. |
| | |
| | IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices V for use by a transmit beamformer to determine steering matrices Q…"). |
| [19c] receive a second calibration signal from the second transceiver device via the reverse channel, the second calibration signal requesting a non-sounding | The Accused Products receive a second calibration signal from the second transceiver device via the reverse channel, the second calibration signal requesting a non-sounding packet from the first transceiver device, where the non-sounding packet from the first transceiver device is to include a description of the reverse channel. |

| | |
|---|---|
| packet from the first transceiver device, where the non-sounding packet from the first transceiver device is to include a description of the reverse channel, | Specifically, in compliance with the 802.11ax Standard, each Accused Product receives an HE NDP Announcement frame (with a STA Info field soliciting feedback, and, for trigger-based sounding, a matching BFRP Trigger frame) from the associated HE station, and the Standard requires it to respond.<br><br>An HE beamformee that receives an HE NDP Announcement frame as part of an HE TB sounding sequence with a STA Info field identifying it soliciting SU or MU feedback shall generate an HE compressed beamforming/CQI report using the feedback type, *Ng*, codebook size, and *Nc* indicated in the STA Info field. If the HE beamformee then receives a BFRP Trigger frame with a matching STA Info field, the HE beamformee transmits an HE TB PPDU containing the HE compressed beamforming/CQI report following the rules defined in 26.5.2.3. If the HE NDP Announcement frame has the TA field set to the transmitted BSSID and the HE beamformee is a non-AP STA associated with an AP corresponding to a nontransmitted BSSID that supports receiving Control frames with TA field set to the transmitted BSSID, then the HE compressed beamforming/CQI report sent in response shall have the RA field set to as defined in 26.5.2.3.5.<br><br>IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE beamformee that receives an HE NDP Announcement frame… soliciting SU or MU feedback shall generate an HE compressed beamforming/CQI report… If the HE beamformee then receives a BFRP Trigger frame with a matching STA Info field, the HE beamformee transmits an HE TB PPDU containing the… report."). |

This receive-and-respond configuration mandated for non-AP HE STA (the role each Accused Product occupies when associated with an AP for purposes of the reverse-direction exchange).

An SU beamformee is an HE STA that sets the SU Beamformee subfield in the HE PHY Capabilities Information field in the HE Capabilities element it transmits to 1. A non-AP HE STA shall set the SU Beamformee subfield to 1. An HE AP may set the SU Beamformee subfield to 1.

An MU beamformer is an HE AP that sets the MU Beamformer subfield in the HE PHY Capabilities Information field in the HE Capabilities element it transmits to 1. An HE AP that indicates support for 4 or more space-time streams in the Tx HE-MCS Map ≤ 80 MHz subfield in the Supported HE-MCS And NSS field in the HE Capabilities element shall set the MU Beamformer subfield to 1. A non-AP HE STA shall set the MU Beamformer subfield to 0. An MU beamformer is also an SU beamformer and shall set the SU Beamformer subfield to 1.

NOTE—A non-AP STA might use the setting of the MU Beamformer subfield to determine the AP with which it will associate.

A non-AP HE STA shall support operation as an MU beamformee. An HE AP does not support operation as an MU beamformee.

IEEE 802.11ax-2021 § 26.7.2 (emphasis added) ("A non-AP HE STA shall set the SU Beamformee subfield to 1. An HE AP may set the SU Beamformee subfield to 1…. A non-AP HE STA shall support operation as an MU beamformee.").

The Standard requires the HE sounding protocol is mandatory for every non-AP STA acting as a beamformee.



IEEE 802.11ax-2021 § 4.3.15a (emphasis added) ("Mandatory support for the HE sounding protocol to support beamforming for a non-AP STA beamformee and optional otherwise.").

The same non-TB sounding sequence structure (HE NDP Announcement, HE sounding NDP, and a responsive HE Compressed Beamforming/CQI frame) that the Standard depicts in Figure 26-7 governs

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 59 of 74 PageID #: 941

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

this reverse-direction exchange when the Accused Product is the beamformee being sounded by its associated HE station.



An HE non-TB sounding sequence is initiated by an HE beamformer with an individually addressed HE NDP Announcement frame comprising exactly one STA Info field, followed after SIFS by an HE sounding NDP. The HE beamformee responds after SIFS with an HE Compressed Beamforming/CQI frame.

The AID11 subfield of the STA Info field shall be set to the AID of the STA identified by the RA field of the HE NDP Announcement frame, or to 0 if the STA identified by the RA field is a mesh STA, AP, or IBSS STA.

An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.

**Figure 26-7—Example of HE non-TB sounding**

IEEE 802.11ax-2021 § 26.7.3 (emphasis added); Figure 26-7 ("Example of HE non-TB sounding").

For AP-type Accused Products, each Accused Product advertises its beamformee configuration in the SU Beamformee subfield of the HE PHY Capabilities Information field it transmits.

| [19d] determine (i) a partial dimensional description of the reverse channel based on receipt of the non-sounding packet from the second transceiver device or (ii) a full dimensional | The Accused Products determine a full dimensional description of the reverse channel based on receipt of the second calibration signal requesting the non-sounding packet from the first transceiver device.<br><br>Specifically, in compliance with the 802.11ax Standard, upon receipt of the HE sounding NDP that accompanies the second calibration signal (whose HE-LTF training symbols span every sounded spatial |
| --- | --- |

| | |
|---|---|
| description of the reverse channel based on receipt of the second calibration signal requesting the non-sounding packet from the first transceiver device, | dimension) each Accused Product estimates the full NRX × NSTS channel matrix, i.e., a full dimensional description of the reverse channel.<br><br>The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. **Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$,** where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.<br><br>IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("Based on this HE sounding NDP, the beamformee estimates the NRX,BFEE × NSTS,NDP channel, and based on that channel it determines a Nr × Nc orthogonal matrix V…").<br><br>This determination reflects the HE sounding protocol's general mechanism, under which the beamformee measures the channel using the HE sounding NDP training signal transmitted by the beamformer.<br><br>HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, **where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer** and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("…where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state."); *see also* IEEE 802.11ax-2021 § 27.3.16.2 (upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback, removing the space-time stream cyclic shift diversity (CSD) applied by the beamformer). |
| [19e] determine a first device correction matrix from the received non- | The Accused Products determine a first device correction matrix from the received non-sounding packet from the second transceiver device and the full dimensional description of the reverse channel. |

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 61 of 74 PageID #: 943

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| | |
|---|---|
| sounding packet from the second transceiver device and (i) the partial dimensional description of the reverse channel or (ii) full dimensional description of the reverse channel, and | Specifically, in compliance with the 802.11ax Standard's calibration procedure, each Accused Product computes a correction matrix that causes the observed channel matrices in the two link directions to be transposes of each other, restoring reciprocity to the baseband-to-baseband channel.<br><br>**10.34.2.4.1 Introduction**<br><br>Differences between transmit and receive chains in a STA degrade the inherent reciprocity of the over-the-air time division duplex channel and cause degradation of the performance of implicit beamforming. Calibration acts to remove or reduce differences between transmit and receive chains and enforce reciprocity in the observed baseband-to-baseband channels between two STAs.<br><br>A STA acting as an HT beamformer should be calibrated to maximize performance. A STA acting only as an HT beamformee does not need to be calibrated. In order to perform calibration, the STA follows the procedure described below.<br><br>The calibration procedure involves the computation of correction matrices that cause the observed channel matrices in the two directions of the link to be transposes of each other and thus renders the resultant channel reciprocal. See 19.3.12.2 for a more detailed description. If it is able to do so, a STA should calibrate upon association.<br><br>IEEE 802.11-2020 § 10.34.2.4.1 (emphasis added) ("The calibration procedure involves the computation of correction matrices that cause the observed channel matrices in the two directions of the link to be transposes of each other and thus renders the resultant channel reciprocal."). |

Case 5:26-cv-00102-RWS     Document 1-20     Filed 07/30/26     Page 62 of 74 PageID #: 944

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

The Standard requires at the calibrating station using its own local channel estimate together with the quantized channel estimate received from the peer station.

> Focusing on STA A, the procedure for estimating $K_{A,k}$ is as follows:
>
> a)  STA A sends STA B a sounding PPDU, the reception of which allows STA B to estimate the channel matrices $H_{AB,k}$.
>
> b)  STA B sends STA A a sounding PPDU, the reception of which allows STA A to estimate the channel matrices $\tilde{H}_{BA,k}$.
>
> c)  STA B sends the quantized estimates of $\tilde{H}_{AB,k}$ to STA A.
>
> d)  STA A uses its local estimates of $\tilde{H}_{BA,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices $K_{A,k}$.

IEEE 802.11-2020 § 19.3.12.2, step d) (emphasis added) ("STA A uses its local estimates of $\tilde{H}$BA,k and the quantized estimates of $\tilde{H}$AB,k received from STA B to compute the correction matrices KA,k.").

That correction matrix is "applied at the transmit side of a STA to correct the amplitude and phase differences between the transmit and receive chains," setting reciprocity for implicit feedback.

> While the over-the-air channel between the antenna(s) at one STA and the antenna(s) at a second STA is reciprocal, the observed baseband-to-baseband channel used for communication might not be, as it includes the transmit and receive chains of the STAs. Differences in the amplitude and phase characteristics of the transmit and receive chains associated with individual antennas degrade the reciprocity of the over-the-air channel and cause degradation of performance of implicit beamforming techniques. The over-the-air calibration procedure described in 10.34.2.4 may be used to restore reciprocity. The procedure provides the means for calculating a set of correction matrices that can be applied at the transmit side of a STA to correct the amplitude and phase differences between the transmit and receive chains in the STA. If this correction is done at least at the STA that serves as the beamformer, there is sufficient reciprocity for implicit feedback in the baseband-to-baseband response of the forward link and reverse channel.

IEEE 802.11-2020 § 19.3.12.2 (emphasis added) ("The procedure provides the means for calculating a set of correction matrices that can be applied at the transmit side of a STA to correct the amplitude and phase differences between the transmit and receive chains in the STA. If this correction is done at least at the STA that serves as the beamformer, there is sufficient reciprocity for implicit feedback…").

| | |
|---|---|
| | The 802.11ax-2021 amendment's own HE PHY MIB confirms that implicit transmit beamforming and its calibration option are attributes of the HE PHY itself.<br><br>**dot11TransmitBeamformingConfigTable**<br><br>| dot11ReceiveStaggerSoundingOptionImplemented | false/Boolean | Static |<br>| dot11TransmitStaggerSoundingOptionImplemented | false/Boolean | Static |<br>| dot11ReceiveNDPOptionImplemented | false/Boolean | Static |<br>| dot11TransmitNDPOptionImplemented | false/Boolean | Static |<br>| dot11ImplicitTransmitBeamformingOptionImplemented | false/Boolean | Static |<br>| dot11CalibrationOptionImplemented | Implementation dependent | Static |<br>| dot11ExplicitCSITransmitBeamformingOptionImplemented | false/Boolean | Static |<br>| dot11ExplicitNonCompressedBeamformingMatrixOptionImplemented | false/Boolean | Static |<br>| dot11ExplicitTransmitBeamformingCSIFeedbackOptionImplemented | Implementation dependent | Static |<br>| dot11ExplicitNoncompressedBeamformingFeedbackOptionImplemented | Implementation dependent | Static |<br><br>IEEE 802.11ax-2021 Table 27-53 (emphasis added) ("dot11ImplicitTransmitBeamformingOptionImplemented… dot11CalibrationOptionImplemented…"). |
| [19f] use the first device correction matrix to process signals transmitted via the forward channel. | The Accused Products use the first device correction matrix to process signals transmitted via the forward channel. |

Specifically, in compliance with the 802.11ax Standard, each Accused Product applies its correction matrix at the transmit side to correct the amplitude and phase differences between its transmit and receive chains before transmitting on the forward channel.

> While the over-the-air channel between the antenna(s) at one STA and the antenna(s) at a second STA is reciprocal, the observed baseband-to-baseband channel used for communication might not be, as it includes the transmit and receive chains of the STAs. Differences in the amplitude and phase characteristics of the transmit and receive chains associated with individual antennas degrade the reciprocity of the over-the-air channel and cause degradation of performance of implicit beamforming techniques. The over-the-air calibration procedure described in 10.34.2.4 may be used to restore reciprocity. The procedure provides the means for calculating a set of correction matrices that can be applied at the transmit side of a STA to correct the amplitude and phase differences between the transmit and receive chains in the STA. If this correction is done at least at the STA that serves as the beamformer, there is sufficient reciprocity for implicit feedback in the baseband-to-baseband response of the forward link and reverse channel.

IEEE 802.11-2020 § 19.3.12.2 (emphasis added) ("… correction matrices that can be applied at the transmit side of a STA to correct the amplitude and phase differences between the transmit and receive chains in the STA.").

Equation (19-69) confirms that the corrected, calibrated baseband-to-baseband channel used for the forward-channel transmission is the product of the beamformer's own correction matrix applied to the observed channel — the very processing this element requires.

> Using these expressions for the correction matrices, the calibrated baseband-to-baseband channel between STA A and STA B is expressed as shown in Equation (19-69).
>
> $$\hat{H}_{AB,k} = \tilde{H}_{AB,k}K_{A,k} = \alpha_{A,k}B_{RX,k}H_{AB,k}A_{RX,k} \qquad (19\text{-}69)$$

IEEE 802.11-2020 § 19.3.12.2, Eq. (19-69) (emphasis added) ("Using these expressions for the correction matrices, the calibrated baseband-to-baseband channel between STA A and STA B is expressed as shown in Equation (19-69).").

The corrected channel, in turn, is what each Accused Product uses to compute the steering matrix that is applied to the transmit signal on the forward channel to optimize reception at the associated station.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers.").

| | |
|---|---|
| | SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.

For SU-MIMO and DL MU-MIMO beamforming in RU $r$, the receive signal vector in subcarrier $k$ (where subcarrier $k$ is one of the subcarriers in RU $r$, $K_r$ is the set of used subcarrier indices in RU $r$, and $k \in K_r$) at beamformee $u$, $\mathbf{y}_{k,u} = [y_{k,0}, y_{k,1}, \ldots, y_{k,N_{RX_u}-1}]^T$, is shown in Equation (27-126), where $\mathbf{x}_k = [\mathbf{x}_{k,0}^T, \mathbf{x}_{k,1}^T, \ldots, \mathbf{x}_{k,N_{user,r}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user,r}$ beamformees, with $\mathbf{x}_{k,u} = [x_{k,0}, x_{k,1}, \ldots, x_{k,N_{STS,r,u}-1}]^T$ being the transmit signal for beamformee $u$.

$$\mathbf{y}_{k,u} = \mathbf{H}_{k,u} \times [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}] \times \mathbf{x}_k + \mathbf{n} \qquad (27\text{-}126)$$

where
$\mathbf{H}_{k,u}$ is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$

$N_{RX_u}$ is the number of receive antennas at beamformee $u$

$Q_{k,u}$ is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS,r,u}$

$N_{user,r}$ is the number of HE MU PPDU recipients (see Table 27-15) in RU $r$

$\mathbf{n}$ is a vector of additive noise and may include interference

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, \ldots, N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

IEEE 802.11ax-2021 § 27.3.16.1, Eq. (27-126) (emphasis added). |
| [20] The apparatus of claim 19, wherein the wherein the non-sounding packet from the second transceiver device includes a full | The non-sounding packet from the second transceiver device includes a full dimensional description of the forward channel.

Specifically, in compliance with the 802.11ax Standard, when the non-sounding packet from the second transceiver device carries SU or MU feedback, it is a matrix-valued ($Nr \times Nc$), per-subcarrier description |

Case 5:26-cv-00102-RWS     Document 1-20     Filed 07/30/26     Page 67 of 74 PageID #:
949

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

| dimensional description of the forward channel. | of the forward channel — "full dimensional" as against the Standard's own contrasting CQI-only feedback variant, discussed below, which carries no matrix at all. |
|---|---|
| | **9.4.1.65 HE Compressed Beamforming Report field**<br><br>The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.<br><br>IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices V for use by a transmit beamformer to determine steering matrices Q…").<br><br>The Standard's own three-way feedback taxonomy supplies the contrast: unlike SU/MU (matrix) feedback, the CQI-only report carries no matrix, only scalar per-RU average SNRs (the matrix-valued SU/MU feedback is the "full dimensional" variant this element requires).<br><br>**9.4.1.67 HE CQI Report field**<br><br>The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.<br><br>IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) ("The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested.").<br><br>The feedback type carried in any exchange (SU, MU, or CQI) follows the HE beamformer's solicitation, as indicated in the STA Info field's Feedback Type subfield; Velocity does not overclaim that every sounding exchange necessarily carries SU/MU (matrix) feedback rather than CQI-only feedback, only that the Standard requires the beamformee to support, and to use when solicited, the matrix-valued SU/MU feedback this element requires. |

| [22] The apparatus of claim 19, wherein the non-sounding packet from the first transceiver device includes a full dimensional description of the reverse channel. | The non-sounding packet from the first transceiver device includes a full dimensional description of the reverse channel. <br><br> Specifically, in compliance with the 802.11ax Standard, when the Accused Product's own outbound HE Compressed Beamforming/CQI frame carries SU or MU feedback, it is a matrix-valued ($Nr \times Nc$), per-subcarrier description of the reverse channel. <br><br> **9.4.1.65 HE Compressed Beamforming Report field** <br><br> The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3. <br><br> IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices V for use by a transmit beamformer to determine steering matrices Q…"). <br><br> As with the forward-channel description, the Standard's CQI-only feedback variant is the contrasting, non-matrix "partial" report, confirming that SU/MU (matrix) feedback is "full dimensional." <br><br> **9.4.1.67 HE CQI Report field** <br><br> The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link. <br><br> IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) ("The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested."). <br><br> The feedback type carried in the Accused Product's own outbound exchange (SU, MU, or CQI) follows the peer beamformer's solicitation, as indicated in the STA Info field's Feedback Type subfield; |

| | |
|---|---|
| | Velocity does not overclaim that every sounding exchange necessarily carries SU/MU (matrix) feedback rather than CQI-only feedback, only that the Standard requires the Accused Product, as beamformee, to support, and to use when solicited, the matrix-valued SU/MU feedback this element requires. |
| [24] The apparatus of claim 19, wherein the first calibration signal includes a request for both the non-sounding packet from the second transceiver device and a sounding packet from the second transceiver device. | The first calibration signal includes a request for both the non-sounding packet from the second transceiver device and a sounding packet from the second transceiver device.<br><br>No HE sounding protocol exchange requests both a sounding-packet response and a non-sounding-packet response from a single calibration signal; the standard text that literally fits a single calibration signal requesting both response types from the peer is the base standard's legacy HT calibration exchange. The TRQ subfield carried in the Calibration Start frame is the sounding-packet request prong:<br><br>**Table 9-16—Subfields of Link Adaptation Control subfield**<br><br>| Subfield | Meaning | Definition |<br>|---|---|---|<br>| TRQ | Training request | Set to 1 to request the responder to transmit a sounding PPDU. Set to 0 to indicate that the responder is not requested to transmit a sounding PPDU. See 10.34.2 and 10.36.2 |<br><br>IEEE 802.11-2020 § 9.2.4.6.2, Table 9-16 (emphasis added) ("Set to 1 to request the responder to transmit a sounding PPDU. Set to 0 to indicate that the responder is not requested to transmit a sounding PPDU."). |

This request is carried in a Calibration Start frame that the calibration initiator transmits with the TRQ field set to 1:

> STA A (the calibration initiator) shall transmit a Calibration Start frame (Calibration Position subfield set to 1) with the TRQ field in the HT Control field set to 1. This frame initiates a calibration procedure. It shall be a QoS Null frame with Normal Ack ack policy.

IEEE 802.11-2020 § 10.34.2.4.3 (emphasis added) ("STA A (the calibration initiator) shall transmit a Calibration Start frame (Calibration Position subfield set to 1) with the TRQ field in the HT Control field set to 1. This frame initiates a calibration procedure.").

The NDP variant of the same exchange requests both response types in a single Calibration Start frame, by setting the HT NDP Announcement subfield and the CSI/Steering subfield each to 1:

> NDP transmission within a calibration procedure follows the rules defined in 10.36.1. STA A transmits a Calibration Start frame (i.e., with the Calibration Position subfield set to 1) with the HT NDP Announcement subfield set to 1 and CSI/Steering subfield of the HT Control field set to 1. Only the current TXOP holder may set both the Calibration Position and HT NDP Announcement subfields to 1. This frame initiates a calibration

IEEE 802.11-2020 § 10.34.2.4.3 (emphasis added) ("STA A transmits a Calibration Start frame (i.e., with the Calibration Position subfield set to 1) with the HT NDP Announcement subfield set to 1 and CSI/Steering subfield of the HT Control field set to 1.").

The CSI/Steering=1 setting is the non-sounding-packet request prong: it obligates the responder to send back a CSI feedback report:

|  |  |
|---|---|
|  | When the MIMO channel measurements become available at STA B, STA B shall send one or more CSI frames that contain the CSI report (Step 2 in Figure 10-48). This CSI report shall have full precision, i.e, $Ng$=1 (no grouping) and $Nb$=3 (8 bits). In these CSI frames, the Calibration Sequence subfields in HT Control fields shall be set to the same value that is indicated in the Calibration Sounding Complete frame. These CSI frames<br><br>IEEE 802.11-2020 § 10.34.2.4.4 (emphasis added) ("STA B shall send one or more CSI frames that contain the CSI report.").<br><br>The same subclause also specifies a completion-timing benchmark for that CSI-report response, confirming that the calibration procedure treats the non-sounding-packet reply as due within a fixed, defined window measured from the request, rather than left to the responder's unbounded discretion: IEEE 802.11-2020 § 10.34.2.4.4 ("STA B should finish transmission of the first CSI frame within aMaxCSIMatricesReportDelay (in milliseconds) after the reception of the frame containing the CSI feedback request or HT NDP announcement."). |

Case 5:26-cv-00102-RWS    Document 1-20    Filed 07/30/26    Page 72 of 74 PageID #: 954

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,444,577

And the same HT NDP announcement independently triggers the calibration responder to transmit its own sounding NDP back — the sounding-packet request prong, confirmed:

A STA shall transmit an HT NDP as follows:

a) A SIFS after sending a PPDU that is an HT NDP announcement and that does not contain an MPDU that requires an immediate response.

b) A SIFS after receiving a correctly formed and addressed immediate response to a PPDU that is an HT NDP announcement and that contains an MPDU that requires an immediate response.

c) A SIFS after transmitting an HT NDP if the HT NDP announcement contains an ASEL Command subfield equal to TXASSI, TXASSI-CSI, or RXASSI and the ASEL Data subfield is equal to a value greater than 0 and if the number of HT NDPs sent before this one is less than the value in the ASEL Data subfield + 1.

NOTE 2—The total number of sent HT NDPs is equal to the value of in the ASEL Data subfield + 1.

d) A SIFS after receiving an HT NDP from a STA whose HT NDP announcement contained one or more +HTC frames with the Calibration Position subfield equal to 1, when the receiving STA supports transmitting sounding PPDUs for which more than one channel dimension can be estimated (i.e., more than one column of the MIMO channel matrix).

IEEE 802.11-2020 § 10.36.1 (emphasis added) ("A SIFS after receiving an HT NDP from a STA whose HT NDP announcement contained one or more +HTC frames with the Calibration Position subfield equal to 1, when the receiving STA supports transmitting sounding PPDUs for which more than one channel dimension can be estimated…").

The 802.11ax-2021 amendment's own HE PHY MIB further confirms that the calibration option this legacy exchange implements is carried forward as an attribute of the HE PHY itself, blunting any argument that legacy HT calibration falls outside Wi-Fi 6/6E:

| | |
|---|---|
| | <br><br>IEEE     802.11ax-2021     Table     27-53     (emphasis     added) ("dot11ImplicitTransmitBeamformingOptionImplemented… dot11CalibrationOptionImplemented…"). |
| [25] The apparatus of claim 19, wherein determining the first device correction matrix comprises: determining, at the first transceiver device, phase difference information regarding phase differences between (i) the description of the forward channel, and (ii) (a) the partial dimensional description of the reverse channel or (b) | Determining the first device correction matrix comprises determining, at the first transceiver device, phase difference information regarding phase differences between (i) the description of the forward channel, and (ii) the full dimensional description of the reverse channel; and determining the first device correction matrix based on the phase difference information. |

| the full dimensional description of the reverse channel; and determining the first device correction matrix based on the phase difference information. | The Standard's correction-matrix framework computes the correction matrix from both directions' channel estimates — the forward-channel description received from the peer and the first transceiver device's own reverse-channel estimate — the same two inputs this element requires: |
|---|---|

d) STA A uses its local estimates of $\tilde{H}_{BA,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices $K_{A,k}$.

NOTE 3—When a nonidentity matrix is used for $Q_{A,k}$, STA A is responsible for accounting for the spatial mapping in its local channel estimate as well as in the quantized CSI fed back since the channel feedback received in step c) is actually $\tilde{H}_{AB,k} Q_{A,k}$ and not $\tilde{H}_{AB,k}$. Furthermore, since $Q_{B,k}$ is defined in 19.3.13.3, additional steps might be taken in STA A to remove the effect of $Q_{B,k}$ when computing the correction matrix $K_{A,k}$.

Steps a) and b) occur over a short time interval to so the channel changes as little as possible between measurements. A similar procedure is used to estimate $K_{B,k}$ at STA B. The details of the computation of the correction matrices is implementation specific and beyond the scope of this standard.

IEEE 802.11-2020 § 19.3.12.2, step d) (emphasis added) ("STA A uses its local estimates of $\tilde{H}_{BA,k}$ and the quantized estimates of $\tilde{H}_{AB,k}$ received from STA B to compute the correction matrices KA,k.").

And the resulting correction matrices are diagonal, complex-valued matrices — consistent with (though not, on the Standard's own text, compelled to be) a phase-difference-based computation:

The correction matrices are diagonal matrices with complex valued diagonal entries. The reciprocity condition in Equation (19-66) is enforced when Equation (19-67) and Equation (19-68) are true.

IEEE 802.11-2020 § 19.3.12.2 (emphasis added) ("The correction matrices are diagonal matrices with complex valued diagonal entries.").

The '577 patent's own Equation 15 discloses a pure phase-difference computation for the correction matrix: [K_A,Tx]_kk = exp{j(∠[$\tilde{H}$_BA]_ki − ∠[$\tilde{H}$_AB]_ik)}, ∀i ('577 patent, col. 14).