# Exhibit 21

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

## U.S. PATENT NO. 8,265,573
### WIRELESS SUBSCRIBER COMMUNICATION UNIT AND METHOD OF POWER CONTROL WITH BACK-OFF THEREFORE

Velocity Communication Technologies, LLC ("Velocity") contends that at least the following claims of U.S. Patent No. 8,265,573 (the "'573 patent") identified below are infringed.

Accused Products: The Accused Products are all devices that practice the IEEE 802.11ax (Wi-Fi 6) standard ("802.11ax Standard") with the 6E extension, made, used, offered for sale, sold, and/or imported into the United States by Defendant(s), including but not limited to the "'573 Accused Products" specifically listed in the Complaint (collectively, the "Accused Products").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A wireless subscriber communication unit comprises a transmitter comprising: | Defendant makes, sells, offers to sell, imports, and/or uses a wireless subscriber communication unit comprising each and every limitation of the claim, and directly infringes the claim on at least these bases. *See, e.g.*, [1a]-[1c]. To the extent the preamble is limiting, the '573 Accused Products are devices that comprise a wireless subscriber communication unit [1a]-[1c]. <br><br> Additionally, and/or in the alternative, Defendant indirectly infringes the claim – for example. by actively inducing and/or contributing to third-party infringement (*e.g.*, infringement by Defendant Product end-users and/or third-party integrators). *See, e.g.*, [1a]-[1c].  Moreover, Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for |

---

[1] This analysis is preliminary and subject to amendment.  Velocity reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments.  Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics.  These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner.  The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Accused Products.  The chart provides exemplary evidence of Velocity's current infringement theory based on available information and is not intended as an expert report.  Velocity has prepared these contentions before obtaining discovery in this action.  Velocity expects the Defendant(s) and third parties will produce additional information regarding the Accused Products beyond what is publicly available.  Accordingly, Velocity reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

practicing the '573 patent into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '573 patent through the use of 802.11ax or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.

Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each element of the apparatus described in the claim is in the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims.

The Accused Products are wireless subscriber communication units that comprise a transmitter. In compliance with the 802.11ax Standard, the Accused Products are wireless subscriber communication units that include a transmitter for wireless communications. The 802.11ax Standard requires the Accused Products to comprise a transmitter capable of transmitting High Efficiency (HE) Trigger-Based (TB) Physical Layer Protocol Data Units (PPDUs) and other PPDU formats in response to instructions.

> An AP may solicit simultaneous HE TB PPDU transmissions or simultaneous non-HT or non-HT duplicate PPDU transmissions from multiple non-AP STAs using a triggering frame. Since there are multiple transmitters, pre-correction of transmission time, frequency, sampling symbol clock, and power (in the case of an HE TB PPDU) by the non-AP STAs is necessary to mitigate synchronization and interference issues at the AP. Frequency and sampling clock pre-corrections are needed to prevent inter-carrier interference. Power pre-correction is necessary to control interference between HE TB PPDU transmissions from the non-AP STAs. An AP may solicit simultaneous HE TB PPDU transmissions from both Class A and Class B devices. A non-AP STA that supports HE TB PPDU transmission shall support power pre-correction as described in 27.3.15.2 and shall meet the pre-correction accuracy requirements described in 27.3.15.3.

IEEE 802.11ax-2021 § 27.3.15.1 (emphasis added).

| | |
|---|---|
| | The Accused Products are wireless subscriber communication units comprising transmitters that transmit uplink data to access points and receive downlink data from access points within a wireless network infrastructure. |
| [1a] a power amplifier; and | The Accused Products' transmitters comprise a power amplifier. The Accused Products include a power amplifier as part of their transmitter circuitry to amplify radio frequency signals for wireless transmission. The 802.11ax Standard requires devices to transmit signals at specific power levels, which requires a power amplifier to boost the signal to the required transmission power. The Accused Products are required by the 802.11ax Standard to measure and control transmit power at the "transmit antenna connector," which is the output of the power amplifier stage. This measurement point confirms the presence of a power amplifier in Accused Products.<br><br>TX_PWR is the combined transmit power at the transmit antenna connector of all antennas in dBm and is set following the rules in 11.7.6 and, for transmission of HE TB PPDU, also following the rules in 27.3.15.2.<br><br>NOTE 1—The $TX\_PWR_{ref}$ is 4 dB higher for APs with more than 2 spatial streams because those APs typically have higher transmit power than other devices and the OBSS PD procedure is based on a relative reduction of power.<br><br>NOTE 2—A STA might adjust its OBSS PD level, provided that Equation (26-5) is satisfied. As an example, a non-AP HE STA might monitor the beacons transmitted by the AP to which it is associated, measure their RSSI, subtract a value of 25 dB (as an approximation to the required RSNI) to provide a candidate OBSS PD level, and if Equation (26-5) is satisfied, adjust its OBSS PD level to the candidate level.<br><br>IEEE 802.11ax-2021 § 26.10.2.4 (emphasis added).<br><br>The reference to power measurement "at the transmit antenna connector" demonstrates that the Accused Products include a power amplification stage that drives the antenna, as this is the point where the final amplified signal is measured before transmission. |

| | |
|---|---|
| | If a STA starts an OBSS PD SR transmit power restriction period with a chosen non-SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen non-SRG OBSS PD level using Equation (26-6) and the appropriate non-SRG parameters according to Table 26-11, for the transmissions of any PPDU that is not carrying a frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period. |
| | IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added). |
| [1b] a closed loop analog feedback power control loop having a power control function arranged to set an output power level of the power amplifier, | The Accused Products comprise a closed loop feedback power control loop having a power control function arranged to set an output power level of the power amplifier.  In compliance with the 802.11ax Standard the Accused Products implement multiple feedback power control loops.  These loops use feedback mechanisms to dynamically adjust the transmit power (output power level of the power amplifier) based on received signal measurements and network conditions.<br><br>In compliance with the 802.11ax Standard, the Accused Products comprise a closed loop analog feedback power control loop.  The 802.11ax Standard requires the Accused Products comprise a feedback power control loop wherein an access point (AP) schedules simultaneous uplink transmissions that it requires each non-AP station to use "[p]ower pre-correction . . . to control interference between HE TB PPDU transmissions."  802.11ax-2021 § 27.3.15.1.<br><br>An AP may solicit simultaneous HE TB PPDU transmissions or simultaneous non-HT or non-HT duplicate PPDU transmissions from multiple non-AP STAs using a triggering frame. Since there are multiple transmitters, pre-correction of transmission time, frequency, sampling symbol clock, and power (in the case of an HE TB PPDU) by the non-AP STAs is necessary to mitigate synchronization and interference issues at the AP. Frequency and sampling clock pre-corrections are needed to prevent inter-carrier interference. Power pre-correction is necessary to control interference between HE TB PPDU transmissions from the non-AP STAs. An AP may solicit simultaneous HE TB PPDU transmissions from both Class A and Class B devices. A non-AP STA that supports HE TB PPDU transmission shall support power pre-correction as described in 27.3.15.2 and shall meet the pre-correction accuracy requirements described in 27.3.15.3.<br><br>IEEE 802.11ax-2021 § 27.3.15.1 (emphasis added). |

Specifically, the Accused Products implement a power pre-correction mechanism that forms a closed feedback power control loop. The Accused Products receive signal power data in "Trigger Frames," which specify the AP's transmit power ($Tx_{pwr}^{AP}$) and a target receive power ($TargetRx_{pwr}$). The Accused Products measure the down-link receive power ($Rx_{pwr}$) and compute the uplink power with Equation 27-124 in the 802.11ax Standard—*i.e.*, $Tx_{pwr}^{STA} = PL_{DL} + TargetRx_{pwr}$, where $PL_{DL} = Tx_{pwr}^{AP} - Rx_{pwr}$. This calculation, where the receiver's measurement at time "n" determines the transmitter's power at time "n+1," constitutes a feedback power control loop.

> A STA transmits an HE TB PPDU at the STA's maximum transmit power for the assigned HE-MCS if the UL Target Receive Power subfield of the User Info field in the Trigger frame that solicits the HE TB PPDU or the UL Target Receive Power subfield of the TRS Control field of the frame that solicits a response in an HE TB PPDU indicates that the maximum transmit power be used.
>
> Otherwise, the STA calculates the transmit power, $Tx_{pwr}^{STA}$, of the HE TB PPDU for the assigned HE-MCS using Equation (27-124).
>
> $$Tx_{pwr}^{STA} = PL_{DL} + TargetRx_{pwr} \tag{27-124}$$

IEEE 802.11ax-2021 § 27.3.15.2 (emphasis added) (The feedback loop is a feedback power control loop. $Rx_{pwr}$ is a live measurement of the preceding frame, and the *Pwr* calculation feeds the transmit setting - the receiver's observation at time "n" determines the transmitter's power at time "n + 1.").

Another such closed loop analog feedback power control loop is implemented for spatial reuse through Overlapping Basic Service Set-Packet Detect (OBSS-PD) functions. OBSS-PD allows the Accused Products to adjust their transmit power based on interference from nearby Wi-Fi networks. The Accused Products monitor the signal strength of frames from overlapping networks (OBSS frames) and compare it to current thresholds to determine whether to reduce their own transmit power for subsequent transmissions. This process of measuring incoming signal power from OBSS transmissions and adjusting transmit power accordingly forms a closed loop analog feedback power control loop.

> If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 using a chosen SRG OBSS PD level, or following the procedure in 26.10.2.2 using a chosen non-SRG OBSS PD level, then the STA shall start an OBSS PD SR transmit power restriction period. This OBSS PD SR transmit power restriction period shall be terminated at the end of the TXOP that the STA gains once its backoff reaches zero.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

The Accused Products monitor the signal strength of OBSS frames and dynamically adjust the OBSS-PD threshold. The monitoring and adjustment of the power that packets are sent at creates a closed loop analog feedback power control loop where: (1) the Accused Products measure incoming OBSS signal power; (2) compare the OBSS signal power against current thresholds; (3) adjust the transmit power used by the Accused Products to transmit packets; and (4) the Accused Products monitor the results and make further adjustments to the power level used by the Accused Products to transmit packets. For example, the monitoring the incoming OBSS signal power is shown in the following excerpt from the 802.11ax Standard that is implemented by the Accused Products. When the Accused Products "ignore[] an inter-BSS PPDU," the Accused Products begin an OBSS-PD transmit-power-restriction period whose ceiling $TX\_PWR_{max}$ is derived from Equation 26-6 in the 802.11ax Standard.

> If a STA starts an OBSS PD SR transmit power restriction period with a chosen non-SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen non-SRG OBSS PD level using Equation (26-6) and the appropriate non-SRG parameters according to Table 26-11, for the transmissions of any PPDU that is not carrying a frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period.
>
> If a STA starts an OBSS PD SR transmit power restriction period with a chosen SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen SRG OBSS PD level using Equation (26-6) and the appropriate SRG parameters according to Table 26-12, for the transmissions of any PPDU that is not carrying a response frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

Because the $OBSS\_PD_{level}$ is selected from measurements of neighboring transmissions, these rules form a closed loop analog feedback power control loop in real time. The following excerpt from the 802.11ax Standard shows how the Accused Products adjust the transmit power in response to the power level of inter-BSS PPDUs.

A STA may have multiple ongoing OBSS PD SR transmit power restriction periods that overlap in time.

NOTE 2—The STA's transmit power is always equal to or lower than the minimum $TX\_PWR_{max}$ among all $TX\_PWR_{max}$ from ongoing OBSS PD SR transmit power restriction periods.

NOTE 3—Equation (26-6) is equivalent to the condition defined in Equation (26-5). The STA can derive $OBSS\_PD_{level}$ from its transmit power or can derive $TX\_PWR_{max}$ from $OBSS\_PD_{level}$.

$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases} \quad (26\text{-}6)$$

NOTE 4—Anytime, even if $TX\_PWR_{max}$ is unconstrained, the STA has to respect the transmit power restrictions defined in 11.7.6.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

The Accused Products also comprise a power control function, including Transmit Power Control (TPC) as described in the 802.11ax Standard, which is required for operation in the 5 GHz and 6 GHz bands. Specifically, the Accused Products implement Transmit-Power-Control (TPC) and the Transmit Power Envelop Functionality in the 802.11ax Standard. "This standard describes such a mechanism" to satisfy dynamic regulatory requirements in the 5 GHz and 6 GHz bands.

Regulations that apply to the 5 GHz band in most regulatory domains require RLANs operating in the 5 GHz band or 6 GHz band to use transmitter power control, involving specification of a regulatory maximum transmit power and a mitigation requirement for each allowed channel. This standard describes such a mechanism, referred to as *transmit power control (TPC)*.

IEEE 802.11ax-2021 § 11.7.1 (emphasis added).

In compliance with the 802.11ax Standard, the Accused Products manage output power through interactions between the MAC and PHY layers. The Transmit Power Envelope element (802.11ax-2021 § 9.4.2.161) is mandatory for Transmit Power Control in the 6 GHz band (802.11ax-2021 § 11.7.5). The Transmit Power Envelope element conveys regulatory and local maximum transmit power constraints for various configurations, specified per channel bandwidth (*e.g.*, 20, 40, 80, 160/80+80 MHz via EIRP limits) or per 20 MHz channel (via EIRP PSD limits), and includes specific interpretations and categories relevant to 6 GHz operation. The Accused Products use the Transmit Power Envelope constraints, along with general Transmit Power Control (802.11ax-2021 § 11.7), to determine the appropriate transmit power level for a given transmission.

If an AP, IBSS STA, or mesh STA is operating in the 6 GHz band, it shall include Transmit Power Envelope element(s) in Beacon and Probe Response frames as follows:

a) For each distinct combination of values of the Maximum Transmit Power Interpretation subfield and Maximum Transmit Power Category subfield that are supported by the BSS, IBSS, or MBSS, respectively, one Transmit Power Envelope element is included that indicates the regulatory client maximum transmit power for the STA's operating channel.

b) At a minimum, a regulatory client maximum transmit power is indicated where the Maximum Transmit Power Category subfield is set to 0 (Default). If different regulatory limits apply to different categories, the value of the limit advertised for Default category shall be the minimum of those limits.

c) If a local maximum transmit power is lower than a regulatory client maximum transmit power for the same combination of values of the Maximum Transmit Power Interpretation subfield and Maximum Transmit Power Category subfield, a Transmit Power Envelope element is included that indicates that local maximum transmit power.

d) Each Transmit Power Envelope element that is included indicates a power constraint for all channel widths supported by the BSS (if an EIRP constraint is advertised) or for all 20 MHz channels within the bandwidth of the BSS (if an EIRP PSD constraint is advertised).

IEEE 802.11ax-2021 § 11.7.5 (emphasis added).

The $OBSS\_PD_{level}$ is selected based on measurements of neighboring transmissions, and Equation 26-6 directly links this level to the maximum transmit power ($TX\_PWR_{max}$). This constitutes a power control function that sets the output power of the power amplifier in a closed feedback loop.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

| | |
|---|---|
| [1c] wherein the power control function performs a back-off of the output power level, in response to a back-off of a power level provided to the power amplifier, prior to completion of a transmission burst. | The power control function in the Accused Products performs a back-off of the output power level, in response to a back-off of a power level provided to the power amplifier, prior to completion of a transmission burst. Specifically, the Accused Products concentrate transmissions of multiple related frames (PPDUs) in scheduled bounded time windows (a data burst). The Accused Products in compliance with the 802.11ax Standard are required to transmit data in these concentrated defined bursts called Target Wake Time (TWT) Service Periods. The Accused Products transmit data during these concentrated bursts. The TWT SP data bursts concentrate transmission in a defined window. The 802.11ax Standard describes the function of the target wake time data burst as "concentrate[ing] the frame exchanges in predefined service periods." <br><br> Target wake time (TWT) allows an AP to manage activity in the BSS in order to minimize contention between STAs and to reduce the required amount of time that a STA utilizing a power management mode needs to be awake. This is achieved by allocating STAs to operate at nonoverlapping times and/or frequencies, and concentrate the frame exchanges in predefined service periods. <br><br> IEEE 802.11ax-2021 § 26.8.1 (emphasis added). <br><br> The Accused Products implement the TWT mechanism, which allows the Accused Products to set microsecond long periods to exchange frames. These short periods in which data is transmitted or received are known as a TWT SP. <br><br> individual target wake time (TWT): A specific time or set of times negotiated between two ~~for~~ individual stations (STAs) at which the STAs are expected to be awake in order to exchange frames with each other ~~STAs~~. <br><br> IEEE 802.11ax-2021 § 3.2 (emphasis added). |

During a single TWT SP data burst, the Accused Products transmit multiple sets of frames by obtaining multiple Transmit Opportunities (TXOPs).  Further, TWT SPs include multiple PPDUs inside the same burst window.

> A STA does not need to be aware of the values of TWT parameters of the TWT agreements of other STAs in the BSS of the STA or of TWT agreements of STAs in other BSSs. A STA does not need to be aware that a TWT service period (SP) is used to exchange frames with other STAs. Frames transmitted during a TWT SP are carried in any PPDU format supported by the pair of STAs that have established the TWT agreement corresponding to that TWT SP, including HE MU PPDU, HE TB PPDU, etc.

IEEE 802.11ax-2021 § 26.8.1 (emphasis added).

The Accused Products transmit a burst of data in a TWT SP.  The TWT SP has a finite interval with durational limits and specific burst boundaries (termination events).  These include a requirement that the transmission of the data "shall not exceed the duration of the TWT SP" and the TWT SP data burst shall end based on specific termination events that "terminates a TWT SP."

> A TWT responding STA that receives a PS-Poll frame or a U-APSD trigger frame or any other indication from a TWT requesting STA in PS mode, during or before an announced TWT SP but after the end of the most recent TWT SP, that the TWT requesting STA is in the awake state during the TWT SP shall follow the rules defined in 11.2.3.6, except that the TWT responding STA should deliver to the TWT requesting STA as many buffered BUs as are available at the TWT responding STA, provided that the BU delivery does not exceed the duration of the TWT SP, the TWT requesting STA has indicated that it is in the awake state for that TWT SP, and the TWT requesting STA has not entered the doze state (see 26.8.4.2 and 26.8.5).

IEEE 802.11ax-2021 § 26.8.1 (emphasis added).

Further, the 802.11ax Standard requires that the Accused Products transmit data in TWT SP data bursts lasting at most a 1/10 of a second.  Typically, a TWT SP data burst will last 5-30 milliseconds.  For context, 30 milliseconds is 6 times faster than a blink of an eye (which takes about 150-200ms).  The Accused Products perform a back-off of the output power prior to the completion of a TWT SP when

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 12 of 79 PageID #: 968

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

they reduce their transmit power for a subsequent TXOP within that same TWT SP.  This power reduction is performed by the OBSS-PD spatial reuse mechanism, which is a power control function. When the Accused Products detect interference from an overlapping network, the 802.11ax Standard requires the Accused Products to ignore the interfering transmission and transmit concurrently.  When this occurs, the Accused Products must enter an "OBSS PD SR transmit power restriction period."

> **26.10.2.5 OBSS PD SR transmit power restriction period**
>
> If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 using a chosen SRG OBSS PD level, or following the procedure in 26.10.2.2 using a chosen non-SRG OBSS PD level, then the STA shall start an OBSS PD SR transmit power restriction period. This OBSS PD SR transmit power restriction period shall be terminated at the end of the TXOP that the STA gains once its backoff reaches zero.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

During this restriction period, the output power is backed off to a level equal to or lower than $TX\_PWR_{max}$, as calculated by Equation 26-6.

> If a STA starts an OBSS PD SR transmit power restriction period with a chosen non-SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen non-SRG OBSS PD level using Equation (26-6) and the appropriate non-SRG parameters according to Table 26-11, for the transmissions of any PPDU that is not carrying a frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

The Accused Products perform this back-off of the output power prior to completion of a single transmission burst (TWT SP) as follows:

1. The Accused Product transmits data during a first TXOP (TXOP1) at a normal power level ($TX\_PWR_{max}$) within an active TWT SP transmission burst. The "normal power level" is the default, unconstrained transmit power used before any spatial reuse restrictions are triggered. "The TWT responding STA and the TWT requesting STA exchange frames during the TWT SP." 802.11ax-2021 § 26.8.2 (this establishes that frame exchanges (which happen in TXOPs) occur within a TWT SP).

2. While still within the same TWT SP transmission burst, the Accused Product detects an inter-BSS PPDU and decides to perform spatial reuse, thereby triggering the start of an OBSS PD SR transmit power restriction period. This constitutes the beginning of the power back-off. Detecting and ignoring a transmission from a nearby network (an inter-BSS PPDU) causes the Accused Products to enter a power restriction period. This can occur during a TWT SP transmission burst, between Transmit Opportunities (TX OPs). "If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 . . . then the STA shall start an OBSS PD SR transmit power restriction period." 802.11ax-2021 § 26.10.2.5.

3. The Accused Product receives a second TXOP (TXOP2). This TXOP2 occurs *after* TXOP1 but within the same TWT SP transmission burst. Because the Accused Product is in the power restriction period, the transmission during TXOP2 is performed at the reduced *TX_PWRmax* level. "The TWT responding STA that intends to schedule for transmission additional Trigger frames during a trigger-enabled TWT SP shall set the More TF subfield in the Common Info field of the Trigger frame to 1 to indicate that it will schedule for transmission another Trigger frame within the same TWT SP." 802.11ax-2021 § 26.8.2.

Because TXOP2 occurs at a reduced power level before the TWT SP transmission burst has finished, the Accused Products perform a back-off of the output power prior to the completion of the transmission burst. The power restriction period can be triggered by multiple overlapping events, in which case the device adheres to the most restrictive (lowest) power ceiling.

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 14 of 79 PageID #: 970

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

| | |
|---|---|
| | A STA may have multiple ongoing OBSS PD SR transmit power restriction periods that overlap in time.<br><br>NOTE 2—The STA's transmit power is always equal to or lower than the minimum $TX\_PWR_{max}$ among all $TX\_PWR_{max}$ from ongoing OBSS PD SR transmit power restriction periods.<br><br>NOTE 3—Equation (26-6) is equivalent to the condition defined in Equation (26-5). The STA can derive $OBSS\_PD_{level}$ from its transmit power or can derive $TX\_PWR_{max}$ from $OBSS\_PD_{level}$.<br><br>$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} & (26\text{-}6) \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases}$$<br><br>NOTE 4—Anytime, even if $TX\_PWR_{max}$ is unconstrained, the STA has to respect the transmit power restrictions defined in 11.7.6.<br><br>IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).<br><br>This back-off is performed by the power control function and precedes the very end of the transmission burst. |
| [2] The wireless subscriber communication unit according to claim 1 wherein the back-off of the output power level is initiated by the power control function a specified time before initiating a ramp-down process. | The Accused Products comprise a wireless subscriber communication unit according to claim 1 wherein the back-off of the output power level is initiated by the power control function a specified time before initiating a ramp-down process. Specifically, as established for claim 1, the Accused Products implement a power control function (the OBSS-PD spatial reuse mechanism) that performs a back-off of the output power level during a transmission burst (a TWT SP). This back-off is initiated at a specified time before the ramp-down process that concludes the transmission burst.<br><br>The "ramp-down process" is the termination of the transmission burst. The 802.11ax Standard specifies distinct "TWT SP termination events" that conclude the TWT SP data burst. These events, which effectively ramp down the transmission activity, include the receipt of a frame with the End of Service Period (EOSP) subfield set to 1 or a frame with the More Data field set to 0. |

> A TWT requesting STA or a TWT scheduled STA shall classify any of the following events as a TWT SP termination event:
>
> a) The transmission by the TWT requesting STA of an acknowledgment in response to an individually addressed QoS Data or QoS Null frame sent by the TWT responding STA that had the EOSP subfield equal to 1.
>
> b) The transmission by the TWT scheduled STA of an acknowledgment in response to an individually addressed QoS Data or QoS Null frame sent by the TWT scheduling AP that had the EOSP subfield equal to 1.
>
> c) The transmission by the TWT requesting STA of an acknowledgment in response to an individually addressed frame that is neither a QoS Data frame nor a QoS Null frame, but that was sent by the TWT responding STA with the More Data field equal to 0.

IEEE 802.11ax-2021 § 26.8.5 (emphasis added).

The back-off of the output power level is initiated at a "specified time" before this ramp-down process. The power control function (OBSS-PD) initiates the back-off when the Accused Product ignores an interfering transmission from an overlapping network. This event is specified by the 802.11ax Standard and triggers a power restriction period for subsequent transmissions within the same data burst.

> **26.10.2.5 OBSS PD SR transmit power restriction period**
>
> If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 using a chosen SRG OBSS PD level, or following the procedure in 26.10.2.2 using a chosen non-SRG OBSS PD level, then the STA shall start an OBSS PD SR transmit power restriction period. This OBSS PD SR transmit power restriction period shall be terminated at the end of the TXOP that the STA gains once its backoff reaches zero.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

A single transmission burst (TWT SP) can contain multiple distinct frame exchanges (TXOPs). The OBSS-PD back-off can be initiated between any of these exchanges. For example, the Accused Product can transmit during a first TXOP at a normal power level, then detect and ignore an inter-BSS PPDU

| | |
|---|---|
| | (initiating the power back-off at this specified time), and then transmit during a second TXOP at the reduced power level. This all occurs before the final TWT SP termination event (the ramp-down process).  The time between the initiation of the power back-off and the eventual ramp-down of the TWT SP constitutes the "specified time before" the ramp-down process.  The 802.11ax Standard confirms that a single TWT SP may contain multiple Trigger frames, each initiating a frame exchange, demonstrating that the power back-off event can occur well before the final ramp-down of the entire burst.<br><br>The TWT responding STA of a trigger-enabled TWT agreement shall schedule for transmission a Trigger frame for the TWT requesting STA, as described in 26.5.2, within each TWT SP for that TWT agreement, except that the Trigger frame may be replaced by a frame carrying a TRS Control subfield, provided that the frame is carried in a DL MU PPDU and the AP allocates enough resources in the HE TB PPDU for the STA to at least deliver its BSRs in response to the soliciting DL MU PPDU. The TWT responding STA should solicit buffer status reports from the TWT requesting STA at the start of the TWT SP following the procedure described in 26.5.5 or as described in 26.5.7. The TWT responding STA that intends to schedule for transmission additional Trigger frames during a trigger-enabled TWT SP shall set the More TF subfield in the Common Info field of the Trigger frame to 1 to indicate that it will schedule for transmission another Trigger frame within the same TWT SP. The TWT responding STA shall set the More TF subfield to 0 when the Trigger frame is the last scheduled Trigger frame of the TWT SP or when the Trigger frame is scheduled for transmission outside of a TWT SP.<br><br>IEEE 802.11ax-2021 § 26.8.2 (emphasis added).<br><br>Because the OBSS-PD power back-off is initiated at the specified time that an inter-BSS PPDU is ignored, and this event can occur during a TWT SP prior to the final frame exchange and subsequent termination (ramp-down) of that TWT SP, the Accused Products initiate the power back-off a specified time before initiating the ramp-down process. |
| [3] The wireless communication unit according to claim 2, wherein the power control | The Accused Products comprise a wireless communication unit according to claim 2, wherein the power control function varies the specified time on a per burst basis.  Specifically, the Accused Products implement a power control function (the OBSS-PD spatial reuse mechanism) that initiates a power back-off during a transmission burst (a TWT SP) at a "specified time" before the ramp-down process |

| | |
|---|---|
| function varies the specified time on a per burst basis. | (the termination of the TWT SP). This "specified time" varies on a per-burst basis. The "specified time" is the duration between two events: (1) *Initiation of Power Back-Off* and (2) *Initiation of Ramp-Down.* The timing of both events is variable from one burst to another, making the duration between them inherently variable.<br><br>*First,* the power back-off is triggered by detecting and ignoring a transmission from a nearby, uncoordinated Wi-Fi network (an OBSS). These transmissions are asynchronous and unpredictable relative to the Accused Product's scheduled TWT SPs. An interfering transmission may occur early in a TWT SP, late in the TWT SP, multiple times, or not at all.<br><br>**26.10.2.5 OBSS PD SR transmit power restriction period**<br><br>If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 using a chosen SRG OBSS PD level, or following the procedure in 26.10.2.2 using a chosen non-SRG OBSS PD level, then the STA shall start an OBSS PD SR transmit power restriction period. This OBSS PD SR transmit power restriction period shall be terminated at the end of the TXOP that the STA gains once its backoff reaches zero.<br><br>IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).<br><br>Because the triggering of the power back-off depends on the random timing of transmissions from other networks, the start point of the "specified time" is variable on a per-burst basis.<br><br>*Second,* the duration of the TWT SP transmission burst is not fixed. While it has a nominal duration, it can be terminated early by various "TWT SP termination events," such as the AP indicating there is no more data to send. The amount of data to be transmitted during any given burst is variable, depending on application needs and network traffic. |

> A TWT requesting STA or a TWT scheduled STA shall classify any of the following events as a TWT SP termination event:
>
> a) The transmission by the TWT requesting STA of an acknowledgment in response to an individually addressed QoS Data or QoS Null frame sent by the TWT responding STA that had the EOSP subfield equal to 1.
>
> b) The transmission by the TWT scheduled STA of an acknowledgment in response to an individually addressed QoS Data or QoS Null frame sent by the TWT scheduling AP that had the EOSP subfield equal to 1.
>
> c) The transmission by the TWT requesting STA of an acknowledgment in response to an individually addressed frame that is neither a QoS Data frame nor a QoS Null frame, but that was sent by the TWT responding STA with the More Data field equal to 0.

IEEE 802.11ax-2021 § 26.8.5 (emphasis added).

A TWT SP with a large amount of data will last longer than a TWT SP with a small amount of data, which will be terminated early with a frame containing EOSP=1 or More Data=0. Therefore, the end point of the "specified time" (the ramp-down process) is also variable on a per-burst basis. Since both the start time (initiation of back-off) and the end time (ramp-down of the burst) of the "specified time" interval depend on dynamic, unpredictable network and traffic conditions, the duration of this interval necessarily varies on a per-burst basis. For one burst, the back-off might be initiated 2ms into a 10ms burst, resulting in a specified time of 8ms. For a subsequent burst, no interference may be detected, so no back-off occurs and the specified time is effectively zero. For a third burst, interference may be detected 5ms into a burst that terminates early at 7ms, resulting in a specified time of 2ms. Therefore, the Accused Products' power control function varies the specified time on a per-burst basis.

| | |
|---|---|
| [4] The wireless subscriber communication unit according to claim 3 wherein the specified time ranges between 1 μsec and 8 μsec. | The Accused Products are wireless subscriber communication units of claim 3 wherein the specified time ranges between 1 μsec and 8 μsec. As described above (*see* Claims 1-3), the Accused Products implement a power control function (e.g., the PHY transmit state machine) to initiate a power back-off a specified time (e.g., Packet Extension duration or Signal Extension duration) before initiating a ramp-down process, varying that time on a per-burst basis. Specifically, in compliance with the 802.11ax Standard, the Accused Products implement specific time intervals that occur immediately prior to the ramp-down process (the transition from transmit to receive state). These intervals, which constitute the |

| | |
|---|---|
| | "specified time" defined in Claims 2 and 3, are the Packet Extension (PE) and the Signal Extension, both of which take values within the claimed range of 1 μsec to 8 μsec.<br><br>*First*, the Accused Products set Packet Extension (PE) Values including values at 4 μs and 8 μs. The 802.11ax Standard defines the Packet Extension (TPE) field, which is appended to the end of an HE PPDU transmission burst immediately before the ramp-down. The 802.11ax Standard mandates that the duration of the TPE field may take a value of 4 μs or 8 μs (within the claimed range).<br><br>The duration of the PE field, $T_{PE}$, may take a value of 0, 4, 8, 12, or 16 μs. $T_{PE}$ for an HE SU, HE ER SU, or HE MU PPDU shall not be less than $T_{PE,nominal}$. $T_{PE}$ for an HE SU, HE ER SU, or HE MU PPDU should be equal to $T_{PE,nominal}$ to minimize the packet extension overhead. Figure 27-43 and Figure 27-44 show examples of the PE field duration in an HE SU PPDU or HE ER SU PPDU without midambles if the TXVECTOR parameter NOMINAL_PACKET_PADDING is 8 μs and 16 μs, respectively, and $T_{PE} = T_{PE,nominal}$. STBC is not used in these examples.<br><br>IEEE 802.11ax-2021 § 27.3.13 (emphasis added).<br><br>The TPE is a "specified time" calculated dynamically per burst (as shown in Claim 3 analysis) based on the pre-FEC padding factor and the NOMINAL_PACKET_PADDING parameter. The PHY Transmit State Machine explicitly waits for this duration before switching to the RX state (initiating the ramp-down). |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573



IEEE 802.11ax-2021 § 27.3.21, Figure 27-58 (PHY transmit state machine) (emphasis added).

Second, the Accused Products utilize a signal extension value which is set at 6 μs   When the Accused Products operate in the 2.4 GHz band, the 802.11ax Standard mandates a Signal Extension period of 6 μs, which falls within the specified time range between 1 μsec and 8 μsec.  This specified time period occurs immediately after the PPDU and Packet Extension, prior to the ramp-down.

|  |  |
|---|---|
|  | **Table 27-54—HE PHY characteristics**<br><br>| Characteristic | Value |<br>|---|---|<br>| aTxPHYDelay | Implementation dependent |<br>| aRxPHYDelay | Implementation dependent |<br>| aSignalExtension | 0 µs if operating in the 5 GHz or 6 GHz band<br>6 µs if operating in the 2.4 GHz band |<br><br>IEEE 802.11ax-2021 Table 27-54 (HE PHY characteristics) (emphasis added).<br><br>The Accused Products utilize specified times (Packet Extension values of 4 µs or 8 µs, and Signal Extension values of 6 µs) that range between 1 µsec and 8 µsec before initiating the ramp-down process. |
| [5] The wireless subscriber communication unit according to claim 2 wherein the power control function performs the back-off of the output power level prior to completion of the transmission burst for a subset of a range of output power levels. | The Accused Products comprise a wireless subscriber communication unit according to claim 2 wherein the power control function performs the back-off of the output power level for a subset of a range of output power levels.<br><br>In compliance with the 802.11ax Standard, the Accused Products implement a power control function (OBSS-PD-based spatial reuse) that conditionally applies a power back-off.  This back-off is not applied to all transmission scenarios but is calculated and applied specifically when the device elects to ignore an inter-BSS PPDU, resulting in a restricted "subset" of allowable output power levels defined by the variable $TX\_PWR_{max}$.  The Accused Products calculate a restricted transmit power limit using Equation 26-6.  This calculation defines a specific subset of power levels (those equal to or lower than $TX\_PWR_{max}$) that the device is permitted to use during the restriction period. The 802.11ax Standard explicitly defines the range of output power levels where back-off is performed versus when power is "unconstrained."<br><br>Specifically, the Accused Products perform the back-off only when the Overlapping Basic Service Set Packet Detect ($OBSS\_PD$) level falls within a specific range ($OBSS\_PD_{min} < OBSS\_PD_{level} \leq$ |

$OBSS\_PD_{max}$). If the $OBSS\_PD_{level}$ is less than or equal to the minimum threshold, the output power level is "unconstrained," meaning no back-off is performed. Therefore, the power control function performs the back-off only for a *subset* of the operating conditions (where interference is detected above the minimum threshold) and restricts transmission to a *subset* of the available output power range (levels $\leq TX\_PWR_{max}$).

The 802.11ax Standard confirms this conditional application of the back-off to a subset of power levels:

NOTE 3—Equation (26-6) is equivalent to the condition defined in Equation (26-5). The STA can derive $OBSS\_PD_{level}$ from its transmit power or can derive $TX\_PWR_{max}$ from $OBSS\_PD_{level}$.

$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} & (26\text{-}6) \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases}$$

IEEE 802.11ax-2021 § 26.10.2.5.

The calculation $TX\_PWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min})$ represents the mathematical execution of the back-off, reducing the power from the reference level. By stipulating that this back-off occurs only when $OBSS\_PD_{level} > OBSS\_PD_{min}$, and leaving power "unconstrained" otherwise, the Accused Products perform the back-off for a subset of the range of output power levels (the restricted range) based on the subset of environmental conditions defined by the equation.

Furthermore, this back-off occurs prior to the completion of the transmission burst (the TWT SP or TXOP), as established in Claim 1 and Claim 2, because the restriction applies "until the end of the OBSS PD SR transmit power restriction period," which is terminated at the end of the TXOP the STA gains.

|  |  |
|---|---|
|  | If a STA starts an OBSS PD SR transmit power restriction period with a chosen non-SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen non-SRG OBSS PD level using Equation (26-6) and the appropriate non-SRG parameters according to Table 26-11, for the transmissions of any PPDU that is not carrying a frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period.<br><br>IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).<br><br>By restricting the transmit power to be "equal to or lower than" the calculated $TX\_PWR_{max}$ during the restriction period, the Accused Products utilize a "subset of a range of output power levels" (the range from the minimum transmit power up to $TX\_PWR_{max}$) rather than the full range of power levels the device is physically capable of producing (which would extend up to the regulatory maximum or hardware maximum). |
| [6] The wireless communication unit according to claim 2, wherein the power control function performs the back-off of the output power level varied on a per burst basis. | The Accused Products are wireless subscriber communication units according to claim 2, wherein the power control function performs the back-off of the output power level varied on a per burst basis. Specifically, the Accused Products implement a power control function (specifically the OBSS-PD spatial reuse mechanism and Uplink Power Control) that performs a back-off of the output power level. In compliance with the 802.11ax Standard, this back-off is not static; it is calculated dynamically and varies on a per-burst (per TWT SP or TXOP) basis depending on real-time RF environment conditions and instructions from the Access Point.<br><br>Specifically, the 802.11ax Standard requires that the Accused Products adjust their transmit power limit ($TX\_PWR_{max}$) based on the signal strength of interfering frames (OBSS PPDUs) detected at the start or during a transmission burst. Because the interference environment changes over time, the magnitude of the power back-off varies for each distinct transmission burst. |

**26.10.2.4 Adjustment of OBSS PD and transmit power**

If using OBSS PD-based spatial reuse, an HE STA shall maintain an OBSS PD level and may adjust this OBSS PD level in conjunction with its transmit power and a value, *PPDU_BW*, derived from the received PPDU. The adjustment shall be made in accordance with Equation (26-5).

$$OBSS\_PD_{level} \leq max(OBSS\_PD_{min}, min(OBSS\_PD_{max}, OBSS\_PD_{min} + (TX\_PWR_{ref} - TX\_PWR))) + \log 10(PPDU\_BW / 20 \text{ MHz}) \tag{26-5}$$

where *PPDU_BW* is determined by Table 26-10 using the following RXVECTOR parameter of the received PPDU:

— CH_BANDWIDTH if present
— CH_BANDWIDTH_IN_NON_HT if present and if CH_BANDWIDTH is not present
— DATARATE if neither CH_BANDWIDTH nor CH_BANDWIDTH_IN_NON_HT is present

IEEE 802.11ax-2021 § 26.10.2.4 (emphasis added).

The back-off level is mathematically tied to the chosen OBSS PD level (the threshold used to detect interference). As the Accused Product selects different OBSS PD levels to ignore different interference events during different bursts, the required power back-off changes:

$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} & (26\text{-}6) \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases}$$

NOTE 4—Anytime, even if *TX_PWR_{max}* is unconstrained, the STA has to respect the transmit power restrictions

IEEE 802.11ax-2021 § 26.10.2.5, Equation (26-6) (emphasis added).

This creates a variable back-off: if interference is high in Burst A, the STA selects a higher OBSS PD level to ignore it, resulting in a larger power back-off (lower *TX_PWR_{max}*). If interference is lower or absent in Burst B, the back-off is reduced/eliminated. Thus, the back-off is varied on a per-burst basis.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

| | |
|---|---|
| | Tor Uplink Multi-User bursts initiated by a Trigger Frame (identified as transmission bursts in Claim 2), the Accused Products vary the output power level on a per-burst basis based on explicit instructions in the Trigger Frame. Each Trigger Frame initiates a specific burst (HE TB PPDU) and contains a "UL Target Receive Power" field. The Accused Product calculates the specific output power for *that specific burst* based on this target.\ <br><br> A STA transmits an HE TB PPDU at the STA's maximum transmit power for the assigned HE-MCS if the UL Target Receive Power subfield of the User Info field in the Trigger frame that solicits the HE TB PPDU or the UL Target Receive Power subfield of the TRS Control field of the frame that solicits a response in an HE TB PPDU indicates that the maximum transmit power be used. <br><br> Otherwise, the STA calculates the transmit power, $Tx_{pwr}^{STA}$, of the HE TB PPDU for the assigned HE-MCS using Equation (27-124). <br><br> $$Tx_{pwr}^{STA} = PL_{DL} + TargetRx_{pwr} \qquad (27\text{-}124)$$ <br> where <br> $PL_{DL}$ is the DL pathloss <br> $TargetRx_{pwr}$ is the expected receive signal power, in units of dBm, as indicated by the UL Target Receive Power subfield in the User Info field in the Trigger frame or by the UL Target Receive Power subfield in the TRS control field <br><br> IEEE 802.11ax-2021 § 27.3.15.2 (emphasis added). <br><br> Since the Access Point can change the target receive power or the required MCS (Modulation and Coding Scheme) for each scheduled TWT Service Period (burst), the power control function in the Accused Products performs a back-off that is varied on a per-burst basis. |
| [7] The wireless subscriber communication unit according to claim 2 wherein the back-off of the output power level ranges between 0.1 dB and 0.5 dB. | The Accused Products are wireless subscriber communication units according to claim 2 wherein the back-off of the output power level ranges between 0.1 dB and 0.5 dB. In compliance with the 802.11ax Standard, the Accused Products calculate and apply power back-offs with a granularity that includes the range of 0.1 dB to 0.5 dB. This occurs specifically through the Overlapping Basic Service Set-Packet Detect (OBSS-PD) spatial reuse mechanism and the Transmit Power Envelope element constraints. The 802.11ax Standard defines a linear relationship between the adjustment of the packet |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

detection threshold ($OBSS\_PD_{level}$) and the maximum transmit power ($TX\_PWR_{max}$). Equation 26-6 in the Standard dictates that for every dB the detection threshold is raised (to ignore stronger interference), the transmit power must be backed off by the same amount.

$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} & (26\text{-}6) \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases}$$

NOTE 4—Anytime, even if $TX\_PWR_{max}$ is unconstrained, the STA has to respect the transmit power restrictions

IEEE 802.11ax-2021 § 26.10.2.5, Equation (26-6) (emphasis added).

The Accused Products measure the Received Signal Strength Indicator (RSSI) of interfering signals to determine the necessary $OBSS\_PD_{level}$. Because RSSI values and the $OBSS\_PD_{level}$ selection can vary by fractions of a decibel, the resulting back-off calculation for $TX\_PWR_{max}$ inherently includes values between 0.1 dB and 0.5 dB.

For example, if an Accused Product detects an OBSS preamble at a signal level 0.3 dB above the minimum threshold ($OBSS\_PD_{min}$), it adjusts its $OBSS\_PD_{level}$ upwards by 0.3 dB to ignore that packet. To satisfy Equation 26-6, the Accused Product must back off its output power ($TX\_PWR$) by exactly 0.3 dB. This 0.3 dB back-off falls squarely within the claimed range of 0.1 dB and 0.5 dB.



NOTE 2—A STA might adjust its OBSS PD level, provided that Equation (26-5) is satisfied. As an example, a non-AP HE STA might monitor the beacons transmitted by the AP to which it is associated, measure their RSSI, subtract a value of 25 dB (as an approximation to the required RSNI) to provide a candidate OBSS PD level, and if Equation (26-5) is satisfied, adjust its OBSS PD level to the candidate level.

The adjustment rule is illustrated in Figure 26-11.

IEEE 802.11ax-2021 § 26.10.2.4 (indicating dynamic adjustment based on measured RSSI) (emphasis added).

Additionally, the Accused Products implement Transmit Power Control (TPC) via the Transmit Power Envelope element. The 802.11ax Standard explicitly mandates that the fields defining these power limits use a 0.5 dB step. Consequently, when an Accused Product adjusts its power limit from one step to the next adjacent step based on this element, the back-off is exactly 0.5 dB, which is within the claimed range.

| | |
|---|---|
| | Local Maximum Transmit Power For *X* MHz subfields (where *X* = 20, 40, 80, or 160/80+80) define the local maximum transmit power limit of *X* MHz PPDUs, except for an HE TB PPDU where *X* MHz is the bandwidth of the pre-HE modulated fields of the HE TB PPDU transmitted by a STA. Each Local Maximum Transmit Power For *X* MHz subfield is encoded as an 8-bit 2s complement signed integer in the range −64 dBm to 63 dBm with a 0.5 dB step. Setting this field to 63.5 dBm indicates 63.5 dBm or higher (i.e., no local maximum transmit power constraint). |
| | IEEE 802.11ax-2021 § 9.4.2.161 (emphasis added).<br><br>Therefore, the Accused Products perform power back-offs of 0.5 dB (via TPC) and back-offs such as 0.1 dB, 0.2 dB, 0.3 dB, etc. (via the continuous calculation in OBSS-PD), satisfying the limitation of a back-off ranging between 0.1 dB and 0.5 dB. |
| [8] The wireless subscriber communication unit according to claim 1 wherein the power control function performs the back-off of the output power level prior to completion of a transmission burst for a subset of a range of output power levels. | The Accused Products comprise a wireless subscriber communication unit according to claim 1 wherein the power control function performs the back-off of the output power level prior to completion of a transmission burst for a subset of a range of output power levels. Specifically, the Accused Products transmit data in transmission bursts (TWT SPs) and implement a power control function (OBSS-PD-based spatial reuse) that performs a back-off of the output power level. This back-off is performed for a subset of a range of output power levels determined by specific interference thresholds.<br><br>In compliance with the 802.11ax Standard, the Accused Products support a range of output power levels defined by the regulatory maximum transmit power and the local maximum transmit power capabilities of the device. The 802.11ax Standard requires devices to select transmit power within these constraints. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

**11.7.6 Transmit power selection**

*Change 11.7.6 as follows:*

A STA may select any transmit power for transmissions in a channel within the following constraints:

— A STA shall determine a regulatory maximum transmit power and a local maximum transmit power for a channel in the current regulatory domain before transmitting in the channel.

— An AP shall use a transmit power less than or equal to the regulatory maximum transmit power level for the channel. The AP shall also meet any regulatory mitigation requirement.

— A non-AP STA shall use a transmit power less than or equal to the minimum or the local maximum transmit power level and regulatory client maximum transmit power for the channel.

IEEE 802.11ax-2021 § 11.7.6 (emphasis added).

The power control function (OBSS-PD) performs the back-off only for a subset of this range. Specifically, the back-off calculation (Equation 26-6) generates a restricted power ceiling ($TX\_PWR_{max}$) only when the detected interference level ($OBSS\_PD_{level}$) falls within a specific subset of values defined by $OBSS\_PD_{min}$ and $OBSS\_PD_{max}$.

NOTE 2—The STA's transmit power is always equal to or lower than the minimum $TX\_PWR_{max}$ among all $TX\_PWR_{max}$ from ongoing OBSS PD SR transmit power restriction periods.

NOTE 3—Equation (26-6) is equivalent to the condition defined in Equation (26-5). The STA can derive $OBSS\_PD_{level}$ from its transmit power or can derive $TX\_PWR_{max}$ from $OBSS\_PD_{level}$.

$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} & (26\text{-}6) \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases}$$

NOTE 4—Anytime, even if $TX\_PWR_{max}$ is unconstrained, the STA has to respect the transmit power restrictions defined in 11.7.6.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

When the condition $OBSS\_PD_{level} \leq OBSS\_PD_{min}$ is met, the power is "unconstrained" (meaning it can utilize the full range allowed by 11.7.6). However, when the condition $OBSS\_PD_{max} \geq OBSS\_PD_{level} >$

Page 28 of 78

| | |
|---|---|
| | $OBSS\_PD_{min}$ is met, the power control function performs a back-off to a specific $TX\_PWR_{max}$. This calculation effectively defines a subset of the output power range (values $\leq TX\_PWR_{max}$) that must be used during the spatial reuse operation. If the STA intended to transmit at a power level in the upper subset of its range (above $TX\_PWR_{max}$), the power control function performs the back-off to limit the power to the allowed subset. This back-off occurs prior to the completion of the transmission burst (TWT SP) because it applies to "transmissions of any PPDU... until the end of the OBSS PD SR transmit power restriction period," which is triggered by the detection of an inter-BSS PPDU during the burst.<br><br>**26.10.2.5 OBSS PD SR transmit power restriction period**<br><br>If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 using a chosen SRG OBSS PD level, or following the procedure in 26.10.2.2 using a chosen non-SRG OBSS PD level, then the STA shall start an OBSS PD SR transmit power restriction period. This OBSS PD SR transmit power restriction period shall be terminated at the end of the TXOP that the STA gains once its backoff reaches zero.<br><br>If a STA starts an OBSS PD SR transmit power restriction period with a chosen non-SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen non-SRG OBSS PD level using Equation (26-6) and the appropriate non-SRG parameters according to Table 26-11, for the transmissions of any PPDU that is not carrying a frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period.<br><br>IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).<br><br>The back-off is not applied to the entire range of output power levels blindly; it is applied conditionally to restrict operation to a subset of the range based on the calculated $TX\_PWR_{max}$. |
| [9] The wireless communication unit according to claim 1, wherein the power control function performs the back- | The Accused Products comprise a wireless subscriber communication unit according to claim 1 wherein the power control function performs the back-off of the output power level varied on a per burst basis. The 802.11ax Standard requires that the back-off of the output power level (specifically, the adjustment to $TX\_PWR_{max}$) be varied based on dynamic measurements of the environment, which changes from burst to burst. The Accused Products dynamically adjust the $OBSS\_PD_{level}$ and the resulting transmit |

| | |
|---|---|
| off of the output power level varied on a per burst basis. | power limit based on the characteristics of received interference (inter-BSS PPDUs) detected at the time of the transmission burst.  Specifically, 802.11ax-2021 § 26.10.2.4 mandates that an HE STA (the Accused Product) maintains an $OBSS\_PD_{level}$ and adjusts this level in conjunction with its transmit power. The adjustment is based on the bandwidth ($PPDU\_BW$) and received signal strength of overlapping transmissions, which varies over time. Consequently, the calculated power back-off applies to the specific conditions present during a specific burst. |

**26.10.2.4 Adjustment of OBSS PD and transmit power**

If using OBSS PD-based spatial reuse, an HE STA shall maintain an OBSS PD level and may adjust this OBSS PD level in conjunction with its transmit power and a value, *PPDU_BW*, derived from the received PPDU. The adjustment shall be made in accordance with Equation (26-5).

$$OBSS\_PD_{level} \leq max(OBSS\_PD_{min}, min(OBSS\_PD_{max}, OBSS\_PD_{min} + (TX\_PWR_{ref} - TX\_PWR))) + \log 10(PPDU\_BW / 20 \text{ MHz}) \qquad (26\text{-}5)$$

where *PPDU_BW* is determined by Table 26-10 using the following RXVECTOR parameter of the received PPDU:
— CH_BANDWIDTH if present
— CH_BANDWIDTH_IN_NON_HT if present and if CH_BANDWIDTH is not present
— DATARATE if neither CH_BANDWIDTH nor CH_BANDWIDTH_IN_NON_HT is present

IEEE 802.11ax-2021 § 26.10.2.4 (emphasis added).

The standard explicitly notes that a STA adjusts its OBSS PD level based on monitored conditions, such as RSSI measurements of beacons. Because RSSI and network traffic patterns vary over time, the $OBSS\_PD_{level}$—and consequently the required power back-off—varies for different TWT SPs (bursts).

Case 5:26-cv-00102-RWS     Document 1-21     Filed 07/30/26     Page 32 of 79 PageID #: 988

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

NOTE 1—The $TX\_PWR_{ref}$ is 4 dB higher for APs with more than 2 spatial streams because those APs typically have higher transmit power than other devices and the OBSS PD procedure is based on a relative reduction of power.

NOTE 2—A STA might adjust its OBSS PD level, provided that Equation (26-5) is satisfied. As an example, a non-AP HE STA might monitor the beacons transmitted by the AP to which it is associated, measure their RSSI, subtract a value of 25 dB (as an approximation to the required RSNI) to provide a candidate OBSS PD level, and if Equation (26-5) is satisfied, adjust its OBSS PD level to the candidate level.

IEEE 802.11ax-2021 § 26.10.2.4 (emphasis added).

When the Accused Products engage in a transmission burst (TWT SP) and detect interference, they apply a power back-off calculated specifically using the *chosen* OBSS PD level for that instance. 802.11ax-2021 § 26.10.2.5 defines the "OBSS PD SR transmit power restriction period" where the transmit power is capped at $TX\_PWR_{max}$.

NOTE 2—The STA's transmit power is always equal to or lower than the minimum $TX\_PWR_{max}$ among all $TX\_PWR_{max}$ from ongoing OBSS PD SR transmit power restriction periods.

NOTE 3—Equation (26-6) is equivalent to the condition defined in Equation (26-5). The STA can derive $OBSS\_PD_{level}$ from its transmit power or can derive $TX\_PWR_{max}$ from $OBSS\_PD_{level}$.

$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases} \quad (26\text{-}6)$$

NOTE 4—Anytime, even if $TX\_PWR_{max}$ is unconstrained, the STA has to respect the transmit power restrictions defined in 11.7.6.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

Because $TX\_PWR_{max}$ is derived from $OBSS\_PD_{level}$ (which is adjusted based on dynamic measurements described in § 26.10.2.4), and because the power restriction period is tied to specific detection events ("If a STA ignores an inter-BSS PPDU... then the STA shall start an OBSS PD SR transmit power restriction period"), the magnitude of the power back-off is not fixed. Instead, the power control function varies the back-off of the output power level on a per burst basis depending on the interference environment encountered during that specific TWT SP.

| | |
|---|---|
| [11] The wireless communication unit according to claim 1, wherein the power control function is operably coupled to a power control processor function and arranged to toggle one or more bit(s) within a digital signal prior to initiating the back-off of the output power level. | The Accused Products comprise a wireless communication unit according to claim 1, wherein the power control function is operably coupled to a power control processor function and arranged to toggle one or more bit(s) within a digital signal prior to initiating the back-off of the output power level.  In compliance with the 802.11ax Standard, the Accused Products include a Medium Access Control (MAC) sublayer (power control processor function) that is operably coupled to the Physical Layer (PHY) entity (power control function) via service primitives. The MAC sublayer instructs the PHY entity regarding transmission parameters, including power control settings, using a digital signal structure known as the TXVECTOR.  The 802.11ax Standard defines the interface between the MAC (processor) and PHY (power control function) as follows:<br><br>The PHY provides an interface to the MAC through an extension of the generic PHY service interface defined in 8.3.4. The interface includes TXVECTOR, RXVECTOR, PHYCONFIG_VECTOR, and TRIG_VECTOR.<br><br>The MAC uses the TXVECTOR to supply the PHY with per-PPDU transmit parameters. The PHY uses the RXVECTOR to inform the MAC of the received PPDU parameters. The MAC uses the PHYCONFIG_VECTOR to configure the PHY for operation that is independent of frame transmission or reception. The MAC uses the TRIG_VECTOR to configure the PHY to receive HE TB PPDUs over each assigned RU.<br><br>IEEE 802.11ax-2021 § 27.2.1 (emphasis added).<br><br>The Accused Products "toggle one or more bit(s) within a digital signal" by setting specific values (bits) in the SPATIAL_REUSE parameter within the TXVECTOR (the digital signal). This parameter controls the spatial reuse behavior, which is a power control mechanism that triggers the back-off of the output power level (as analyzed in Claim 1). When an Accused Product initiates a spatial reuse transmission, it changes the bit values in the Spatial Reuse field to indicate constraints like SR_RESTRICTED or SR_DELAYED. |

The contents of the Spatial Reuse fields are carried in the TXVECTOR parameter SPATIAL_REUSE for an HE PPDU indicating spatial reuse information. The behavior of STAs upon reception of an HE PPDU with different SPATIAL_REUSE values is described in 26.10.2 and 26.10.3. The different values that may be indicated in the SPATIAL_REUSE parameter of the TXVECTOR are listed in Table 27-22 and Table 27-23. The value PSR_DISALLOW is used to prohibit PSR-based spatial reuse during the transmission of the corresponding PPDU. The value PSR_AND_NON_SRG_ OBSS_PD_PROHIBITED is used to prohibit both PSR-based spatial reuse and non-SRG OBSS PD-based spatial reuse during the transmission of the corresponding PPDU. The interpretations of other values are described in this subclause and in 26.10. The conditions for a STA to set the SPATIAL_REUSE parameter to its different values are described in this subclause.

IEEE 802.11ax-2021 § 26.11.6 (emphasis added).

Table 27-22—Spatial Reuse field encoding for an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU

| Value | Meaning |
|---|---|
| 0 | PSR_DISALLOW |
| 1–12 | Reserved |
| 13 | SR_RESTRICTED |
| 14 | SR_DELAYED |
| 15 | PSR_AND_NON_SRG_OBSS_PD_PROHIBITED |

IEEE 802.11ax-2021 § 27.3.11.7.2 (emphasis added).

This "toggling" of bits (setting the binary value of the SPATIAL_REUSE field, e.g., to 13 or 14) occurs prior to initiating the back-off of the output power level. The TXVECTOR is generated by the MAC and passed to the PHY *before* the transmission sequence begins (via the PHY-TXSTART.request

primitive). The actual power back-off (restriction) is applied during the physical transmission of the Packet Protocol Data Unit (PPDU) that follows this digital signaling.

> If the PHY-CCARESET.request primitive is issued before the end of the received PPDU, and a TXOP is initiated within the duration of the received PPDU, then the TXOP and the duration of the transmitted PPDU within that TXOP shall be limited to the duration of the received PPDU if the received PPDU is an HE MU PPDU and the RXVECTOR parameter SPATIAL_REUSE indicates SR_RESTRICTED.
>
> NOTE 5—A STA sets the TXVECTOR parameter SPATIAL_REUSE to SR_RESTRICTED in a PPDU if it allows OBSS PD-based spatial reuse operation, but only before the end of the PPDU.

IEEE 802.11ax-2021 § 26.10.2.2 (emphasis added).

The setting of these bits in the TXVECTOR (and subsequently the HE-SIG-A field of the preamble) acts as the digital signal that configures the power control function (the PHY and RF circuitry) to perform the power back-off (transmit power restriction) required by the spatial reuse operation.

> **27.3.11.7 HE-SIG-A field**
>
> **27.3.11.7.1 General**
>
> The HE-SIG-A field carries information necessary to interpret HE PPDUs. The integer fields of the HE-SIG-A field are transmitted in unsigned binary format, LSB first, where the LSB is in the lowest numbered bit position.

IEEE 802.11ax-2021 § 27.3.11.7.1 (emphasis added).

Case 5:26-cv-00102-RWS     Document 1-21     Filed 07/30/26     Page 36 of 79 PageID #: 992

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU** *(continued)*

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B14 | Reserved | 1 | Reserved and set to 1. |
| B15–B18 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU: Set to a value from Table 27-22 (see 26.11.6 and 26.10). |

802.11ax-2021 § 27.3.11.7.2 (Table 27-18) (emphasis added).

Thus, the Accused Products utilize a processor function (MAC) coupled to a power control function (PHY) to toggle bits in a digital signal (TXVECTOR / HE-SIG-A SPATIAL_REUSE field) prior to initiating the back-off of the output power level associated with that spatial reuse transmission.

| | |
|---|---|
| [12PRE] A method of power control in a wireless subscriber communication unit comprising a transmitter having a closed loop analog feedback power control loop having a power control function, the method comprising the steps of: | To the extent the preamble is limiting, the '573 Accused Products perform a method of power control in a wireless subscriber communication unit comprising a transmitter having a closed loop analog feedback power control loop having a power control function.<br><br>The Defendant and its customers directly infringe the '573 patent under 35 U.S.C. § 271(a) by using the claimed methods in the United States. In particular, Defendant infringes § 271(a) by using and testing its Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards—which incorporate these methods.<br><br>Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '573 patent into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '573 patent through the use of the 802.11ax Standard or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use. |

Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims.

The Accused Products perform a method of power control in a wireless subscriber communication unit comprising a transmitter having a closed loop analog feedback power control loop. The Accused Products are wireless subscriber communication units that comprise a transmitter. They perform methods of power control mandated by the 802.11ax Standard. The Accused Products utilize a closed loop analog feedback power control loop. This loop is formed by measuring received signal strength (analog signal measurement converted to RSSI/RPI) and adjusting transmit power based on those measurements. This includes "Power pre-correction" and "OBSS PD-based spatial reuse."

> An AP may solicit simultaneous HE TB PPDU transmissions or simultaneous non-HT or non-HT duplicate PPDU transmissions from multiple non-AP STAs using a triggering frame. Since there are multiple transmitters, pre-correction of transmission time, frequency, sampling symbol clock, and power (in the case of an HE TB PPDU) by the non-AP STAs is necessary to mitigate synchronization and interference issues at the AP. Frequency and sampling clock pre-corrections are needed to prevent inter-carrier interference. Power pre-correction is necessary to control interference between HE TB PPDU transmissions from the non-AP STAs. An AP may solicit simultaneous HE TB PPDU transmissions from both Class A and Class B devices. A non-AP STA that supports HE TB PPDU transmission shall support power pre-correction as described in 27.3.15.2 and shall meet the pre-correction accuracy requirements described in 27.3.15.3.

802.11ax-2021 § 27.3.15.1 (emphasis added).

The feedback loop constitutes a power control function where the receiver's measurement of downlink power (PLDL) determines the transmitter's uplink power (TxPwr).

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 38 of 79 PageID #: 994

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

A STA transmits an HE TB PPDU at the STA's maximum transmit power for the assigned HE-MCS if the UL Target Receive Power subfield of the User Info field in the Trigger frame that solicits the HE TB PPDU or the UL Target Receive Power subfield of the TRS Control field of the frame that solicits a response in an HE TB PPDU indicates that the maximum transmit power be used.

Otherwise, the STA calculates the transmit power, $Tx_{pwr}^{STA}$, of the HE TB PPDU for the assigned HE-MCS using Equation (27-124).

$$Tx_{pwr}^{STA} = PL_{DL} + TargetRx_{pwr} \qquad (27\text{-}124)$$

where

$PL_{DL}$ is the DL pathloss

$TargetRx_{pwr}$ is the expected receive signal power, in units of dBm, as indicated by the UL Target Receive Power subfield in the User Info field in the Trigger frame or by the UL Target Receive Power subfield in the TRS control field

IEEE 802.11ax-2021 § 27.3.15.2 (emphasis added).

The Accused Products, in compliance with the 802.11ax Standard, perform a method of power control in a wireless subscriber communication unit having a closed loop analog feedback power control loop having a power control function. The 802.11ax Standard requires the Accused Products comprise a closed loop analog feedback loop wherein an access point (AP) schedules simultaneous uplink transmissions that it requires each non-AP station to use "[p]ower pre-correction . . . to control interference between HE TB PPDU transmissions." 802.11ax-2021 § 27.3.15.1.

The Accused Products receive signal power data in "Trigger Frames." Specifically, the "Common-Info" field in a Trigger Frame advertises the transmit power ($Tx_{pwr}^{AP}$) and the target receive power is set via ($TargetRx_{pwr}$). The Accused Products measure the down-link receive power ($Rx_{pwr}$) and compute the uplink power with Equation 27-124 in the 802.11ax Standard—i.e., $Tx_{pwr}^{STA} = PL_{DL} + TargetRx_{pwr}$, where $PL_{DL} = Tx_{pwr}^{AP} - Rx_{pwr}$.

The feedback loop is a closed analog feedback loop as $Rx_{pwr}$ is a live measurement of the preceding frame, and the *Pwr* calculation feeds the transmit setting - the receiver's observation at time "n" determines the transmitter's power at time "n + 1."

|  |  |
|---|---|
|  | Further, the Accused Products comprise a power control function. Specifically, the Accused Products implement Transmit-Power-Control (TPC) and the Transmit Power Envelop Functionality in the 802.11ax Standard. "This standard describes such a mechanism" to satisfy dynamic regulatory requirements in the 5 GHz and 6 GHz bands.<br><br>Regulations that apply to the 5 GHz band in most regulatory domains require RLANs operating in the 5 GHz band or 6 GHz band to use transmitter power control, involving specification of a regulatory maximum transmit power and a mitigation requirement for each allowed channel. This standard describes such a mechanism, referred to as *transmit power control (TPC)*.<br><br>802.11ax-2021 § 11.7.1 (emphasis added).<br><br>The Accused Products, in compliance with the 802.11ax Standard, manage output power through interactions between the MAC and PHY layers. The Transmit Power Envelope element (802.11ax-2021 § 9.4.2.161) is mandatory for Transmit Power Control in the 6 GHz band (802.11ax-2021 § 11.7.5). The Transmit Power Envelope element conveys regulatory and local maximum transmit power constraints for various configurations, specified per channel bandwidth (*e.g.*, 20, 40, 80, 160/80+80 MHz via EIRP limits) or per 20 MHz channel (via EIRP PSD limits), and includes specific interpretations and categories relevant to 6 GHz operation. The Accused Products use the Transmit Power Envelope constraints, along with general Transmit Power Control (802.11ax-2021 § 11.7), to determine the appropriate transmit power level for a given transmission. |

If an AP, IBSS STA, or mesh STA is operating in the 6 GHz band, it shall include Transmit Power Envelope element(s) in Beacon and Probe Response frames as follows:

a)  For each distinct combination of values of the Maximum Transmit Power Interpretation subfield and Maximum Transmit Power Category subfield that are supported by the BSS, IBSS, or MBSS, respectively, one Transmit Power Envelope element is included that indicates the regulatory client maximum transmit power for the STA's operating channel.

b)  At a minimum, a regulatory client maximum transmit power is indicated where the Maximum Transmit Power Category subfield is set to 0 (Default). If different regulatory limits apply to different categories, the value of the limit advertised for Default category shall be the minimum of those limits.

c)  If a local maximum transmit power is lower than a regulatory client maximum transmit power for the same combination of values of the Maximum Transmit Power Interpretation subfield and Maximum Transmit Power Category subfield, a Transmit Power Envelope element is included that indicates that local maximum transmit power.

d)  Each Transmit Power Envelope element that is included indicates a power constraint for all channel widths supported by the BSS (if an EIRP constraint is advertised) or for all 20 MHz channels within the bandwidth of the BSS (if an EIRP PSD constraint is advertised).

IEEE 802.11ax-2021 § 11.7.5 (emphasis added).

The Accused Products implement spatial overlapping basic service set-packet detect (OBSS-PD) functions which comprise a closed loop analog feedback power control loop with a power control function.  Specifically, OBSS-PD allows the Accused Products to adjust their carrier sense threshold and transmit power based on interference from overlapping Wi-Fi networks. The Accused Products using OBSS-PD determine if an overlapping transmission is weak enough to allow the Accused Device to send a concurrent transmission.

> If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 using a chosen SRG OBSS PD level, or following the procedure in 26.10.2.2 using a chosen non-SRG OBSS PD level, then the STA shall start an OBSS PD SR transmit power restriction period. This OBSS PD SR transmit power restriction period shall be terminated at the end of the TXOP that the STA gains once its backoff reaches zero.

802.11ax-2021 § 26.10.2.5 (emphasis added).

The Accused Products monitor the signal strength of OBSS frames and dynamically adjust the OBSS-PD threshold. The monitoring and adjustment of the power that packets are sent at creates a closed analog feedback loop where: (1) the Accused Products measure incoming OBSS signal power; (2) compare the OBSS signal power against current thresholds; (3) adjust the transmit power used by the Accused Products to transmit packets; and (4) the Accused Products monitor the results and make further adjustments to the power level used by the Accused Products to transmit packets. For example, the step of monitoring the incoming OBSS signal power is shown in the following excerpt from the 802.11ax Standard that is implemented by the Accused Products. When the Accused Products decide to "ignore[] an inter-BSS PPDU," the Accused Products begin an OBSS-PD transmit-power-restriction period whose ceiling $TX\_PWR_{max}$ is derived from Equation 26-6 in the 802.11ax Standard.

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 42 of 79 PageID #: 998

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

> If a STA starts an OBSS PD SR transmit power restriction period with a chosen non-SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen non-SRG OBSS PD level using Equation (26-6) and the appropriate non-SRG parameters according to Table 26-11, for the transmissions of any PPDU that is not carrying a frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period.
>
> If a STA starts an OBSS PD SR transmit power restriction period with a chosen SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen SRG OBSS PD level using Equation (26-6) and the appropriate SRG parameters according to Table 26-12, for the transmissions of any PPDU that is not carrying a response frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period.

802.11ax-2021 § 26.10.2.5 (emphasis added).

Because the $OBSS\_PD_{level}$ is selected from measurements of neighboring transmissions, these rules form a feedback loop that constrains the transmitter power of the Accused Products in real time. The following excerpt from the 802.11ax Standard shows how the Accused Products adjust the transmit power in response to the power level of inter-BSS PPDUs.

Case 5:26-cv-00102-RWS     Document 1-21     Filed 07/30/26     Page 43 of 79 PageID #: 999

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

| | |
|---|---|
| | A STA may have multiple ongoing OBSS PD SR transmit power restriction periods that overlap in time.<br><br>NOTE 2—The STA's transmit power is always equal to or lower than the minimum $TX\_PWR_{max}$ among all $TX\_PWR_{max}$ from ongoing OBSS PD SR transmit power restriction periods.<br><br>NOTE 3—Equation (26-6) is equivalent to the condition defined in Equation (26-5). The STA can derive $OBSS\_PD_{level}$ from its transmit power or can derive $TX\_PWR_{max}$ from $OBSS\_PD_{level}$.<br><br>$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} & (26\text{-}6) \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases}$$<br><br>NOTE 4—Anytime, even if $TX\_PWR_{max}$ is unconstrained, the STA has to respect the transmit power restrictions defined in 11.7.6.<br><br>802.11ax-2021 § 26.10.2.5 (emphasis added). |
| [12a] setting an output power level of the transmitter by the power control function; | The Accused Products perform the step of setting an output power level of the transmitter by the power control function. In compliance with the 802.11ax Standard, the Accused Products manage output power through interactions between the MAC and PHY layers. The Transmit Power Envelope element (802.11ax-2021 § 9.4.2.161) is mandatory for Transmit Power Control in the 6 GHz band (802.11ax-2021 § 11.7.5). The Transmit Power Envelope element conveys regulatory and local maximum transmit power constraints for various configurations, specified per channel bandwidth (*e.g.*, 20, 40, 80, 160/80+80 MHz via EIRP limits) or per 20 MHz channel (via EIRP PSD limits), and includes specific interpretations and categories relevant to 6 GHz operation. The Accused Products use the Transmit Power Envelope constraints, along with general Transmit Power Control (802.11ax-2021 § 11.7), to determine the appropriate transmit power level for a given transmission. |

> If an AP, IBSS STA, or mesh STA is operating in the 6 GHz band, it shall include Transmit Power Envelope element(s) in Beacon and Probe Response frames as follows:
>
> a) For each distinct combination of values of the Maximum Transmit Power Interpretation subfield and Maximum Transmit Power Category subfield that are supported by the BSS, IBSS, or MBSS, respectively, one Transmit Power Envelope element is included that indicates the regulatory client maximum transmit power for the STA's operating channel.
>
> b) At a minimum, a regulatory client maximum transmit power is indicated where the Maximum Transmit Power Category subfield is set to 0 (Default). If different regulatory limits apply to different categories, the value of the limit advertised for Default category shall be the minimum of those limits.
>
> c) If a local maximum transmit power is lower than a regulatory client maximum transmit power for the same combination of values of the Maximum Transmit Power Interpretation subfield and Maximum Transmit Power Category subfield, a Transmit Power Envelope element is included that indicates that local maximum transmit power.
>
> d) Each Transmit Power Envelope element that is included indicates a power constraint for all channel widths supported by the BSS (if an EIRP constraint is advertised) or for all 20 MHz channels within the bandwidth of the BSS (if an EIRP PSD constraint is advertised).

IEEE 802.11ax-2021 § 11.7.5 (emphasis added).

The $OBSS\_PD_{level}$ is selected based on measurements of neighboring transmissions, and Equation 26-6 directly links this level to the maximum transmit power ($TX\_PWR_{max}$). This constitutes a power control function that sets the output power of the power amplifier. The Accused Products utilize the power control function (including Transmit Power Control and OBSS-PD mechanisms) to set the specific output power level of the transmitter.

The 802.11ax Standard requires the power control function to set the power based on calculations derived from feedback. For example, when performing spatial reuse (OBSS-PD), the power control function sets a maximum transmit power cap (TX_PWRmax).

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 45 of 79 PageID #: 1001

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

$TX\_PWR_{ref}$ = 25 dBm for an AP with the Max HE-MCS For 3 SS subfield in the Tx HE-MCS Map ≤ 80 MHz subfield in the Supported HE-MCS and NSS Set field of its HE Capabilities element field set to a value other than 3.

$TX\_PWR$ is the combined transmit power at the transmit antenna connector of all antennas in dBm and is set following the rules in 11.7.6 and, for transmission of HE TB PPDU, also following the rules in 27.3.15.2.

NOTE 1—The $TX\_PWR_{ref}$ is 4 dB higher for APs with more than 2 spatial streams because those APs typically have higher transmit power than other devices and the OBSS PD procedure is based on a relative reduction of power.

IEEE 802.11ax-2021 § 26.10.2.4 (emphasis added).

The 802.11ax Standard explicitly describes setting the output power level relative to the measured interference:

If a STA starts an OBSS PD SR transmit power restriction period with a chosen non-SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen non-SRG OBSS PD level using Equation (26-6) and the appropriate non-SRG parameters according to Table 26-11, for the transmissions of any PPDU that is not carrying a frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period.

802.11ax-2021 § 26.10.2.5 (emphasis added).

Specifically, the Accused Products use configuration parameters and data provided by the Transmit Power Envelope element (802.11ax-2021 § 9.4.2.161) to determine the maximum allowed power for each operating bandwidth.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

> The Maximum Transmit Power Category subfield indicates a category for which the maximum transmit powers apply. A value of 0 indicates the default category; the interpretation of other values depends on the country; see E.2.7 for 6 GHz operation for specific countries. In bands other than the 6 GHz band, this subfield is reserved.
>
> The If the Maximum Transmit Power Interpretation subfield is 0 or 2 (EIRP), the Local Maximum Transmit Power Count subfield indicates the number of Local Maximum Transmit Power For $X$ MHz subfields (where $X$ = 20, 40, 80, or 160/80+80) minus 1 in the Maximum Transmit Power field of the Transmit Power Envelope element, as shown in Table 9-276.

IEEE 802.11ax-2021 § 9.4.2.161 (emphasis added).

The Transmit Power Envelope used by the Accused Products for performing power control contains detailed fields: Element ID Extension, Transmit Power Information, and Maximum Transmit Power fields. These fields are used by the Accused Products to set the proper output power level. For example, the Maximum Transmit Power Interpretation subfield indicates whether the device should adhere to local EIRP limits or client device EIRP limits when determining appropriate power settings.

Page 45 of 78

**Table 9-276—Meaning of ~~Local~~ Maximum Transmit Power Count subfield
if the Maximum Transmit Power Interpretation subfield is 0 or 2**

| Value | Field(s) present |
|---|---|
| 0 | ~~Local~~ Maximum Transmit Power For 20 MHz. |
| 1 | ~~Local~~ Maximum Transmit Power For 20 MHz and ~~Local~~ Maximum Transmit Power For 40 MHz. |
| 2 | ~~Local~~ Maximum Transmit Power For 20 MHz, ~~Local~~ Maximum Transmit Power For 40 MHz, and ~~Local~~ Maximum Transmit Power For 80 MHz. |
| 3 | ~~Local~~ Maximum Transmit Power For 20 MHz, ~~Local~~ Maximum Transmit Power For 40 MHz, ~~Local~~ Maximum Transmit Power For 80 MHz, and ~~Local~~ Maximum Transmit Power For 160/80+80 MHz. For TVHT STAs, reserved. |
| 4–7 | Reserved |

IEEE 802.11ax-2021 § 9.4.2.161 (emphasis added).

Once the power control loop in compliance with the 802.11ax Standard sets the transmit power level, the MAC generates a PHY-TXSTART request and other transmit parameters are set using the PHYTXSTART.request(TXVECTOR) primitive.

Page 46 of 78

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 48 of 79 PageID #: 1004

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

In all options, in order to transmit data, the MAC generates a PHY-TXSTART.request primitive, which causes the PHY entity to enter the transmit state. Further, the PHY is set to operate at the appropriate frequency through station management via the PLME, as specified in 27.4. Other transmit parameters, such as HE-MCS, coding types, and transmit power, are set via the PHY-SAP using the PHYTXSTART.request(TXVECTOR) primitive, as described in 27.2.2. After transmitting a PPDU that carries a Trigger frame, the MAC sublayer issues a PHY-TRIGGER.request with a TRIGVECTOR parameter that provides the PHY entity with the information needed to demodulate the expected HE TB PPDU response. The remainder of this subclause applies to the first four options.

The PHY indicates the state of the primary channel and other channels (if any) via the PHY-CCA.indication primitive (see 21.3.18.5 and 8.3.5.12). Transmission of the PPDU shall be initiated by the PHY after receiving the PHY-TXSTART.request(TXVECTOR) primitive. The TXVECTOR parameters for the PHY-TXSTART.request primitive are specified in Table 27-1.

IEEE 802.11ax-2021 § 27.3.21 (emphasis added).

The TXVECTOR primitive used by the Accused Products contains a 'TX_PWR' field whose value during spatial reuse operations (*e.g.*, OBSS PD-based spatial reuse operation) is determined by equation 26-6 in the 802.11ax Standard. The 802.11ax Standard, during OBSS PD-based spatial reuse operation, requires the Accused Products to set an output power of the transmitter during a transmit power restriction period that "shall be equal to or lower than the $TX\_PWR_{max}$ calculated . . . using Equation (26-6)." The Accused Products set the $TX\_PWR_{max}$ value and bind the chosen $OBSS\_PD_{level}$ to a specific power limit.

| | |
|---|---|
| [12b] transmitting a data burst; and | The Accused Products transmit data bursts in compliance with the 802.11ax Standard. Specifically, the Accused Products concentrate transmissions of multiple related frames (PPDUs) in scheduled bounded time windows (a data burst). The Accused Products in compliance with the 802.11ax Standard are required to transmit data in these concentrated defined bursts called Target Wake Time (TWT) Service Periods. The Accused Products transmit data during these concentrated bursts. The TWT SP data bursts concentrate transmission in a defined window. The 802.11ax Standard describes the function of the target wake time data burst as "concentrate[ing] the frame exchanges in predefined service periods." |

> Target wake time (TWT) allows an AP to manage activity in the BSS in order to minimize contention between STAs and to reduce the required amount of time that a STA utilizing a power management mode needs to be awake. This is achieved by allocating STAs to operate at nonoverlapping times and/or frequencies, and concentrate the frame exchanges in predefined service periods.

IEEE 802.11ax-2021 § 26.8.1 (emphasis added).

The Accused Products implement the TWT mechanism, which allows the Accused Products to set microsecond long periods to exchange frames. These short periods in which data is transmitted or received are known as a TWT SP.

> individual target wake time (TWT): A specific time or set of times negotiated between two ~~for~~ individual stations (STAs) at which the STAs are expected to be awake in order to exchange frames with each other ~~STAs~~.

IEEE 802.11ax-2021 § 3.2 (emphasis added).

During a single TWT SP data burst, the Accused Products transmit multiple sets of frames by obtaining multiple Transmit Opportunities (TXOPs). Further, TWT SPs include multiple PPDUs inside the same burst window.

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 50 of 79 PageID #:
1006

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

> A STA does not need to be aware of the values of TWT parameters of the TWT agreements of other STAs in the BSS of the STA or of TWT agreements of STAs in other BSSs. A STA does not need to be aware that a TWT service period (SP) is used to exchange frames with other STAs. Frames transmitted during a TWT SP are carried in any PPDU format supported by the pair of STAs that have established the TWT agreement corresponding to that TWT SP, including HE MU PPDU, HE TB PPDU, etc.

IEEE 802.11ax-2021 § 26.8.1 (emphasis added).

The Accused Products transmit a burst of data in a TWT SP. The TWT SP has a finite interval with durational limits and specific burst boundaries (termination events). These include a requirement that the transmission of the data "shall not exceed the duration of the TWT SP" and the TWT SP data burst shall end based on specific termination events that "terminates a TWT SP."

> A TWT responding STA that receives a PS-Poll frame or a U-APSD trigger frame or any other indication from a TWT requesting STA in PS mode, during or before an announced TWT SP but after the end of the most recent TWT SP, that the TWT requesting STA is in the awake state during the TWT SP shall follow the rules defined in 11.2.3.6, except that the TWT responding STA should deliver to the TWT requesting STA as many buffered BUs as are available at the TWT responding STA, provided that the BU delivery does not exceed the duration of the TWT SP, the TWT requesting STA has indicated that it is in the awake state for that TWT SP, and the TWT requesting STA has not entered the doze state (see 26.8.4.2 and 26.8.5).

IEEE 802.11ax-2021 § 26.8.1 (emphasis added).

Further, the 802.11ax Standard requires that the Accused Products transmit data in TWT SP data bursts lasting at most a 1/10 of a second. Typically, a TWT SP data burst will last 5-30 milliseconds. For context, 30 milliseconds is 6 times faster than a blink of an eye (which takes about 150-200ms). The Accused Products perform a back-off of the output power prior to the completion of a TWT SP when they reduce their transmit power for a subsequent TXOP within that same TWT SP. This power reduction is performed by the OBSS-PD spatial reuse mechanism, which is a power control function. When the Accused Products detect interference from an overlapping network, the 802.11ax Standard

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 51 of 79 PageID #: 1007

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

requires the Accused Products to ignore the interfering transmission and transmit concurrently. When this occurs, the Accused Products must enter an "OBSS PD SR transmit power restriction period."

> **26.10.2.5 OBSS PD SR transmit power restriction period**
>
> If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 using a chosen SRG OBSS PD level, or following the procedure in 26.10.2.2 using a chosen non-SRG OBSS PD level, then the STA shall start an OBSS PD SR transmit power restriction period. This OBSS PD SR transmit power restriction period shall be terminated at the end of the TXOP that the STA gains once its backoff reaches zero.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

The Accused Products perform the step of transmitting a data burst. The Accused Products transmit data bursts defined as Target Wake Time (TWT) Service Periods (SPs). The Accused Products transmit data ("exchange frames") during this defined burst window:

> A STA does not need to be aware of the values of TWT parameters of the TWT agreements of other STAs in the BSS of the STA or of TWT agreements of STAs in other BSSs. A STA does not need to be aware that a TWT service period (SP) is used to exchange frames with other STAs. Frames transmitted during a TWT SP are carried in any PPDU format supported by the pair of STAs that have established the TWT agreement corresponding to that TWT SP, including HE MU PPDU, HE TB PPDU, etc.
>
> An HE STA with dot11TWTOptionImplemented equal to true shall set the following:
> — The TWT Requester Support subfield to 1 in the HE Capabilities element that it transmits if it supports operating in the role of a TWT requesting STA; otherwise, to 0.
> — The TWT Responder Support subfield to 1 in the HE Capabilities elements that it transmits if it supports operating in the role of a TWT responding STA; otherwise, to 0.
> — The Broadcast TWT Support subfield to 1 in the HE Capabilities element that it transmits if it supports operating in the role of a TWT scheduled STA or in the role of a TWT scheduling AP; otherwise, to 0.

IEEE 802.11ax-2021 § 26.8.1 (emphasis added).

Specifically, the Accused Products transmit data bursts in the form of multiple PPDUs in a single Transmit Opportunity ("TXOP").  That a TXOP may contain more than one PPDU is spelled out in the EDCA (Enhanced Distributed Channel Access) rules and in the 6 GHz-specific extensions.  Sections 10.23.2.7 and 10.23.2.8 of the 802.11ax Standard set out the Enhanced Distributed Channel Access ("EDCA") rules in which a TXOP can include multiple MPDUs in one or more PPDUs within a TXOP.

> **10.23.2.8 Multiple frame transmission in an EDCA TXOP**
>
> *Change the first paragraph in 10.23.2.8 as follows:*
>
> A frame exchange, in the context of multiple frame transmission in an EDCA TXOP, may be one of the following:
> — A frame not requiring immediate acknowledgment (such as a group addressed frame or a frame transmitted with an ack policy that does not require immediate acknowledgment) or an A-MPDU containing only such frames.
> — A frame requiring immediate acknowledgment (such as an individually addressed frame transmitted with an ack policy that requires immediate acknowledgment) or an A-MPDU containing at least one such frame, followed after SIFS by a corresponding acknowledgment frame.
> — A triggering frame or an A-MPDU containing at least one such frame, followed after SIFS by an HE TB PPDU where the HE TB PPDU is optionally followed after SIFS by an acknowledgment.

IEEE 802.11ax-2021 § 10.23.2.8 (emphasis added).

Section 26.2.8 of the 802.11ax Standard adapts the EDCA multi-PPDU requirements to reflect 6 GHz timing and coexistence requirements – specifying that a single TXOP can include multiple PPDUs. The Accused Products transmit multiple PPDUs in a single TXOP period.

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 53 of 79 PageID #:
1009

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

**26.2.8 Multiple frame transmission in an EDCA TXOP in the 6 GHz band**

A STA that operates in the 6 GHz band and transmits multiple frames shall follow the rules defined in 10.23.2.7 with the exceptions described in this subclause.

NOTE 1—In the 6 GHz band, the TXOP field in the HE-SIG-A field can be understood by all STAs. The TXOP field provides TXOP protection equivalent to non-HT duplicate RTS/CTS.

In a TXOP without non-HT duplicate PPDUs, if the TXOP is protected by the TXOP field in the HE-SIG-A field of the first HE PPDU in the TXOP, i.e., the TXOP field is not set to UNSPECIFIED, the TXOP holder shall set the TXVECTOR parameter CH_BANDWIDTH of the subsequent PPDUs in the TXOP to indicate a bandwidth that is the same or narrower than the bandwidth indicated by the CH_BANDWIDTH parameter of the first HE PPDU in the TXOP.

IEEE 802.11ax-2021 § 26.2.8 (emphasis added).

The Accused Devices aggregate multiple data frames into a single burst, utilizing techniques such as A-MPDU aggregation as shown in the below excerpt from the 802.11ax Standard that are implemented by the Accused Products.

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 54 of 79 PageID #: 1010

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

> In a non-DMG PPDU, an A-MPDU is a sequence of A-MPDU subframes carried in a single PPDU with one of the following combinations of RXVECTOR or TXVECTOR parameter values:
>
> — The FORMAT parameter set to VHT.
> — The FORMAT parameter set to HT_MF or HT_GF and the AGGREGATION parameter set to 1.
> — The FORMAT parameter set to S1G, S1G_DUP_1M, or S1G_DUP_2M and the AGGREGATION parameter set to 1.
> — The FORMAT parameter set to HE_SU, HE_MU, HE_TB, or HE_ER_SU.
>
> An A-MPDU carried in an HE SU PPDU, HE ER SU PPDU, HE TB PPDU, or HE MU PPDU can include MPDUs with different values of the TID field as described in 26.6.3.
>
> In a DMG PPDU, an A-MPDU is a sequence of MPDUs carried in a single PPDU with the TXVECTOR/RXVECTOR AGGREGATION parameter set to 1.
>
> All of the MPDUs within an A-MPDU are addressed to the same RA. All of the MPDUs within an A-MPDU have the same TA. All QoS Data frames within an A-MPDU that have a TID for which an HT-immediate block ack agreement exists have the same value for the Ack Policy Indicator subfield of the QoS Control field.

IEEE 802.11ax-2021 § 9.7.3 (emphasis added).

The Accused Products employ the Transmission Opportunity (TXOP) mechanism to define windows during which it transmits multiple frames consecutively. For example, by setting TXOP durations, as described in the 802.11ax Standard, the Accused Products send bursts of data in the form of multiple PPDUs during a TXOP. The Accused Products use triggered transmission procedures that allow them to respond to control frames through sending data bursts. Section 27.3.15 of the 802.11ax Standard defines the HE TB PPDU transmit procedure, wherein the device transmits a burst of data in response to a triggering frame.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

| | |
|---|---|
| | **27.3.15 Transmit requirements for PPDUs sent in response to a triggering frame**<br><br>**27.3.15.1 Introduction**<br><br>An AP may solicit simultaneous HE TB PPDU transmissions or simultaneous non-HT or non-HT duplicate PPDU transmissions from multiple non-AP STAs using a triggering frame. Since there are multiple transmitters, pre-correction of transmission time, frequency, sampling symbol clock, and power (in the case of an HE TB PPDU) by the non-AP STAs is necessary to mitigate synchronization and interference issues at the AP. Frequency and sampling clock pre-corrections are needed to prevent inter-carrier interference. Power pre-correction is necessary to control interference between HE TB PPDU transmissions from the non-AP STAs. An AP may solicit simultaneous HE TB PPDU transmissions from both Class A and Class B devices. A non-AP STA that supports HE TB PPDU transmission shall support power pre-correction as described in 27.3.15.2 and shall meet the pre-correction accuracy requirements described in 27.3.15.3.<br><br>IEEE 802.11ax-2021 § 27.3.15.1 (emphasis added). |
| [12c] performing a back-off of the output power level, in response to performing a back-off of a power level provided to a power amplifier, prior to completion of a transmission burst by the power control function. | The Accused Products perform a back-off of the output power level, in response to performing a back-off of a power level provided to a power amplifier, prior to completion of a transmission burst by the power control function. Specifically, the Accused Products concentrate transmissions of multiple related frames (PPDUs) in scheduled bounded time windows (a data burst). The Accused Products in compliance with the 802.11ax Standard are required to transmit data in these concentrated defined bursts called Target Wake Time (TWT) Service Periods. The Accused Products transmit data during these concentrated bursts. The TWT SP data bursts concentrate transmission in a defined window. The 802.11ax Standard describes the function of the target wake time data burst as "concentrate[ing] the frame exchanges in predefined service periods."<br><br>Target wake time (TWT) allows an AP to manage activity in the BSS in order to minimize contention between STAs and to reduce the required amount of time that a STA utilizing a power management mode needs to be awake. This is achieved by allocating STAs to operate at nonoverlapping times and/or frequencies, and concentrate the frame exchanges in predefined service periods.<br><br>IEEE 802.11ax-2021 § 26.8.1 (emphasis added). |

The Accused Products implement the TWT mechanism, which allows the Accused Products to set microsecond long periods to exchange frames. These short periods in which data is transmitted or received are known as a TWT SP.

individual target wake time (TWT): A specific time or set of times negotiated between two for individual stations (STAs) at which the STAs are expected to be awake in order to exchange frames with each other STAs.

IEEE 802.11ax-2021 § 3.2 (emphasis added).

During a single TWT SP data burst, the Accused Products transmit multiple sets of frames by obtaining multiple Transmit Opportunities (TXOPs). Further, TWT SPs include multiple PPDUs inside the same burst window.

A STA does not need to be aware of the values of TWT parameters of the TWT agreements of other STAs in the BSS of the STA or of TWT agreements of STAs in other BSSs. A STA does not need to be aware that a TWT service period (SP) is used to exchange frames with other STAs. Frames transmitted during a TWT SP are carried in any PPDU format supported by the pair of STAs that have established the TWT agreement corresponding to that TWT SP, including HE MU PPDU, HE TB PPDU, etc.

IEEE 802.11ax-2021 § 26.8.1 (emphasis added).

The Accused Products transmit a burst of data in a TWT SP. The TWT SP has a finite interval with durational limits and specific burst boundaries (termination events). These include a requirement that the transmission of the data "shall not exceed the duration of the TWT SP" and the TWT SP data burst shall end based on specific termination events that "terminates a TWT SP."

> A TWT responding STA that receives a PS-Poll frame or a U-APSD trigger frame or any other indication from a TWT requesting STA in PS mode, during or before an announced TWT SP but after the end of the most recent TWT SP, that the TWT requesting STA is in the awake state during the TWT SP shall follow the rules defined in 11.2.3.6, except that the TWT responding STA should deliver to the TWT requesting STA as many buffered BUs as are available at the TWT responding STA, provided that the BU delivery does not exceed the duration of the TWT SP, the TWT requesting STA has indicated that it is in the awake state for that TWT SP, and the TWT requesting STA has not entered the doze state (see 26.8.4.2 and 26.8.5).

IEEE 802.11ax-2021 § 26.8.1 (emphasis added).

Further, the 802.11ax Standard requires that the Accused Products transmit data in TWT SP data bursts lasting at most a 1/10 of a second. Typically, a TWT SP data burst will last 5-30 milliseconds. For context, 30 milliseconds is 6 times faster than a blink of an eye (which takes about 150-200ms). The Accused Products perform a back-off of the output power prior to the completion of a TWT SP when they reduce their transmit power for a subsequent TXOP within that same TWT SP. This power reduction is performed by the OBSS-PD spatial reuse mechanism, which is a power control function. When the Accused Products detect interference from an overlapping network, the 802.11ax Standard requires the Accused Products to ignore the interfering transmission and transmit concurrently. When this occurs, the Accused Products must enter an "OBSS PD SR transmit power restriction period."

> **26.10.2.5 OBSS PD SR transmit power restriction period**
>
> If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 using a chosen SRG OBSS PD level, or following the procedure in 26.10.2.2 using a chosen non-SRG OBSS PD level, then the STA shall start an OBSS PD SR transmit power restriction period. This OBSS PD SR transmit power restriction period shall be terminated at the end of the TXOP that the STA gains once its backoff reaches zero.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 58 of 79 PageID #: 1014

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

During this restriction period, the output power is backed off to a level equal to or lower than $TX\_PWR_{max}$, as calculated by Equation 26-6.

> If a STA starts an OBSS PD SR transmit power restriction period with a chosen non-SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen non-SRG OBSS PD level using Equation (26-6) and the appropriate non-SRG parameters according to Table 26-11, for the transmissions of any PPDU that is not carrying a frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

The Accused Products perform this back-off of the output power prior to completion of a single transmission burst (TWT SP) as follows:

1.  The Accused Product transmits data during a first TXOP (TXOP1) at a normal power level ($TX\_PWR_{max}$) within an active TWT SP transmission burst. The "normal power level" is the default, unconstrained transmit power used before any spatial reuse restrictions are triggered. "The TWT responding STA and the TWT requesting STA exchange frames during the TWT SP." 802.11ax-2021 § 26.8.2 (this establishes that frame exchanges (which happen in TXOPs) occur within a TWT SP).

2.  While still within the same TWT SP transmission burst, the Accused Product detects an inter-BSS PPDU and decides to perform spatial reuse, thereby triggering the start of an OBSS PD SR transmit power restriction period. This constitutes the beginning of the power back-off. Detecting and ignoring a transmission from a nearby network (an inter-BSS PPDU) causes the Accused Products to enter a power restriction period. This can occur during a TWT SP transmission burst, between Transmit Opportunities (TX OPs). "If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 . . . then the STA shall start an OBSS PD SR transmit power restriction period." 802.11ax-2021 § 26.10.2.5.

Page 57 of 78

Case 5:26-cv-00102-RWS   Document 1-21   Filed 07/30/26   Page 59 of 79 PageID #: 1015

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

3. The Accused Product receives a second TXOP (TXOP2). This TXOP2 occurs *after* TXOP1 but within the same TWT SP transmission burst. Because the Accused Product is in the power restriction period, the transmission during TXOP2 is performed at the reduced *TX_PWRmax* level. "The TWT responding STA that intends to schedule for transmission additional Trigger frames during a trigger-enabled TWT SP shall set the More TF subfield in the Common Info field of the Trigger frame to 1 to indicate that it will schedule for transmission another Trigger frame within the same TWT SP." 802.11ax-2021 § 26.8.2.

Because TXOP2 occurs at a reduced power level before the TWT SP transmission burst has finished, the Accused Products perform a back-off of the output power prior to the completion of the transmission burst. The power restriction period can be triggered by multiple overlapping events, in which case the device adheres to the most restrictive (lowest) power ceiling.

A STA may have multiple ongoing OBSS PD SR transmit power restriction periods that overlap in time.

NOTE 2—The STA's transmit power is always equal to or lower than the minimum $TX\_PWR_{max}$ among all $TX\_PWR_{max}$ from ongoing OBSS PD SR transmit power restriction periods.

NOTE 3—Equation (26-6) is equivalent to the condition defined in Equation (26-5). The STA can derive $OBSS\_PD_{level}$ from its transmit power or can derive $TX\_PWR_{max}$ from $OBSS\_PD_{level}$.

$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases} \qquad (26\text{-}6)$$

NOTE 4—Anytime, even if $TX\_PWR_{max}$ is unconstrained, the STA has to respect the transmit power restrictions defined in 11.7.6.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

The Accused Products, in compliance with the 802.11ax Standard's spatial-reuse operation, perform a back-off of transmit power before the final power ramp-down that ends a transmission burst. Specifically, when the Accused Products elect to reuse a channel (*e.g.*, the Accused Products "ignore" an inter-BSS PPDU under either the non-SRG or SRG OBSS-PD procedures), the Accused Products "shall start an OBSS PD SR transmit power restriction period" during which "the STA's transmit power

". . . shall be equal to or lower than the $TX\_PWR_{max}$ . . . until the end of the OBSS PD SR transmit power restriction period." 802.11ax-2021 § 26.10.2.5.

During the OBSS PD SR transmit power restriction period, the Accused Products do not transmit at their normal power. Instead, the Accused Products "transmit power. . . equal to or lower than the $TX\_PWR_{max}$ . . . until the end of the OBSS PD SR transmit power restriction period." 802.11ax-2021 § 26.10.2.5. $TX\_PWR_{max}$ is computed by the Accused Products using Equation 26-2 in the 802.11ax Standard.

A STA may have multiple ongoing OBSS PD SR transmit power restriction periods that overlap in time.

NOTE 2—The STA's transmit power is always equal to or lower than the minimum $TX\_PWR_{max}$ among all $TX\_PWR_{max}$ from ongoing OBSS PD SR transmit power restriction periods.

NOTE 3—Equation (26-6) is equivalent to the condition defined in Equation (26-5). The STA can derive $OBSS\_PD_{level}$ from its transmit power or can derive $TX\_PWR_{max}$ from $OBSS\_PD_{level}$.

$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases} \qquad (26\text{-}6)$$

NOTE 4—Anytime, even if $TX\_PWR_{max}$ is unconstrained, the STA has to respect the transmit power restrictions defined in 11.7.6.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

When the Accused Products encounter multiple overlapping spatial reuse periods, they adhere to the most restrictive power limitation across the overlapping transmit power restriction periods. "A STA may have multiple ongoing OBSS PD SR transmit power restriction periods that overlap in time." 802.11ax-2021 § 26.10.2.5.

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 61 of 79 PageID #: 1017

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

NOTE 1—Examples of frames that are transmitted without regard to the busy/idle state of the medium include but are not limited to a frame contained in an HE TB PPDU that is a response to a Trigger frame with the CS Required subfield set to 0 and an Ack or BlockAck frame sent as an immediate response.

A STA may have multiple ongoing OBSS PD SR transmit power restriction periods that overlap in time.

NOTE 2—The STA's transmit power is always equal to or lower than the minimum $TX\_PWR_{max}$ among all $TX\_PWR_{max}$ from ongoing OBSS PD SR transmit power restriction periods.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

Because the OBSS PD SR transmit power restriction period begins before the Accused Products have gained their own TXOP (it can overlap with a continuing back-off countdown) and lasts through the subsequent transmission, the transmit power is deliberately stepped down in advance. Specifically, the transmit power restriction period begins immediately after the decision to reuse a channel and lasts "until the end of the TXOP that the STA gains once its backoff reaches zero." 802.11ax-2021 § 26.10.2.5.

The below figure from the 802.11ax Standard illustrates how the Accused Products perform a back-off of the output power level prior to the completion of a transmission burst. The figure shows how the Accused Products accrue three independent $TX\_PWR_{max}$ ceilings and "Start[] transmitting a PPDU with a TX_PWRmax equal to min(TX_PWRmax 1, TX_PWRmax 2, TX_PWRmax 3) and respect[] this transmit power restriction until the end of the SR TXOP." Further, once the TXOP finishes, the PHY in the Accused Products performs its normal RF ramp-down, triggered by "PHY-TXEND.request" and confirmed by "PHY-TXEND.confirm." The back-off performed by the Accused Products precedes the Accused Products' hardware ramp-down.



IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

Page 61 of 78

| 13. The method according to claim 12 wherein the step of performing a back-off of the output power level comprises performing the back-off a specified time before initiating a ramp-down process. | The Accused Products perform the method according to claim 12 wherein the step of performing a back-off of the output power level is initiated by the power control function a specified time before initiating a ramp-down process. Specifically, as established for claim 12, the Accused Products implement a power control function (the OBSS-PD spatial reuse mechanism) that performs a back-off of the output power level during a transmission burst (a TWT SP). This back-off is initiated at a specified time before the ramp-down process that concludes the transmission burst. |
|---|---|

The "ramp-down process" is the termination of the transmission burst. The 802.11ax Standard specifies distinct "TWT SP termination events" that conclude the TWT SP data burst. These events, which effectively ramp down the transmission activity, include the receipt of a frame with the End of Service Period (EOSP) subfield set to 1 or a frame with the More Data field set to 0.

> A TWT requesting STA or a TWT scheduled STA shall classify any of the following events as a TWT SP termination event:
> a) The transmission by the TWT requesting STA of an acknowledgment in response to an individually addressed QoS Data or QoS Null frame sent by the TWT responding STA that had the EOSP subfield equal to 1.
> b) The transmission by the TWT scheduled STA of an acknowledgment in response to an individually addressed QoS Data or QoS Null frame sent by the TWT scheduling AP that had the EOSP subfield equal to 1.
> c) The transmission by the TWT requesting STA of an acknowledgment in response to an individually addressed frame that is neither a QoS Data frame nor a QoS Null frame, but that was sent by the TWT responding STA with the More Data field equal to 0.

IEEE 802.11ax-2021 § 26.8.5 (emphasis added).

The back-off of the output power level is initiated at a "specified time" before this ramp-down process. The power control function (OBSS-PD) initiates the back-off when the Accused Product ignores an interfering transmission from an overlapping network. This event is specified by the 802.11ax Standard and triggers a power restriction period for subsequent transmissions within the same data burst.

> **26.10.2.5 OBSS PD SR transmit power restriction period**
>
> If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 using a chosen SRG OBSS PD level, or following the procedure in 26.10.2.2 using a chosen non-SRG OBSS PD level, then the STA shall start an OBSS PD SR transmit power restriction period. This OBSS PD SR transmit power restriction period shall be terminated at the end of the TXOP that the STA gains once its backoff reaches zero.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

A single transmission burst (TWT SP) can contain multiple distinct frame exchanges (TXOPs). The OBSS-PD back-off can be initiated between any of these exchanges. For example, the Accused Product can transmit during a first TXOP at a normal power level, then detect and ignore an inter-BSS PPDU (initiating the power back-off at this specified time), and then transmit during a second TXOP at the reduced power level. This all occurs before the final TWT SP termination event (the ramp-down process). The time between the initiation of the power back-off and the eventual ramp-down of the TWT SP constitutes the "specified time before" the ramp-down process. The 802.11ax Standard confirms that a single TWT SP may contain multiple Trigger frames, each initiating a frame exchange, demonstrating that the power back-off event can occur well before the final ramp-down of the entire burst.

| | |
|---|---|
| | The TWT responding STA of a trigger-enabled TWT agreement shall schedule for transmission a Trigger frame for the TWT requesting STA, as described in 26.5.2, within each TWT SP for that TWT agreement, except that the Trigger frame may be replaced by a frame carrying a TRS Control subfield, provided that the frame is carried in a DL MU PPDU and the AP allocates enough resources in the HE TB PPDU for the STA to at least deliver its BSRs in response to the soliciting DL MU PPDU. The TWT responding STA should solicit buffer status reports from the TWT requesting STA at the start of the TWT SP following the procedure described in 26.5.5 or as described in 26.5.7. The TWT responding STA that intends to schedule for transmission additional Trigger frames during a trigger-enabled TWT SP shall set the More TF subfield in the Common Info field of the Trigger frame to 1 to indicate that it will schedule for transmission another Trigger frame within the same TWT SP. The TWT responding STA shall set the More TF subfield to 0 when the Trigger frame is the last scheduled Trigger frame of the TWT SP or when the Trigger frame is scheduled for transmission outside of a TWT SP.<br><br>IEEE 802.11ax-2021 § 26.8.2 (emphasis added).<br><br>Because the OBSS-PD power back-off is initiated at the specified time that an inter-BSS PPDU is ignored, and this event can occur during a TWT SP prior to the final frame exchange and subsequent termination (ramp-down) of that TWT SP, the Accused Products initiate the power back-off a specified time before initiating the ramp-down process. |
| 14. The method according to claim 13, wherein the step of performing the back-off of the output power level further comprises varying the specified time on a per burst basis. | The Accused Products perform the method according to claim 13, wherein the step of performing the backoff of the output power level further comprises varying the specified time on a per burst basis. Specifically, the Accused Products implement a power control function (the OBSS-PD spatial reuse mechanism) that initiates a power back-off during a transmission burst (a TWT SP) at a "specified time" before the ramp-down process (the termination of the TWT SP). This "specified time" varies on a per-burst basis. The "specified time" is the duration between two events: (1) *Initiation of Power Back-Off* and (2) *Initiation of Ramp-Down.* The timing of both events is variable from one burst to another, making the duration between them inherently variable.<br><br>*First,* the power back-off is triggered by detecting and ignoring a transmission from a nearby, uncoordinated Wi-Fi network (an OBSS). These transmissions are asynchronous and unpredictable |

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 66 of 79 PageID #: 1022

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

relative to the Accused Product's scheduled TWT SPs. An interfering transmission may occur early in a TWT SP, late in the TWT SP, multiple times, or not at all.

> **26.10.2.5 OBSS PD SR transmit power restriction period**
>
> If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 using a chosen SRG OBSS PD level, or following the procedure in 26.10.2.2 using a chosen non-SRG OBSS PD level, then the STA shall start an OBSS PD SR transmit power restriction period. This OBSS PD SR transmit power restriction period shall be terminated at the end of the TXOP that the STA gains once its backoff reaches zero.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

Because the triggering of the power back-off depends on the random timing of transmissions from other networks, the start point of the "specified time" is variable on a per-burst basis.

*Second*, the duration of the TWT SP transmission burst is not fixed. While it has a nominal duration, it can be terminated early by various "TWT SP termination events," such as the AP indicating there is no more data to send. The amount of data to be transmitted during any given burst is variable, depending on application needs and network traffic.

> A TWT requesting STA or a TWT scheduled STA shall classify any of the following events as a TWT SP termination event:
>
> a)  The transmission by the TWT requesting STA of an acknowledgment in response to an individually addressed QoS Data or QoS Null frame sent by the TWT responding STA that had the EOSP subfield equal to 1.
>
> b)  The transmission by the TWT scheduled STA of an acknowledgment in response to an individually addressed QoS Data or QoS Null frame sent by the TWT scheduling AP that had the EOSP subfield equal to 1.
>
> c)  The transmission by the TWT requesting STA of an acknowledgment in response to an individually addressed frame that is neither a QoS Data frame nor a QoS Null frame, but that was sent by the TWT responding STA with the More Data field equal to 0.

IEEE 802.11ax-2021 § 26.8.5 (emphasis added).

| | |
|---|---|
| | A TWT SP with a large amount of data will last longer than a TWT SP with a small amount of data, which will be terminated early with a frame containing EOSP=1 or More Data=0. Therefore, the end point of the "specified time" (the ramp-down process) is also variable on a per-burst basis.  Since both the start time (initiation of back-off) and the end time (ramp-down of the burst) of the "specified time" interval depend on dynamic, unpredictable network and traffic conditions, the duration of this interval necessarily varies on a per-burst basis.  For one burst, the back-off might be initiated 2ms into a 10ms burst, resulting in a specified time of 8ms. For a subsequent burst, no interference may be detected, so no back-off occurs and the specified time is effectively zero.  For a third burst, interference may be detected 5ms into a burst that terminates early at 7ms, resulting in a specified time of 2ms.  Therefore, the Accused Products' power control function varies the specified time on a per-burst basis. |
| 15. The method according to claim 13 wherein the step of performing the back-off of the output power level comprises performing the back-off of the output power level prior to completion of the transmission burst for a subset range of an output power level range. | The Accused Products perform the method according to claim 13 wherein the step of performing the back-off of the output power level comprises performing the back-off of the output power level prior to completion of the transmission burst for a subset range of an output power level range.  Specifically, in compliance with the 802.11ax Standard, the Accused Products implement a power control function (OBSS-PD-based spatial reuse) that conditionally applies a power back-off.  This back-off is not applied to all transmission scenarios but is calculated and applied specifically when the device elects to ignore an inter-BSS PPDU, resulting in a restricted "subset" of allowable output power levels defined by the variable $TX\_PWR_{max}$. <br><br> The Accused Products calculate a restricted transmit power limit using Equation 26-6. This calculation defines a specific subset of power levels (those equal to or lower than $TX\_PWR_{max}$) that the device is permitted to use during the restriction period. The 802.11ax Standard explicitly defines the range of output power levels where back-off is performed versus when power is "unconstrained." <br><br> Specifically, the Accused Products perform the back-off only when the Overlapping Basic Service Set Packet Detect ($OBSS\_PD$) level falls within a specific range ($OBSS\_PD_{min} < OBSS\_PD_{level} \leq OBSS\_PD_{max}$). If the $OBSS\_PD_{level}$ is less than or equal to the minimum threshold, the output power level is "unconstrained," meaning no back-off is performed. Therefore, the power control function performs the back-off only for a *subset* of the operating conditions (where interference is detected above |

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 68 of 79 PageID #:
1024

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

the minimum threshold) and restricts transmission to a *subset* of the available output power range (levels $\leq TX\_PWR_{max}$).

The 802.11ax Standard confirms this conditional application of the back-off to a subset of power levels:

> NOTE 3—Equation (26-6) is equivalent to the condition defined in Equation (26-5). The STA can derive $OBSS\_PD_{level}$ from its transmit power or can derive $TX\_PWR_{max}$ from $OBSS\_PD_{level}$.
>
> $$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} & (26\text{-}6) \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases}$$

IEEE 802.11ax-2021 § 26.10.2.5.

The calculation $TX\_PWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min})$ represents the mathematical execution of the back-off, reducing the power from the reference level. By stipulating that this back-off occurs only when $OBSS\_PD_{level} > OBSS\_PD_{min}$, and leaving power "unconstrained" otherwise, the Accused Products perform the back-off for a subset of the range of output power levels (the restricted range) based on the subset of environmental conditions defined by the equation.

Furthermore, this back-off occurs prior to the completion of the transmission burst (the TWT SP or TXOP), as established in claims 12 and 13, because the restriction applies "until the end of the OBSS PD SR transmit power restriction period," which is terminated at the end of the TXOP the STA gains.

> If a STA starts an OBSS PD SR transmit power restriction period with a chosen non-SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen non-SRG OBSS PD level using Equation (26-6) and the appropriate non-SRG parameters according to Table 26-11, for the transmissions of any PPDU that is not carrying a frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

| | |
|---|---|
| | By restricting the transmit power to be "equal to or lower than" the calculated $TX\_PWR_{max}$ during the restriction period, the Accused Products utilize a "subset of a range of output power levels" (the range from the minimum transmit power up to $TX\_PWR_{max}$) rather than the full range of power levels the device is physically capable of producing (which would extend up to the regulatory maximum or hardware maximum). |
| 16. The method according to claim 13, wherein the step of performing the back-off of the output power level further comprises varying the back-off level of the output power level on a per burst basis. | The Accused Products perform the method according to claim 13, wherein the step of performing the back-off of the output power level further comprises varying the back-off level of the output power level on a per burst basis.  Specifically, the Accused Products implement a power control function (specifically the OBSS-PD spatial reuse mechanism and Uplink Power Control) that performs a back-off of the output power level.  In compliance with the 802.11ax Standard, this back-off is not static; it is calculated dynamically and varies on a per-burst (per TWT SP or TXOP) basis depending on real-time RF environment conditions and instructions from the Access Point. <br><br> Specifically, the 802.11ax Standard requires that the Accused Products adjust their transmit power limit ($TX\_PWR_{max}$) based on the signal strength of interfering frames (OBSS PPDUs) detected at the start or during a transmission burst. Because the interference environment changes over time, the magnitude of the power back-off varies for each distinct transmission burst. |

**26.10.2.4 Adjustment of OBSS PD and transmit power**

If using OBSS PD-based spatial reuse, an HE STA shall maintain an OBSS PD level and may adjust this OBSS PD level in conjunction with its transmit power and a value, *PPDU_BW*, derived from the received PPDU. The adjustment shall be made in accordance with Equation (26-5).

$$OBSS\_PD_{level} \le max(OBSS\_PD_{min}, min(OBSS\_PD_{max}, OBSS\_PD_{min} + (TX\_PWR_{ref} - TX\_PWR)))$$
$$+ \log 10(PPDU\_BW / 20\ \text{MHz}) \tag{26-5}$$

where *PPDU_BW* is determined by Table 26-10 using the following RXVECTOR parameter of the received PPDU:

— CH_BANDWIDTH if present
— CH_BANDWIDTH_IN_NON_HT if present and if CH_BANDWIDTH is not present
— DATARATE if neither CH_BANDWIDTH nor CH_BANDWIDTH_IN_NON_HT is present

IEEE 802.11ax-2021 § 26.10.2.4 (emphasis added).

The back-off level is mathematically tied to the chosen OBSS PD level (the threshold used to detect interference). As the Accused Product selects different OBSS PD levels to ignore different interference events during different bursts, the required power back-off changes:

$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \le OBSS\_PD_{min} & (26\text{-}6) \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \ge OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases}$$

NOTE 4—Anytime, even if *TX_PWR_max* is unconstrained, the STA has to respect the transmit power restrictions

IEEE 802.11ax-2021 § 26.10.2.5, Equation (26-6) (emphasis added).

This creates a variable back-off: if interference is high in Burst A, the STA selects a higher OBSS PD level to ignore it, resulting in a larger power back-off (lower *TX_PWR_max*). If interference is lower or absent in Burst B, the back-off is reduced/eliminated. Thus, the back-off is varied on a per-burst basis.

| | |
|---|---|
| | Tor Uplink Multi-User bursts initiated by a Trigger Frame (identified as transmission bursts in Claim 13), the Accused Products vary the output power level on a per-burst basis based on explicit instructions in the Trigger Frame. Each Trigger Frame initiates a specific burst (HE TB PPDU) and contains a "UL Target Receive Power" field. The Accused Product calculates the specific output power for *that specific burst* based on this target.\ |
| | A STA transmits an HE TB PPDU at the STA's maximum transmit power for the assigned HE-MCS if the UL Target Receive Power subfield of the User Info field in the Trigger frame that solicits the HE TB PPDU or the UL Target Receive Power subfield of the TRS Control field of the frame that solicits a response in an HE TB PPDU indicates that the maximum transmit power be used. |
| | Otherwise, the STA calculates the transmit power, $Tx_{pwr}^{STA}$, of the HE TB PPDU for the assigned HE-MCS using Equation (27-124). |
| | $$Tx_{pwr}^{STA} = PL_{DL} + TargetRx_{pwr} \qquad (27\text{-}124)$$ |
| | where |
| | $PL_{DL}$ is the DL pathloss |
| | $TargetRx_{pwr}$ is the expected receive signal power, in units of dBm, as indicated by the UL Target Receive Power subfield in the User Info field in the Trigger frame or by the UL Target Receive Power subfield in the TRS control field |
| | IEEE 802.11ax-2021 § 27.3.15.2 (emphasis added). |
| | Since the Access Point can change the target receive power or the required MCS (Modulation and Coding Scheme) for each scheduled TWT Service Period (burst), the power control function in the Accused Products performs a back-off that is varied on a per-burst basis. |
| 17. The method according to claim 12 wherein the step of performing the back-off of the output power level comprises performing the | The Accused Products perform the method according to claim 12 wherein the step of performing the back-off of the output power level comprises performing the back-off of the output power level prior to completion of the transmission burst for a subset range of an output power level range.  Specifically, the Accused Products transmit data in transmission bursts (TWT SPs) and implement a power control function (OBSS-PD-based spatial reuse) that performs a back-off of the output power level. This back- |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

| | |
|---|---|
| back-off of the output power level prior to completion of the transmission burst for a subset range of an output power level range. | off is performed for a subset of a range of output power levels determined by specific interference thresholds.<br><br>In compliance with the 802.11ax Standard, the Accused Products support a range of output power levels defined by the regulatory maximum transmit power and the local maximum transmit power capabilities of the device. The 802.11ax Standard requires devices to select transmit power within these constraints.<br><br>**11.7.6 Transmit power selection**<br><br>*Change 11.7.6 as follows:*<br><br>A STA may select any transmit power for transmissions in a channel within the following constraints:<br><br>— A STA shall determine a regulatory maximum transmit power and a local maximum transmit power for a channel in the current regulatory domain before transmitting in the channel.<br><br>— An AP shall use a transmit power less than or equal to the regulatory maximum transmit power level for the channel. The AP shall also meet any regulatory mitigation requirement.<br><br>— A non-AP STA shall use a transmit power less than or equal to the minimum or the local maximum transmit power level and regulatory client maximum transmit power for the channel.<br><br>IEEE 802.11ax-2021 § 11.7.6 (emphasis added).<br><br>The power control function (OBSS-PD) performs the back-off only for a subset of this range. Specifically, the back-off calculation (Equation 26-6) generates a restricted power ceiling ($TX\_PWR_{max}$) only when the detected interference level ($OBSS\_PD_{level}$) falls within a specific subset of values defined by $OBSS\_PD_{min}$ and $OBSS\_PD_{max}$. |

NOTE 2—The STA's transmit power is always equal to or lower than the minimum $TX\_PWR_{max}$ among all $TX\_PWR_{max}$ from ongoing OBSS PD SR transmit power restriction periods.

NOTE 3—Equation (26-6) is equivalent to the condition defined in Equation (26-5). The STA can derive $OBSS\_PD_{level}$ from its transmit power or can derive $TX\_PWR_{max}$ from $OBSS\_PD_{level}$.

$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases} \quad (26\text{-}6)$$

NOTE 4—Anytime, even if $TX\_PWR_{max}$ is unconstrained, the STA has to respect the transmit power restrictions defined in 11.7.6.

IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

When the condition $OBSS\_PD_{level} \leq OBSS\_PD_{min}$ is met, the power is "unconstrained" (meaning it can utilize the full range allowed by 11.7.6). However, when the condition $OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min}$ is met, the power control function performs a back-off to a specific $TX\_PWR_{max}$. This calculation effectively defines a subset of the output power range (values $\leq TX\_PWR_{max}$) that must be used during the spatial reuse operation. If the STA intended to transmit at a power level in the upper subset of its range (above $TX\_PWR_{max}$), the power control function performs the back-off to limit the power to the allowed subset. This back-off occurs prior to the completion of the transmission burst (TWT SP) because it applies to "transmissions of any PPDU... until the end of the OBSS PD SR transmit power restriction period," which is triggered by the detection of an inter-BSS PPDU during the burst.

| | |
|---|---|
| | **26.10.2.5 OBSS PD SR transmit power restriction period**<br><br>If a STA ignores an inter-BSS PPDU following the procedure in 26.10.2.3 using a chosen SRG OBSS PD level, or following the procedure in 26.10.2.2 using a chosen non-SRG OBSS PD level, then the STA shall start an OBSS PD SR transmit power restriction period. This OBSS PD SR transmit power restriction period shall be terminated at the end of the TXOP that the STA gains once its backoff reaches zero.<br><br>If a STA starts an OBSS PD SR transmit power restriction period with a chosen non-SRG OBSS PD level, the STA's transmit power as measured at the transmit antenna connector shall be equal to or lower than the $TX\_PWR_{max}$, calculated with the chosen non-SRG OBSS PD level using Equation (26-6) and the appropriate non-SRG parameters according to Table 26-11, for the transmissions of any PPDU that is not carrying a frame that is allowed to be sent without regard to the busy/idle state of the medium until the end of the OBSS PD SR transmit power restriction period.<br><br>IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).<br><br>Thus, the back-off is not applied to the entire range of output power levels blindly; it is applied conditionally to restrict operation to a subset of the range based on the calculated $TX\_PWR_{max}$. |
| 18. The method according to claim 12, wherein the step of performing the back-off of the output power level further comprises varying the back-off level of the output power level on a per burst basis. | The Accused Products perform the method according to claim 12, wherein the step of performing the back-off of the output power level further comprises varying the back-off level of the output power level on a per burst basis.  The 802.11ax Standard requires that the back-off of the output power level (specifically, the adjustment to $TX\_PWR_{max}$) be varied based on dynamic measurements of the environment, which changes from burst to burst. The Accused Products dynamically adjust the $OBSS\_PD_{level}$ and the resulting transmit power limit based on the characteristics of received interference (inter-BSS PPDUs) detected at the time of the transmission burst.  Specifically, 802.11ax-2021 § 26.10.2.4 mandates that an HE STA (the Accused Product) maintains an $OBSS\_PD_{level}$ and adjusts this level in conjunction with its transmit power. The adjustment is based on the bandwidth ($PPDU\_BW$) and received signal strength of overlapping transmissions, which varies over time. Consequently, the calculated power back-off applies to the specific conditions present during a specific burst. |

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 75 of 79 PageID #: 1031

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

**26.10.2.4 Adjustment of OBSS PD and transmit power**

If using OBSS PD-based spatial reuse, an HE STA shall maintain an OBSS PD level and may adjust this OBSS PD level in conjunction with its transmit power and a value, *PPDU_BW*, derived from the received PPDU. The adjustment shall be made in accordance with Equation (26-5).

$$OBSS\_PD_{level} \leq max(OBSS\_PD_{min}, min(OBSS\_PD_{max}, OBSS\_PD_{min} + (TX\_PWR_{ref} - TX\_PWR)))$$
$$+ \log 10(PPDU\_BW / 20 \text{ MHz})$$
(26-5)

where *PPDU_BW* is determined by Table 26-10 using the following RXVECTOR parameter of the received PPDU:

— CH_BANDWIDTH if present
— CH_BANDWIDTH_IN_NON_HT if present and if CH_BANDWIDTH is not present
— DATARATE if neither CH_BANDWIDTH nor CH_BANDWIDTH_IN_NON_HT is present

IEEE 802.11ax-2021 § 26.10.2.4 (emphasis added).

The standard explicitly notes that a STA adjusts its OBSS PD level based on monitored conditions, such as RSSI measurements of beacons. Because RSSI and network traffic patterns vary over time, the $OBSS\_PD_{level}$—and consequently the required power back-off—varies for different TWT SPs (bursts).

NOTE 1—The $TX\_PWR_{ref}$ is 4 dB higher for APs with more than 2 spatial streams because those APs typically have higher transmit power than other devices and the OBSS PD procedure is based on a relative reduction of power.

NOTE 2—A STA might adjust its OBSS PD level, provided that Equation (26-5) is satisfied. As an example, a non-AP HE STA might monitor the beacons transmitted by the AP to which it is associated, measure their RSSI, subtract a value of 25 dB (as an approximation to the required RSNI) to provide a candidate OBSS PD level, and if Equation (26-5) is satisfied, adjust its OBSS PD level to the candidate level.

IEEE 802.11ax-2021 § 26.10.2.4 (emphasis added).

When the Accused Products engage in a transmission burst (TWT SP) and detect interference, they apply a power back-off calculated specifically using the *chosen* OBSS PD level for that instance.

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 76 of 79 PageID #: 1032

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

| | |
|---|---|
| | 802.11ax-2021 § 26.10.2.5 defines the "OBSS PD SR transmit power restriction period" where the transmit power is capped at $TX\_PWR_{max}$. |

NOTE 2—The STA's transmit power is always equal to or lower than the minimum $TX\_PWR_{max}$ among all $TX\_PWR_{max}$ from ongoing OBSS PD SR transmit power restriction periods.

NOTE 3—Equation (26-6) is equivalent to the condition defined in Equation (26-5). The STA can derive $OBSS\_PD_{level}$ from its transmit power or can derive $TX\_PWR_{max}$ from $OBSS\_PD_{level}$.

$$TX\_PWR_{max} = \begin{cases} \text{unconstrained, if } OBSS\_PD_{level} \leq OBSS\_PD_{min} \\ TXPWR_{ref} - (OBSS\_PD_{level} - OBSS\_PD_{min}), \text{ if } OBSS\_PD_{max} \geq OBSS\_PD_{level} > OBSS\_PD_{min} \end{cases} \quad (26\text{-}6)$$

NOTE 4—Anytime, even if $TX\_PWR_{max}$ is unconstrained, the STA has to respect the transmit power restrictions defined in 11.7.6.

| | |
|---|---|
| | IEEE 802.11ax-2021 § 26.10.2.5 (emphasis added).

Because $TX\_PWR_{max}$ is derived from $OBSS\_PD_{level}$ (which is adjusted based on dynamic measurements described in § 26.10.2.4), and because the power restriction period is tied to specific detection events ("If a STA ignores an inter-BSS PPDU... then the STA shall start an OBSS PD SR transmit power restriction period"), the magnitude of the power back-off is not fixed. Instead, the power control function varies the back-off of the output power level on a per burst basis depending on the interference environment encountered during that specific TWT SP. |
| 19. The method according to claim 12, wherein the step of performing the back-off of the output power level comprises toggling one or more bit(s) within a digital signal prior to performing the back-off of the output power level. | The Accused Products perform the method according to claim 12, wherein the step of performing the back-off of the output power level comprises toggling one or more bit(s) within a digital signal prior to performing the back-off of the output power level. In compliance with the 802.11ax Standard, the Accused Products include a Medium Access Control (MAC) sublayer (power control processor function) that is operably coupled to the Physical Layer (PHY) entity (power control function) via service primitives. The MAC sublayer instructs the PHY entity regarding transmission parameters, including power control settings, using a digital signal structure known as the TXVECTOR. The 802.11ax Standard defines the interface between the MAC (processor) and PHY (power control function) as follows: |

Case 5:26-cv-00102-RWS    Document 1-21    Filed 07/30/26    Page 77 of 79 PageID #: 1033

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,265,573

The PHY provides an interface to the MAC through an extension of the generic PHY service interface defined in 8.3.4. The interface includes TXVECTOR, RXVECTOR, PHYCONFIG_VECTOR, and TRIG_VECTOR.

The MAC uses the TXVECTOR to supply the PHY with per-PPDU transmit parameters. The PHY uses the RXVECTOR to inform the MAC of the received PPDU parameters. The MAC uses the PHYCONFIG_VECTOR to configure the PHY for operation that is independent of frame transmission or reception. The MAC uses the TRIG_VECTOR to configure the PHY to receive HE TB PPDUs over each assigned RU.

IEEE 802.11ax-2021 § 27.2.1 (emphasis added).

The Accused Products "toggle one or more bit(s) within a digital signal" by setting specific values (bits) in the SPATIAL_REUSE parameter within the TXVECTOR (the digital signal). This parameter controls the spatial reuse behavior, which is a power control mechanism that triggers the back-off of the output power level (as analyzed in Claim 12). When an Accused Product initiates a spatial reuse transmission, it changes the bit values in the Spatial Reuse field to indicate constraints like SR_RESTRICTED or SR_DELAYED.

The contents of the Spatial Reuse fields are carried in the TXVECTOR parameter SPATIAL_REUSE for an HE PPDU indicating spatial reuse information. The behavior of STAs upon reception of an HE PPDU with different SPATIAL_REUSE values is described in 26.10.2 and 26.10.3. The different values that may be indicated in the SPATIAL_REUSE parameter of the TXVECTOR are listed in Table 27-22 and Table 27-23. The value PSR_DISALLOW is used to prohibit PSR-based spatial reuse during the transmission of the corresponding PPDU. The value PSR_AND_NON_SRG_ OBSS_PD_PROHIBITED is used to prohibit both PSR-based spatial reuse and non-SRG OBSS PD-based spatial reuse during the transmission of the corresponding PPDU. The interpretations of other values are described in this subclause and in 26.10. The conditions for a STA to set the SPATIAL_REUSE parameter to its different values are described in this subclause.

IEEE 802.11ax-2021 § 26.11.6 (emphasis added).

**Table 27-22—Spatial Reuse field encoding for an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU**

| Value | Meaning |
|-------|---------|
| 0 | PSR_DISALLOW |
| 1–12 | Reserved |
| 13 | SR_RESTRICTED |
| 14 | SR_DELAYED |
| 15 | PSR_AND_NON_SRG_OBSS_PD_PROHIBITED |

IEEE 802.11ax-2021 § 27.3.11.7.2 (emphasis added).

This "toggling" of bits (setting the binary value of the SPATIAL_REUSE field, e.g., to 13 or 14) occurs prior to initiating the back-off of the output power level. The TXVECTOR is generated by the MAC and passed to the PHY *before* the transmission sequence begins (via the PHY-TXSTART.request primitive). The actual power back-off (restriction) is applied during the physical transmission of the Packet Protocol Data Unit (PPDU) that follows this digital signaling.

If the PHY-CCARESET.request primitive is issued before the end of the received PPDU, and a TXOP is initiated within the duration of the received PPDU, then the TXOP and the duration of the transmitted PPDU within that TXOP shall be limited to the duration of the received PPDU if the received PPDU is an HE MU PPDU and the RXVECTOR parameter SPATIAL_REUSE indicates SR_RESTRICTED.

NOTE 5—A STA sets the TXVECTOR parameter SPATIAL_REUSE to SR_RESTRICTED in a PPDU if it allows OBSS PD-based spatial reuse operation, but only before the end of the PPDU.

IEEE 802.11ax-2021 § 26.10.2.2 (emphasis added).

The setting of these bits in the TXVECTOR (and subsequently the HE-SIG-A field of the preamble) acts as the digital signal that configures the power control function (the PHY and RF circuitry) to perform the power back-off (transmit power restriction) required by the spatial reuse operation.

**27.3.11.7 HE-SIG-A field**

**27.3.11.7.1 General**

The HE-SIG-A field carries information necessary to interpret HE PPDUs. The integer fields of the HE-SIG-A field are transmitted in unsigned binary format, LSB first, where the LSB is in the lowest numbered bit position.

IEEE 802.11ax-2021 § 27.3.11.7.1 (emphasis added).

**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU** *(continued)*

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B14 | Reserved | 1 | Reserved and set to 1. |
| B15–B18 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU: Set to a value from Table 27-22 (see 26.11.6 and 26.10). |

IEEE 802.11ax-2021 § 27.3.11.7.2 (Table 27-18) (emphasis added).

Thus, the Accused Products utilize a processor function (MAC) coupled to a power control function (PHY) to toggle bits in a digital signal (TXVECTOR / HE-SIG-A SPATIAL_REUSE field) prior to initiating the back-off of the output power level associated with that spatial reuse transmission.